UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

RECEIVED
Mail Room

[illegible date stamp]

BRIAN T. KELLEHER
4618 Thorntree Court
Stockton, CA 95210
Plaintiff.


v.

MICHAEL REGAN, in his official
capacity of administrator
U.S. Environmental Protection Agency,
1200 Pennsylvania AVE., NW
Washington, DC 20460
Defendant.

Case: 1:23-cv-01346
Assigned To : Friedrich, Dabney L.
Assign. Date : 5/8/2023
Description: Pro Se Gen. Civ. (F-DECK)

**COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF AND
DAMAGES**

**(Clean Air Act, 42 U.S.C. §§ 7401 et seq.)**

## COMPLAINT

### INTRODUCTION

1. Pursuant to the second law of thermodynamics (entropy), heat dissipates, without exception. Accordingly, civil engineers tasked with designing roof-mounted, flat-plate solar-hot-water heaters for use in commerce, strive/compete to make them as efficient as possible. This is done by the selection of optimal fluids and materials of construction and finding ways to limit heat losses from the top, bottom and sides including the use of insolation to reduce emittance of longwave thermal radiation, conduction and

Kelleher vs EPA                              Case #                                    Date

1    convection. Engineers give no consideration to downwelling longwave radiation (Exh E-

2    7) because they aptly assume it does not exist per the second law of thermodynamics. In

3    the end, the efficiency in percent is determined by measuring or accurately modeling the

4    amount of shortwave radiation entering the top of the panel during daylight hours and

5    subtracting the heat losses and any electrical power use. There are applicable voluntary

6    consensus engineering standards for conducting efficiency testing issued by ANSI and

7    ISO.

8   2.  Given what we know about roof-mounted passive hot-water heaters, how can it be that

9       downwelling longwave radiation emitted high up in the frigid cold atmosphere by water

10      vapor,  carbon dioxide ($CO_2$) and other so-called greenhouse gases (GHGs) has warmed

11      the surface of the Ocean and land by 18 deg C? How can it be that commencing in the

12      early 1970s downwelling longwave broadband radiation caused gargantuan plumes of

13      solar heated seawater to emanate from the shores of Antarctica allegedly due to fossil

14      fuel combustion? Given the above and for reasons expanded on in these pleadings, the

15      greenhouse gas theory (GHGT) of global warming is aptly considered the epitome of an

16      unprovable crackpot scientific theory.

17  3.  To say the least, there is a great deal at financial stake to U.S. citizens and U.S. and

18      international commerce with this Clean Air Act citizen suit. It is filed in pro-se fashion

19      by a highly experienced private-sector environmental engineer who is seeking pro bono

20      counsel due to lack of financial resources.

21  4.  One would assume that the EPA would apply the highest engineering standards and

1    practices in defending the regulation of carbon-dioxide as a hazardous air pollutant.

2    That is not the case here. Rather, the EPA cast aside the data and the engineering

3    standards and went with scientific peer-review of classic black-box-variety computer

4    models that are expressly designed and calibrated to prove out a GHGT that brazenly

5    violates the law of entropy. The models show a frigid cold region in the lower

6    stratosphere warming the Ocean. It's not possible.

7    5.  Rather, without the least question, all global warming trends since 1972/73 are the result

8    of a natural solar cycle aptly referred to as a Modern Grand Solar Maximum (GS Max).

9    The GS Max creates associated massive seasonal stratospheric ozone depletion with the

10   highest losses in the polar zones and resulting massive increases in shortwave radiation

11   in ozone's **Chappuis absorption band (emphasis added throughout)**. Specifically this

12   occurs in the yellow/orange spectral region at 0.5-0.65 micron. The hard evidence is

13   definitive, multifaceted, overwhelming, and irrefutable. The cause and effects are so

14   obvious there is no need for modeling. For example, there are gargantuan plumes of

15   solar-heated seawater emanating from areas of open ocean and sea ice that fall within

16   the perimeter of the Antarctic ozone hole during spring and early summer (the melt

17   season). They extend far and deep into the southern oceans from approximately 65 deg

18   along the north and west coasts of Antarctica to points south of approximately 30 deg S.

19   6.  Air and water pollution control fall within the realm of civil/environmental engineering.

20   This free-enterprise discipline was created in tandem with the Clean Air Act and Clean

21   Water Act and the like to allow for implementation and compliance from both sides of

1      the table in an efficient competent manner. In particular, the EPA was established by

2      congress in 1970 in conjunction with the Clean Air Act to ensure air pollution control

3      regulations are adopted based on the best available scientific information applying good

4      engineering judgement and sound engineering practice.

5    7.  Beyond Clean Air Act requirements, state-and-Washington D.C. have adopted/enacted

6       professional codes that are protective of commerce and public welfare. The codes

7       prohibit scientists from practicing engineering for every good reason. Specifically, in this

8       case, they require the EPA to satisfy stringent civil-engineering protocols in justifying the

9       regulation of toxic air pollutants. These requirements take into consideration the fact

10      that Civil/Environmental Engineers are extremely conservative in applying proven

11      scientific knowledge to problem solving and are compelled to dismiss/screen out

12      crackpot scientific theories advanced by scientists in seeking to expand scientific

13      knowledge.

14   8.  Accordingly, in my own best interests and that of my country, once former President

15      Obama recklessly entered the U.S. in the Paris Climate Accord in December 2015, I felt

16      obligated to apply my 40-years' experience as a free-lance, private-sector senior

17      environmental engineer (MS UMass Lowell Dept of Civil Engineering 1982) to conduct

18      the prerequisite rigorous environmental engineering analysis on the source of recent

19      warming trends and ozone depletion. As far as I can tell, due to EPA's brazenly illegal

20      policy of substituting scientific peer review for engineering oversight, mine is the first

21      and only rigorous blue-blood environmental engineering analysis of the best-available

1       scientific data.

2    9. Confirming that the  greenhouse gas theory of global warming (GHGT) is nothing more

3       than an unproven crackpot scientific theory, in conducting a legitimate, rigorous

4       engineering analysis, I found no bona fide empirical evidence of 340-plus watts per

5       square meter per second (W/m2) (Exh E-5) of broadband longwave thermal radiation

6       continuously downwelling through the highly opaque marine boundary layer (MBL)

7       extending over more than 70% of the Earth's surface. I found no bona fide empirical

8       evidence of an associated greenhouse gas (GHG) feedback effect emanating from the

9       ozone-depleted frigid-cold lower stratosphere. While there is mountains of data of

10      carefully calibrated measurements made all over the World for downwelling and

11      upwelling broadband longwave radiation, I easily concluded that none of it would stand

12      up in court because its fake empirical data. The instruments relied on by climate

13      scientists measure "brightness temperatures" and calculate the hypothetical W/m2 in

14      crackpot fashion as if the MBL air lacked moisture and density. Those using such data in

15      coupled GCMs are dismissing/canceling in classic left-wing fashion the law of entropy.

16   10. While I did find evidence that Ozone Depleting Substances (ODS) were creating

17      significant stratospheric ozone loss, the declines occurred only during polar winter nights

18      and were clearly not significantly contributing to the global warming trends.

19   11. The coupled GCM output gives the false appearance that the 3-D models are capable of

20      accurately predicting the rising temperatures and CO2 levels at high levels of precision,

21      but this is tom foolery. Without question, the predictions are essentially made by

Kelleher vs EPA                              Case #                                          Date

1    plotting global monthly and annual mean measurements made since 1880 of CO2 and

2    near-surface temperature on engineering graph paper and then drawing a series of

3    straight lines connecting the dots. You don't need any type of model.

4    12. I found that every single coupled GCM endorsed by the Intergovernmental Panel on

5    Climate Change (IPCC) Coupled Model Intercomparison Project (CMIP) suffers the

6    following specific fatal flaws: **(1)** they omit all-important **Chappuis band absorption**

7    coefficients; **(2)** they concoct evidence of an offsetting greenhouse gas feedback effect by

8    utilizing the HITRAN spectroscopic database or its French equivalent instead of ASTM

9    Spectral Irradiance Standard G-173-03; **(3)** to compensate, they incorporate the

10   government-unique corruptly calibrated reference spectra GAO96 and NRLSSI versions

11   1 and 2 (circa 1997-2000) for incident sunlight instead of using ASTM certified

12   Gueymard 2004 or later. As a result, I filed numerous whistle-blowing complaints with

13   inspector generals for multiple federal agencies. I also filed a formal clean air act petition

14   last updated in January 2022 to deregulate greenhouse and revise the regulations for

15   ozone depleting substances which the EPA has apparently chosen to ignore.

16   13. My allegations of mis-calibration were 100% confirmed between 2019 and 2021 when

17   the NASA Goddard Space Flight Center (GSFC) Solar Irradiance Science Team (SIST),

18   published five scientific-research papers, one in December 2019, two in 2020 and two in

19   February and May of 2021 with the first and last of most significance.

20   14. The administrative record shows the EPA working closely with NASA, NOAA and

Kelleher vs EPA                                   Case #                                          Date

1      other executive-branch agencies during the 1980s in bamboozling the Reagan

2      Administration into signing the dubious Montreal Protocol and creating and funding the

3      corrupt-from-the-start IPCC. This skullduggery occurred at a time NASA's SAGE-

4      mission satellites were measuring/documenting massive increases in downwelling

5      **Chappuis band irradiance** in the polar zones correlating on a 1-to-1 linear basis with

6      polar stratospheric ozone depletion that was clearly related to GS-Max atmospheric

7      conditions including energetic particle precipitation (EPP).

8  15. In this case, there is no question of the existence of relevant and applicable ASTM and

9      ISO standards being brazenly blown off by the EPA in regulating CO2. Specifically,

10     ASTM/ISO methods and standards published on behalf of the DOE NREL and solar-

11     energy-industry engineers commencing in 1982 are 100% relevant and applicable to

12     assessing the environmental impacts of massive stratospheric ozone depletion referenced

13     in paragraph 5. The relevant methods and standards that existed as of 2003 that are most

14     relevant here are **(1)** the ASTM-certified NREL SMARTS2.9.5 radiative transfer model

15     coupled to the **(2)** Gueymard 2004 reference spectrum for incident sunlight at air-mass

16     zero (top of atmosphere) and **(3)** ASTM Spectral Irradiance Standard G-173-03 which is

17     a table of atmospheric absorption and extinction coefficients for air mass 1.5 (solar

18     zenith angle 48.2 degrees S) that includes all-important **Chappuis band absorption**

19     coefficients.

20 16. When the ASTM standards are lawfully applied in accordance with sound engineering

21     practice, the source of all recent warming trends is clearly revealed.

17. The precise linear relationship between TCO and visible and UVA irradiance is verified in Lacis and Hansen 1974 figure 6 (Exh C-1) (NASA GISS). This illustration can be used to create excel spreadsheets which back-calculate downwelling **Chappuis band** or visible irradiance at any location on Earth from validated total column ozone measurements published by NASA.

18. The collective evidence in Lacis and Hansen, 1974 is more than adequate to allow civil/environmental engineers to consider the warming effects of stratospheric ozone depletion on **Chappuis band irradiance** proven science.

19. With its requirement for scientific peer review, the EPA is shutting legally mandated civil/environmental engineers and ASTM oversight out of the clean-air-act regulatory process with disastrous consequences.

20. With this complaint, Kelleher now seeks to present sufficient pieces of the above-referenced evidence to this Court to justify his pleadings for declaratory and injunctive relief and damages. Some of the key illustrations cited later on in the complaint are provided in **EXHIBITS A-H (attached)** and the rest will be provided at the time of mediation or discovery if needed.

## PARTIES

21. Plaintiff Brian T Kelleher is a "person" within the meaning of 42 U.S.C § 7602(e).

22. Defendant Michael S. Regan is the Administrator of the United States Environmental Protection Agency. The Administrator is responsible for implementing the Clean Air

Kelleher vs EPA                          Case #                                    Date

1    Act in an ethical and competent manner.

2    23. Defendant United States Environmental Protection Agency is an agency of the federal

3        government.

4                                    **JURISDICTION**

5    24. This case is a Clean Air Act "citizen suit." Therefore, this Court has jurisdiction over

6        this action pursuant to 28 U.S.C. § 1331 (federal question of jurisdiction) and 42 U.S.C.

7        § 7604(a) (Clean Air Act citizen suits).

8    25. An actual controversy exists between the parties within the meaning for 28 U.S.C. §

9        2201 that does not concern federal taxes, is not a proceeding under USC. § 505 or 1146

10       of Title 11, and does not involve the Tariff Act of 1930. Thus, this Court has jurisdiction

11       to order declaratory relief, 28 U.S.C. § 2201. If this Court orders declaratory relief, 28

12       U.S.C. § 2202 authorizes this Court to issue injunctive relief.

13   26. Pursuant to 42 U.S.C. § 7604(b) and 40 C.F.R. §§ 54.2-.3, Plaintiff provided Defendant

14       with notice of intent to file a lawsuit by a letter dated June 16, 2021, which was

15       amended on June 21, 2021, more than 60 days prior to the commencement of this

16       lawsuit.

17                                       **VENUE**

18   27. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(e) (1). On

19       information and belief, the Administrator, sued in his official capacity, resides in this

20       district. Additionally, a substantial part of the events or omissions giving rise to

21       Kelleher's claims occurred in this district and the effects and burdens of the Defendant's

Kelleher vs EPA                          Case #                              Date

1    failure to act also arise from this district. Kelleher's claims for reimbursement of

2    environmental engineering consulting services far exceed $75,000.

3                                    **LEGAL BASIS**

4    28. Under the Clean Air Act section 202(a) the EPA cannot regulate so-called greenhouse

5        gases $CO_2$, $CH_4$, and $N_2O$. etc., without proof they endanger public health and welfare.

6        While the EPA met this burden to the satisfaction of the Supreme Court as of 2007-

7        2009, new information has come to light that shows that a natural cycle of stratospheric

8        ozone depletion is the source of all warming trends identified by the EPA on its climate

9        change indicators website and that IPCC endorsed coupled GCMs referenced as best

10       evidence on the same website are severely mis-calibrated and aptly considered defunct.

11   29. Under the Clean Air Act, the EPA is charged with regulating and implementing air

12       pollution control which is a discipline of civil engineering (fixed works and non-fixed

13       works) or environmental engineering (non-fixed works) in an ethical and competent

14       manner while relying on relevant and applicable scientific empirical data. In particular

15       under 42 U.S.C. § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) the EPA must rely on

16       relevant high quality empirical data to determine whether an alleged hazardous air

17       pollutant or industry source category, in this case the oil and gas and certain chemical

18       industries, poses a significant risk to public health or the environment. The following

19       EPA document contains guidance on the gathering and use of empirical data for EPA

20       employees EPA QA/G4 (QA00) "Guidance of the Data Quality Objective Process."

21   30. The District of Columbia Municipal Regulations Title 17, Chapter 17-15 § 17-1517 has

1    adopted professional-code licensing requirements for civil and environmental engineers

2    similar to those adopted by most states setting extremely high standards for education,

3    competence and ethics to protect public welfare. These codes strictly prohibit research

4    scientists from practicing any kind of engineering which would include preparing or

5    conducting peer review of signed and stamped engineering reports. Clearly, EPA

6    research scientists working within the Clean Air Act program are not engineers and are

7    not qualified to practice engineering. Particularly when the economic stakes are through

8    the roof, there is supposed to be a qualified civil or environmental engineer in

9    responsible charge of their work and signing off on key decisions affecting U.S.

10    Commerce.

11  31. As executive branch federal employees, all EPA employees are bound by the following

12    oath of allegiance: *I do solemnly swear (or affirm) that I will support and defend the Constitution*

13    *of the United States against all enemies, foreign and domestic; that I will bear true faith and*

14    *allegiance to the same; that I take this obligation freely, without any mental reservation or purpose*

15    *of evasion; and that I will well and faithfully discharge the duties of the office on which I am about*

16    *to enter: So help me God.* This oath would prohibit EPA staff from collaborating with or

17    forming alliances with persons or entities that are hostile to the United States and

18    conspire and collude to destroy our oil and gas and certain chemical industries in

19    fostering a socialist takeover of the U.S. government.

20  32. All EPA employees are bound by Standards of Ethical Conduct for Employees of the

21    Executive Branch, 5 C.F.R. Part 2635 including "You may not use your Government

1    position to suggest that your agency or any part of the executive branch endorses

2    organizations . . ." This would include the Democratic Party, the IPCC and the Ozone

3    Secretariat.

4    33. The Hatch Act, 5 U.S.C. §§ 7321-7326 restricts Federal employees' involvement in

5    partisan political activity. As of March 2023, however, support for the GHGT of global

6    warming is clearly divided along party lines to the extent the Green New Deal

7    constitutes the justification for American voters to reject conservative republicans and

8    put the Democratic Socialists Party with heavy reliance on its EPA branch in complete

9    control of the country. The EPA Administrator and Obama and Biden Administration

10   were/are clearly in cahoots. Donald Trump and his MAGA movement was poised to

11   end the GHGT Charade and kick federal-employed climate scientists off the gravy train.

12   34. To protect U.S. Commerce and comply with international trade agreements, it is

13   critically important that all EPA employees comply with the letter, spirit and intent of

14   Public Law 104-113 § 12(d), the National Technology Transfer and Advancement Act of

15   1996 and OMB Circular A-119 (1982) by using—when they are relevant and applicable

16   in making important regulatory decisions with very high stakes to U.S. Commerce—

17   voluntary consensus standards established by certain highly qualified independent

18   institutions such as ASTM International Inc., which was formerly the American Society

19   for Testing and Materials (ASTM). The stakes to U.S. citizens and businesses in the

20   EPA decision to regulate $CO_2$ as a greenhouse gas are through the roof making it

21   imperative that EPA employees closely abide by all the governing laws and professional

Kelleher vs EPA                          Case #                          Date

1    standards that apply to safeguarding U.S. Commerce and international trade

2    agreements. The relevant and applicable standards are ASTM Spectral Irradiance

3    Standard G173-03 (formerly E891, and G159) and Gueymard 2018 reference spectrum

4    (formerly Wehrli/WMO 1985 and Gueymard 2004) coupled to the ASTM-certified

5    Department of Energy NREL SMARTS2.9.5 radiative-transfer model (formerly

6    SPCTRAL 2).

## A. FACTUAL BASIS THAT THE EPA ADMINISTRATORS DAMAGED KELLEHER IN REGULATING CO2 AND OTHER ALLEGED GREENHOUSE GASES AS TOXIC AIR CONTAMINANTS BY FAILING TO CONDUCT THE NECESSARY RIGOROUS CIVIL/ENVIRONMENTAL-ENGINEERING-LEVEL ANALYSIS OF RELEVANT EMPIRCAL DATA

12   35. In the face of the EPA violating the above-referenced regulations and statutes in failing

13   to conduct its own rigorous, unbiased, civil/environmental-engineering-level assessment

14   of the source of climate change and turning blind eyes to mountains of empirical

15   evidence that climate change is due to a natural cycle of EPP-related stratospheric ozone

16   depletion, Kelleher was allowed/motivated by statute under the CAA citizen-suit

17   provisions to protect his country and himself from certain economic and societal

18   disaster. In particular, recognizing that he was likely among the few if not the only

19   public or private-sector senior environmental engineer in the U.S. with sufficient

20   confidence in his professional credentials and abilities to take on the entire progressive-

21   left scientific community in a court setting, Kelleher felt professionally and ethically

Kelleher vs EPA                                    Case #                                    Date

1    compelled to use his 30-years environmental-engineering experience as an unbiased

2    neutral fact finder and court consultant to insert himself into the regulatory process. In

3    so doing, Kelleher at enormous time and expense not only conducted the

4    gathering/assimilation/synthesis of the truly relevant and applicable eight decades of

5    empirical data and the essential, rigorous, unbiased, highly competent environmental-

6    engineering analysis of the same, but also at enormous time and expense, and for the

7    most part in the face of hostility and opposition, employed every possible means

8    available to make the malfeasant federal employees and recalcitrant executive agencies

9    aware of their errors. This included making calls, sending emails, issuing press releases,

10   filing whistle-blowing complaints, filing formal petitions and drafting complaints. In so

11   doing, Kelleher is doing exactly what the authors of the Clean Air Act provisions on

12   citizen suits and petitions for deregulating hazardous air pollutants had in mind in

13   protecting U.S. and International Commerce and his own financial wellbeing.

14   36. For example, in his original and revised Clean Air Act petitions, Kelleher cited

15   numerous papers and provided graphical summaries of mountains of high-quality

16   empirical evidence that provide unambiguous proof that a period of naturally occurring

17   GS-Max atmospheric conditions that commenced in 1937, accelerated in 1972 and

18   extended through 2021 created all global-warming trends during that period. Because the

19   EPA chose to ignore this critically important data, Kelleher was compelled to locate and

20   analyze the new evidence and forward his findings to the EPA at his own substantial

21   time and expense for the reasons set forth in paragraph 35.

Kelleher vs EPA                               Case #                                    Date

1    37. In the original June 1, 2021, Petition Exhibit-1 submittal pages 15-16, Kelleher applied

2       sound engineering practice in using the voluntary consensus standard ASTM-certified

3       SMARTS2.9.5 radiative-transfer model coupled with ASTM Spectral Irradiance

4       Standard G173-03 (2013), to make 207 modeling runs to determine the incremental

5       amount of visible radiation centered in the yellow/orange spectral region passing

6       through the Antarctic stratosphere resulting from very-well documented levels of ozone

7       depletion by comparing baseline levels in 1979-80 to ozone-depleted conditions in 2007-

8       08 which is something EPA staff scientists could have easily done in 2007-09 or any time

9       thereafter using NASA and NOAA databases available online. To achieve this purpose,

10      Kelleher used the high quality empirical data published on the NASA Ozone Watch

11      Southern Hemisphere website which went on line in approximately 2010. The runs

12      specifically targeted an area of open ocean off the northwest shore of Antarctica at 66.5

13      degrees south, 90 degrees west comparing the **Chappuis band absorption** in all daylight

14      hours of 1979-80 to 2007-08 at a location aptly referred to as the West Antarctic hotspot

15      that is exposed to or otherwise affected by the full brunt of the seasonal ozone hole.

16      Given ASTM-certification, the results of the SMARTS2.9.5 runs provide quasi-empirical

17      evidence of massive increases of shortwave radiation centered in the yellow/orange

18      spectral region (**Chappuis band absorption**) approaching the Ocean surface under clear-

19      sky stratospheric conditions with the average increases by season as follows for the 15th

20      day of each month: late winter: August: **13.2 W/m2** for 7 daylight hours (hrs); spring:

21      September: **18.1 W/m2** for 11 hrs; October: **11.8 W/m2** for 15 hrs; early to mid-

Kelleher vs EPA                          Case #                                    Date

1   <u>summer</u>: November: **8.4 W/m2** for 19 hrs: December: **10.1 W/m2** for 21 hrs: January:

2   **8.4 W/m2** for 21 hrs: <u>late summer and fall</u>: February: **7.6 W/m2** for 17 hrs: March:

3   **12.0 W/m2** for 13 hrs: April: **10.6 W/m2** for 9 hrs: The Antarctic winter months of

4   May, June and July are almost entirely dark. The weighted average for all 133 hours of

5   daylight is **10.5 W/m2** and the range for the daily averages is **7.6 to 18.1 W/m2**. The

6   range for the hourly values is **3.5 W/m2** (noon in summer) to **31.5 W/m2** (60 minutes

7   after day break and before sunset in early spring). Because the EPA chose to ignore this

8   critically important data, Kelleher was compelled to locate and analyze the evidence and

9   forward his findings to the EPA at his own substantial time and expense for the reasons

10  set forth in <u>paragraph 35</u>.

11  38. In his email submittal dated September 22, 2021 defending the petition, Kelleher started

12      off by summarizing and explaining the Ozone Secretariat's theory on ozone-depleting

13      substances (ODS) and its connection with polar stratospheric clouds (PSCs). Kelleher

14      then provided overwhelming definitive proof that PSCs and chlorine monoxide seasonal

15      distribution restricts ozone-depleting effects of any and all ozone-depleting substances in

16      the lower stratosphere to a month and half interval in Antarctic August and early

17      September (late winter) when there is very little sunlight which translates to relatively

18      small amounts of chlorine or bromine activation. Because the EPA chose to ignore this

19      critically important data, Kelleher was compelled to locate and analyze the new

20      evidence and forward his findings to the EPA at his own substantial time and expense

21      for the reasons set forth in <u>paragraph 35</u>.

Kelleher vs EPA                             Case #                                    Date

1    39. The EPA is a co-author/enthusiastic endorser of **Bais et al., 2018** jointly funded by

2        World Meteorological Organization/United Nations Environmental Program

3        (WMO/UNEP) aka the Ozone Secretariat and IPCC that whether by design or

4        inadvertently serves to subvert overwhelming hard empirical evidence that global

5        warming is caused by a natural solar cycle of stratospheric ozone depletion. This lengthy

6        paper does not have one word about well-documented increases in visible radiation or

7        decreases in **Chappuis band absorption**. This confirms that EPA has joined forces with

8        the IPCC and WMO/UNEP in cancelling what is considered politically incorrect

9        **Chappuis band absorption coefficients** by pretending that they do not exist. Quoting

10       from the abstract: "*The Environmental Effects Assessment Panel (EEAP) is one of three Panels*

11       *of experts that inform the Parties to the Montreal Protocol. The EEAP focuses on the effects of UV*

12       *radiation on human health, terrestrial and aquatic ecosystems, air quality, and materials, as well*

13       *as on the interactive effects of UV radiation and global climate change. . . . Decreases in UV-B*

14       *radiation at the Earth's surface in response to the recovery of stratospheric ozone have not been*

15       *detected yet because such changes are still masked by varying attenuation of UV radiation by*

16       *ozone, clouds, aerosols, and other factors.*" In co-authoring the report, the EPA is telling the

17       world that stratospheric ozone loss has no effect on climate which is demonstrably

18       wrong. **REFERENCE: Bais et al., 2018**: "*Environmental effects of ozone depletion, UV*

19       *radiation and interactions with climate change*: UNEP environmental effects assessment

20       panel, update 2017," *Photochemical Photobiology Science*, 14 (17/2), 127-179 (2018).

21    40. The following paragraphs summarize and explain just some of the overwhelming

Kelleher vs EPA                                    Case #                                              Date

1   definitive empirical evidence Kelleher has provided to the blind eyes of the EPA and is

2   now providing herewith to this Court providing overwhelming evidence that global

3   warming since 1937 is due to the following.

4   **B. FACTUAL BASIS THAT A NATURAL SOLAR CYCLE THAT COMMENCED**

5   **IN 1937 AND ACCELLERATED IN AUGUST 1972 CAUSED ALL GLOBAL**

6   **WARMING TRENDS SINCE 1972 – See EXHIBIT B: illustrations/explanations**

7   41. As explained in **Mathews and Briffa 2005**, based on a combination of proxy data (e.g.

8   tree rings and ice cores) and recorded temperatures and documentation of glacial

9   advance, most scientists and environmental engineers agree that the Earth experienced

10   what is referred to as a mini-ice age which in terms of glacial advance ran 400 years from

11   about 1550 AD to about 1850. It encompasses a 265-year period of pronounced cooling

12   corresponding to extremely low sunspot activity from 1450 to 1715 that is referred to as

13   the Sporer Minimum and Maunder Minimum. The two minimums were separated by a

14   50-year spike in moderate solar activity from 1600-1650: Quoting from the conclusions,

15   page 32: "*The classical concept of Lamb and others is, however, still recognizable in current usage.*

16   *Indeed, we show here, for the first time in map form, that the majority of the Northern Hemisphere*

17   *experienced a relatively low mean summer temperature for more than three centuries (AD 1570 to*

18   *1900), and that the 'Little Ice Age' was not merely or even mainly a European phenomenon.*"

19   **REFERENCE**: **Mathews (Univ. of Wales, UK) and Briffa 2005**: "*The 'Little Ice Age':*

20   *reevaluation of an evolving concept,*" *Geografiska Annaler*, 87 A (2005). See figure 7.

21   42. As aptly applied in the following reference among others, it is sufficiently documented

1    scientific knowledge that <u>there is a statistically significant correlation between the</u>

2    <u>amount of an otherwise steady flow of galactic cosmic rays entering the earth's</u>

3    <u>atmosphere and geomagnetic storm indices including the Ap and Kp indices which track</u>

4    <u>solar wind speed and other types of geomagnetic activity</u>. Quoting from the abstract of

5    **Alhassan et al., 2021**: *"Forbush decrease (FD) discovered by Scott E. Forbush about 80 years*

6    *ago, is referred to as the non-repetitive short-term depression in galactic cosmic ray (GCR) flux*

7    *presumed to be associated with large-scale perturbations in solar wind and interplanetary magnetic*

8    *field (IMF). It is the most spectacular variability in the GCR intensity which appears to be the*

9    *compass for investigators seeking solar-terrestrial relationships. . . . From the study of 129*

10   *algorithm-selected large FDs (CR (%) ≤ −3) for cosmic ray intensity at Oulu NM station between*

11   *1998 and 2002. . . . The analysis shows that the correlations between the continuous variables are*

12   *statistically significant and hence reliable. This result reveals that the selected FDs are not spurious.*

13   *– We infer that IMF intensity, SWS, geomagnetic storm indices (Dst, Kp and Ap) are key drivers*

14   *in galactic cosmic ray modulation."* **REFERENCE**: **Alhassan (University of Nigeria) et**

15   **al., 2021**: *"Testing the effect of solar-wind parameters and geomagnetic-storm indices on galactic*

16   *cosmic ray flux variation with automated-selected Forbush decreases,"* Research in Astronomy and

17   *Astrophysics,* Manuscript no. rXiv preprint arXiv: 2108.09066 (2021).

18   43. As explained by NASA scientists in the paper cited below, it is sufficiently documented

19   scientific knowledge that the vast majority of geomagnetic activity occurs in the

20   aftermath of huge, M and X-class solar flares (bursts of radiation/solar photons) and is

21   due to medium-to-large, fast-moving coronal mass ejections (CMEs) and ensuing high-

1    speed solar winds (HSWs). This extreme solar activity causes—via the Van Allen

2    radiation belts—what is referred to as near-continuous geomagnetic substorms that

3    involve energetic electrons that are stripped from the Earth's own magnetosphere and

4    enter the ionosphere via the polar auroral rims. The computer-generated animation

5    shown on the following NASA web page shows how average sized and gargantuan

6    CEMs cause solar plasma to enter the Earth's atmosphere on the dark side of Earth:

7    GMS: Comparing CMEs (nasa.gov). Quoting from **Kanekal and Miyoshi 2021** section

8    2.1 *"It is by now well established that the Sun is the ultimate driver of magnetospheric phenomena;*

9    *indeed, it is the steady solar wind that carves out the magnetosphere and delineates it from the*

10   *surrounding interplanetary space. The Sun produces many transient eruptions, of which coronal*

11   *mass ejections (CMEs), co-rotating interaction regions (CIRs), and interplanetary shocks affect the*

12   *terrestrial magnetosphere. The consequences, i.e., magnetospheric responses, encompass phenomena*

13   *such as substorms, geomagnetic storms, and aurora and affect plasma waves and energetic particle*

14   *populations."* **REFERENCE**: **Kanekal (NASA GSFC) and Miyoshi (Nagoya Univ.,**

15   **Japan) 2021**: *"Dynamics of terrestrial radiation belts: a review of recent results during the*

16   *VarSITY era, 2014-2018,"* *Earth and Planetary Science,* 8 (35), 1-22 (2021).

17   44. As explained in the paper cited below which is authored by U.S. Air Force Research

18   Laboratory (AFRL) and NASA employees, it is sufficiently documented scientific

19   knowledge that solar proton events (SPEs), also referred to as solar energetic particles

20   (SEPs) are an occasional offshoot of wide vs narrow high-speed CME's and are

21   comparatively rare creating several days or up to about a week of intense geomagnetic

Kelleher vs EPA                        Case #                                    Date

1    activity. Quoting from the **Kahler, Ling and Gapalswami 2019** abstract: *"Gradual solar*

2    *energetic (E > 10 MeV) particle (SEP) events and metric through kilometric wavelength type II*

3    *radio bursts are usually associated with shocks driven by fast (V ≥ 900 km s− 1) and wide (W ≥*

4    *60◦) coronal mass ejections."* **REFERENCE**: **Kahler (U.S. AFRL, NM), Ling (AER, NM)**

5    **and Gapalswami (NASA LASP), 2019**: *"Are Solar Energetic Particle Events and Type II*

6    *bursts associated with fast and narrow coronal mass ejections?"* *Solar Physics*, 294 (134), 1-13

7    (2019).

8    45. As shown in the NOAA list of solar proton events since 1976 for events commencing in

9        1997 when NOAA records of measured CDM speeds started and as aptly applied in the

10        following references among others, it is sufficiently documented scientific knowledge

11        that SPEs vs CMEs create EPP comprised primarily of protons and to a lesser extent

12        neutrons (solar cosmic rays) that arrive from the sun and traverse the magnetosphere as

13        opposed to energetic electrons that escape from the magnetosphere and that the protons

14        and neutrons extend deeper into the atmosphere with those from largest events reaching

15        the upper stratosphere and ground surface respectively. Quoting from **Bazilevskaya et**

16        **al, 2015** page 575: *"It is known (e.g., [9, 10]) that flares and CMEs are the most likely sources of*

17        *accelerated particles registered after explosive releases of energy on the Sun. Particles are as a rule*

18        *generated by >M5 X-ray flares [11, 12]. The numbers of such flares have fallen since cycle 23. . . .*

19        *CMEs associated with SPEs with E > 100 MeV have high velocities (>1200 km/s on average) and*

20        *wide beam angles (around 70% of these CMEs are halos). The fraction of CMEs with velocities*

21        *greater than 1200 km/s is very small."* The above-referenced NOAA list covering solar

Kelleher vs EPA                              Case #                                      Date

1    cycles 23 and 24 shows most CMEs with velocities greater than 1200/km/s suggestive of

2    highly elevated solar activity. **REFERENCES**: **(1) NOAA Space Weather Prediction**

3    **Center**: "*Solar Proton Events Affecting the Earth Environment, 1976-Present.*" **(2)**

4    **Bazilevskaya (Russian Academy of Sciences), et al., 2015**: "*Solar proton events in solar*

5    *activity cycles 21-24,*" *Bulletin of the Russian Academy of Sciences, Physics*, 79 (5), 573-576

6    (2015). **(3) Le (China Meteorological Administration) et al., 2021**: "*Characteristics of*

7    *source locations and solar cycle distribution of the strong solar proton events (greater than or equal*

8    *to 1,000 pfu) from 1976 to 2018,*" *Monthly Notices of the Royal Astronomical Society*, 502, 2043-

9    2048 (2021).

10   46. According to **Reames 1995** (NASA) there are two types of SPEs: (1) impulsive which

11   are created by solar flares and primarily comprised of energetic electrons with the SPES

12   arriving about 6 hours after the solar-flare photons with the impacts on Earth measured

13   in hours; and (2) gradual which are created by fast-moving CMEs mostly of the halo

14   variety and primarily comprised of protons. They arrive about 12 hours after the

15   associated solar-flare photons with the impacts on Earth measured in days and up to a

16   week. The collective evidence is showing that despite the fact they are rare occurrences,

17   the SPEs play the key role in commencing and extending GS maxima. Quoting from the

18   abstract of **Denton et al., 2018** (NASA) in regard to the Northern Hemisphere:

19   "*Ozonesonde data from four sites are analyzed in relation to 191 solar proton events from 1989 to*

20   *2016. Analysis shows ozone depletion (~10-35 km altitude) commencing following the SPEs.*

21   *Seasonally corrected ozone data demonstrate that depletions occur only in winter/early spring*

Kelleher vs EPA                          Case #                              Date

1    *above sites where the northern hemisphere polar vortex (PV) can be present. A rapid reduction in*

2    *stratospheric ozone is observed with the maximum decrease occurring ~10-20 days after solar*

3    *proton events. Ozone levels remain depleted in excess of 30 days. No depletion is observed above sites*

4    *completely outside the PV. No depletion is observed in relation to 191 random epochs at any site at*

5    *any time of year* [due to the fact that floor levels were reach in 1994-97]. *Results point to the*

6    *role of indirect ozone destruction, most likely via the rapid descent of long-lived NOx species in the*

7    *PV* [polar vortex] *during the polar winter.*" **REFERENCES**: **(1) Reames (NASA GSFC)**

8    **1995**: "*Solar energetic particles: A paradigm shift,*" *Reviews of Geophysics, Supplement*, 585-589

9    (July 1995). **(2) Denton (NASA/SSI Univ. of CO, Boulder) et al., 2018**: "*Northern*

10   *Hemisphere stratospheric ozone depletion caused by solar proton events: the role of the polar*

11   *vortex,*" *Geophysical Research Letters*, 45 (2018).

12   47. As established by the NASA OMNI database SPDF - OMNIWeb Service (nasa.gov)

13   and several NOAA websites, it is sufficiently documented scientific knowledge that what

14   is referred to by scientists as the Ap index with measurements going back to 1932 and

15   the aa index with measurements going back to 1868 are near-identical highly accurate

16   measures of cumulative geomagnetic activity that represent the collective effects of the

17   amount of plasma entering the Earth's ionosphere via the polar auroral rims as a result

18   of coronal mass ejections (CMEs), solar proton events (SPEs) and high-speed solar

19   winds (HSW). As confirmed by making runs with the NASA OMNI on-line trend chart

20   image maker, it is common scientific knowledge that the upper aurora index (AU) and

21   solar wind/CME index (Kp) also similarly closely track geomagnetic activity.

Kelleher vs EPA                    Case #                                    Date

48. Explaining the importance of the correlation referenced in paragraphs 42 and 47,

quoting from the **Cliver and Boriakoff 1998** abstract: "*During the past approximately 120*

*years, Earth's surface temperature is correlated with both decadal averages and solar cycle*

*minimum values of the geomagnetic aa index. The correlation with the aa minimum values*

*suggests the existence of a long term (low frequency) component of solar irradiance that underlies*

*the 11-year cyclic component.*" Without knowing it, the authors are alluding here to the

effects of stratospheric ozone depletion on the amount of visible radiation passing

through the stratosphere during periods of very high solar activity. Quoting from the

**Valev 2006** abstract (emphasis added): "*Statistical analysis of the data series* [aa and SN]

*from 1856 to 2000 for the annual global and hemispheric surface air temperature anomalies is*

*completed. Statistically significant correlations are found between global and hemispheric*

*temperature anomalies and solar and geomagnetic indices.*" **REFERENCES**: **(1) Cliver and**

**Boriakoff (U.S. AFRL), 1998:** "*Solar variability and climate change: Geomagnetic aa index*

*and global surface temperature,*" *Geophysical Research Letters*, 25 (7), 1035-1038 (1998). See

fig 2 (Exh E-4). **(2) Valev (Bulgarian Academy of Sciences) 2006**: "*Statistical relationships*

*between the surface air temperature anomalies and the solar magnetic indices,*" *Physics and*

*Chemistry of the Earth, Parts ABC*, Elsevier (2006).

49. To date, climate scientists have not been able to explain the close correlation between aa

index and global average near-surface air and Ocean temperatures though some have

come very close including **Callis et al., (NASA Langley Research Center) 2001** and

**Randall et al., 2000**. Quoting from the latter's conclusions, pages 2387-88: "*To*

Kelleher vs EPA                                Case #                                        Date

1    *summarize, large NOx enhancements were observed by POAM and HALOE in September through*

2    *October of 2000 in the SH polar vortex. The excess NOx caused ozone loss of up to 45% at 1000 K*

3    *(33 km) in early September. We conclude that the enhancements were due to high NOx production*

4    *by particle impacts in the mesosphere, such as the large SPE on 14-15 July, 2000. The NOx*

5    *enhancements in the SH polar vortex are the largest observed since the launch of UARS in 1991. It*

6    *is likely that the NOx enhancements observed in the 2000 SH polar vortex were the largest since the*

7    *very large SPE in August of 1972.*" **REFERENCES: (1) Callis et al., 2001**: "*Solar*

8    *atmospheric coupling by electrons (SOLACE): (3) comparisons of simulations and observations,*

9    *1979-1997, issues and implications,*" *Journal of Geophysical Research, Atmospheres*, 106 (D7),

10   7523-7539 (001). See figures 1-8. **(2) Randall, Siskind and Bevilacqua 2000 (NASA**

11   **funded Univ. of Colorado, Boulder Laboratory for Space Physics [LASP])**:

12   "*Stratospheric NOx enhancements in the Southern Hemisphere vortex in winter/spring 2000,*"

13   *Geophysical Research Letters*, 28 (12), 2385-2388 (2001). See figure 4.

14   50. As explained below, in conducting his neutral fact finding analysis, Kelleher was able to

15       readily show based on mountains of satellite data that EPP-related decreases in

16       stratospheric **Chappuis band absorption** and associated increases in visible irradiance

17       centered at 0.6 micron is the reason for the correlation of temperature and the Ap/aa

18       indices.

19   51. It is sufficiently documented scientific knowledge that direct measurement of solar-storm

20       peak geomagnetic flux commenced in 1976 at the start of solar cycle 21 and that other

Kelleher vs EPA                                    Case #                                            Date

1    types of measurements are used to qualitatively rate the strength of the storms that

2    occurred prior to that time including archived newspaper reports of aurora of

3    exceptional brightness extending to lower latitudes taking into consideration that the

4    aurora are caused by EPP. For example **Shea and Smart 2008** were able to determine

5    the number of SPEs above 10 MeV in solar cycles 19 (tentative) and 20 at 65 and 72

6    based on other types of satellite data. Their counts for cycle 21-23 were 81, 84 and 103.

7    **REFERENCE**: **Shea and Smart (Emeritus AFRL) 2008**: "*Significant solar proton events*

8    *for five solar cycles (1954-2007),*" *International Cosmic Ray Conference*, 1, 261-264 (2008). See

9    table 1.

10   With respect to the first phase of the Modern GS-Max (1938-66) which commenced in the

11   active phase of solar cycle 17 and continued through the end of quiet phase of solar cycle

12   20, qualified scientific researchers have identified the following geomagnetic superstorms:

13   April 1937 (solarstorms.org); January 1938 (Hayakawa et al. 2021a); March 1940

14   (Hayakawa et al. 2021b); March 1941 (Hayakawa et al., 2021c and (Love 2021); July 1941

15   (Love 2021); March 1946 (Hayakawa 2020); January 1949; (Love 2021); February 1956

16   (Usoskin et al, 2020); September 1957 (Hayakawa et al., 2021d); February 1958

17   (Hayakawa et al., 2021d); and November 1960 (solarstorms.org ). By using annual

18   averages, all of these can be picked out on plots of the aa, Kp, Ap and AU indices.

19   **REFERENCES**: **(1-4) Hayakawa et al., (Nagoya Univ., Japan) 2021a-c:** "*The intensity*

20   *and evolution of the extreme solar and geomagnetic storm in 1938 January; 1940 March, 1941*

21   *March, 1946 March*" (as separate papers), *The Astrophysical Journal*, 909 (2) (2021) for the

Kelleher vs EPA                              Case #                                    Date

1   first three and for the last 497, **(4) (2020)**. **(5)** Hayakawa et al., 2021d: *"A review for Japanese*

2   *auroral records on three extreme space weather events around the international geophysical year*

3   *1957-1958,"* Geoscience Data Journal, DOI: 10.1002/GDJ3.140. **(6)** Love (US Geological

4   Survey) 2021: *"Extreme-event magnetic storm probabilities derived from rank statistics of historical*

5   *Dst intensities for solar cycles 14-24,"* Space Weather, 19 (4) 2021. **(7)** Usoskin et al., (Univ.

6   Oulu, Finland) 2020: *"Revised reference solar proton event of 23 February 1956; assessment of the*

7   *cosmogenic isotope method sensitivity to extreme solar events,"* Journal of Geophysical Research:

8   Space Physics, 125 e2020JA027921 (2020).

9   52. With respect to the second phase of the Modern GS Max commencing with the active

10   phase of solar cycle 20 in 1967, Love and Gannon 2009, identified the following

11   geomagnetic superstorms which are presumed to be high-speed CMEs based on what is

12   referred to as the disturbance index (values are show in parentheses): **May 1967** (374);

13   **March 1970** (287); **April 1981** (273); **July 1982** (326); **March 1989** (565); **November**

14   **1991** (366); **March 2001** (367); **November 2003** (533); **March 2015** (237) and **June 2015**

15   (193). The **August 1972** superstorm event involved a cluster of three giant SPEs and is

16   discussed in detail in **Knipp et al., 2018**. All of these can be picked out on plots of the

17   aa, Kp, AP and AU indices using annual averages. **REFERENCES: (1)** Love (US

18   Geological Survey) 2021: *"Extreme-event magnetic storm probabilities derived from rank*

19   *statistics of historical Dst intensities for solar cycles 14-24,"* Space Weather, 19 (4) 2021. See

20   table 1. **(2) Knipp (Univ. of CO, Boulder) et al., 2018**: *"On the little known consequences*

21   *of the four ultra-fast coronal mass ejecta: facts, commentary and call to action,"* Space Weather,

Kelleher vs EPA                              Case #                                    Date

1    16, 1635-1643 (2018).

2    53. NASA Solar Proton Events, 1976 - present (nasa.gov) posts an updated list of SPE's

3    prepared by NOAA with solar flux measured by satellite greater than 10 million electron

4    volts (MeV) commencing in 1976 summarized by year showing the total number of

5    SPEs, the range and the sum of the peaks in parenthesis: **1976**: 1 at 12 MEV (12); **1977**:

6    2 at 160 to 270 (360); **1978**: 9 at 19 to 2,200 (4,317); **1979**: 7 at 31 to 950 (1,711); **1980**; 2

7    at 12 to 100 (112); **1981**: 10 at 18 to 2,000 (2,760); **1982\***: 12 at 10 to 2,900 (5,560); **1983**:

8    2 at 18 to 340 (358); **1984**: 7 at 10 to 2,500 (3,371); **1985**: 3 at 14 to 160 (314); **1986**: 4 at

9    16 to 130 (297); **1987**: 1 at 120 (120); **1988**: 9 at 12 to 92 (298); **1989\***: 23 at 15 to 40,000

10   (67,974); **1990**: 12 at 12 to 950 (2,124); **1991\***: 17 at 12 to 43,000 (50,937); **1992\***: 6 at 10

11   to 4,600 (7,792); **1993**: 2 at 17 to 44 (61); **1994\***: 2 at 35 to 10,000 (10,035); **1995**: 1 at 63

12   (63); **1996**: none; **1997**:  2 at 72 to 490 (562); **1998\***: 8 at 11 to 1,700 (4,295); **1999**: 5 at

13   14 to 64 (172); **2000\***: 13 at 13 to 24,000 (24,600); **2001\***: 22 at 11 to 31,700 (70,347);

14   **2002\***: 19 at 13 to 2,520 (4,872); **2003\***: 9 at 13 to 29,500 (32,160); **2004**: 5 at 35 to 2,086

15   (2,952); **2005\***: 7 at 41 to 5,040 (10,609); **2006**: 2 at 698 to 1980 (2,678): **2007-2009**:

16   none; **2010**: 1 at 14 (14); **2011**: 7 at 14 to 96 (373); **2012\***: 13 at 12 to 6,530 (14,744);

17   **2013**: 7 at 14 to 1,660 (2,056); **2014**: 6 at 22 to 1,033 (1,384); **2015**: 4 at 22 to 1,070

18   (2,515); **2016**: 1 at 21 (21); **2017**: 3 at 22 to 1,490 (2,356). **2018-2021** none. Consistent

19   with surges in geomagnetic activity and the other global warming trends since 1972, the

20   SPE peak-flux years* above 4,000 MeV can all be picked out on plots of the aa and AP

21   indices, etc., when using annual averages. See paragraph 47. They include in decreasing

Kelleher vs EPA                                  Case #                                        Date

1    order: (1) <u>2001</u> (70,347); (2) <u>1989</u> (67,974); (3) <u>1991</u> (50,937); (4) <u>2003</u> (32,160); (5) <u>2000</u>

2    (24,500); (6) <u>2012</u> (14,744); (7) <u>2005</u> (10,609); (8) <u>1994</u> (10,035); (9) <u>1982</u> (5,560); (10)

3    <u>1992</u> (4,600); and (11) <u>1998</u> (4,295). The total count for the 44-year interval is 262 which

4    is an average of six per year. It is the frequency of SPEs greater than 500 W/m2 that

5    have sustained GS-Max conditions, not sunspot numbers. Of the 58 meeting this

6    criteria, **(1)** 14 had peak flux great than 500 MeV and less 999; **(2)** 31 had peak flux

7    greater than 1,000 MeV and less 4,999; **(3)** 5 had peak flux greater than 5,000 MeV and

8    less than 9,999; and **(4)** 8 had peak flux greater than 10,000 MeV and less than 43,500.

9    This shows that huge SPEs created the HNO3 reservoir and kept it from running out.

10   See <u>paragraph 59</u>. **REFERENCE**: **NOAA Space Weather Prediction Center**: *"Solar*

11   *Proton Events Affecting the Earth Environment, 1976-Present."*

12   54. With respect to the second phase of the Modern GS Max, plots made by Kelleher using

13   the NASA OMNI website online trend chart image maker for the period January 1964-

14   present covering average daily, monthly and annual solar wind speed (SWS), Kp, SN,

15   Ap, AU and proton flux > 10 and > 30 million electron volts, reveals that, consistent

16   with the empirical data presented in <u>paragraphs 53 and 54</u>, the warming that has

17   occurred since 1972 was the result of very large SPEs or associated fast moving CMEs

18   followed by high-speed solar winds that struck earth in **1968**, **1972**, **1978**, **1981-82**, **1989-**

19   **1994**, **1998-2003**, **2005**, **2012-13**, **2015**, **2017** and **2021**. The annual plots show that high-

20   speed CMEs and high-speed solar winds had the greatest impacts in the early 1980s and

21   mid-2010s. The hourly and daily average proton-flux data confirms that the August 1972

1 SPE was by far the largest and longest ever recorded. When the first four parameters are

2 run using hourly or daily averages, it is clear that the geomagnetic activity was near-

3 constantly high and remained fairly high during weaker solar cycle 24 due to the massive

4 SPE activity in 2012 and the high-speed CMEs and associated high-speed solar winds in

5 2013-15 and 2017. The data shows that you cannot use the sunspot index by itself to

6 judge geomagnetic activity and that very large CMEs and SPEs are the driver of the

7 prolonged solar maxima.

8 55. It is clear from the above-referenced Kelleher plots for solar wind speed, Kp, Ap and AU

9 discussed in paragraph 47 that geomagnetic activity is characteristically most

10 pronounced during the declining phase of the 11-year cycle and lowest during the

11 minima that ends a given cycle and starts the next.

12 56. Moving on to the correlation between geomagnetic activity and ozone depletion.

13 Quoting from the **Orsolini et al., 2009** abstract: "*The wintertime abundance of nitric acid*

14 *(HNO3) in the polar upper stratosphere displays a strong inter-annual variability, and is known to*

15 *be strongly influenced by energetic particle precipitation (EPP), primarily by protons during solar*

16 *proton events (SPEs), but also by precipitating auroral or relativistic electrons. We analyze a multi-*

17 *year record (August 2001 to April 2009) of middle atmospheric HNO3 measurements by the Sub-*

18 *Millimeter Radiometer instrument aboard the Odin satellite, with a focus on the polar upper*

19 *stratosphere. SMR observations show clear evidence of two different types of polar high-altitude*

20 *HNO3 enhancements linked to EPP.*" Quoting from the **Siskind et al., 2000** abstract: "*Data*

21 *from the Halogen Occultation Experiment (HALOE) are used to evaluate the contribution of upper*

1   *atmospheric $NO_x$ to the stratospheric polar vortex. Using $CH_4$ and potential vorticity as tracers, an*

2   *isolated region of enhanced $NO_x$ is shown to occur in the Southern Hemisphere (SH) polar vortex*

3   *almost every spring from 1991–1996. The magnitude of this enhancement varies according to the*

4   *Ap auroral activity index. Up to half of the $NO_x$ in the mid-stratospheric SH polar vortex may be*

5   *due to particle precipitation* [based on the false assumption that N2O oxidation contributes

6   the rest as discussed in **EXHIBIT D** paragraphs 100-110. *The peak enhancement occurred in*

7   *1991 with a magnitude of 3–5% of the $NO_y$, source due to $N_2O$ oxidation.*" As explained by the

8   authors, the situation in the Northern Hemisphere is muddled by a high incidence of

9   sudden stratospheric warming events (SSWEs) arising from temporary polar vortex

10  collapse and related spurts of NO2 descent from the mesosphere during polar winters.

11  **REFERENCES**: **(1) Orsolini (Norwegian Inst for Air Research), Urban and Murtagh**

12  **(Chalmers Univ., Sweden) 2009**:  "*Nitric acid in the stratosphere based on Odin observations*

13  *from 2001-2009 - Part 2: high altitude polar enhancements,*" *Atmospheric Chemistry and Physics,*

14  *9, 7045-7052 (2009).* See figures 1-4. **(2) Siskind (U.S. Naval Research Lab) et al.,**

15  **2000**: *An assessment of Southern Hemisphere stratospheric NOx enhancements due to transport*

16  *from the upper atmosphere,*" *Geophysical Research Letters,* 27 (3) (2000).

17  57. It is sufficiently documented by **Funke et al., 2008** (among others) that on the basis of

18  validated empirical data showing the distribution of NO and NO2 in the mesosphere

19  that as the NO descends from the ionosphere into the upper mesosphere during the dark

20  of polar winter it is rapidly converted to nitrogen dioxide (NO2) due to either the

21  exothermic chemical reaction with atomic nitrogen, NO + N + M = NO2 or some other

1    chemistry. It also shows that as a result of EPP, small amounts of N2O are formed from

2    the reaction of NO2 with atomic N in the upper atmosphere. Although it is also

3    sufficiently documented scientific knowledge that NO2 readily converts back to NO via

4    photolysis, this does not occur during the darkness of polar-winter descent. Rather, as

5    discussed in paragraph 63, it occurs with the return of sunlight in the polar spring and

6    early summer. **REFERENCE**: **Funke (Inst of Astrophysics, Spain) et al., 2008**:

7    *"Mesospheric N2O enhancements as observed by MIPAS on Envisat during polar winters in 2002-*

8    *2004," Atmospheric Chemistry and Physics*, 8, 5787-5800 (2008). See figures 9 and 10.

9    58. Based on mountains of validated empirical data on NO2, HNO3 and O3 distribution in

10   the following listed references and designated figures (among others), it is sufficiently

11   documented that under Modern GS-Max atmospheric conditions and associated NO2

12   descent during long polar-winter nights, there is countercurrent seasonal recycling in the

13   lower stratosphere of NO2 and HNO3 that causes widespread ozone destruction in the

14   spring extending from the polar zones to the about 30 degrees.  **REFERENCES A**: for

15   regional NO2 distribution and cycling and polar winter descent: **(1) Funke (Inst of**

16   **Astrophysics, Spain) et al., 2005**: *"Downward transport of upper atmospheric NOx into the*

17   *polar stratosphere and lower mesosphere during the Antarctic 2003 and Arctic 2002-2003 winters,*

18   *Journal of Geophysical Research*, 110 (D24308) (2005)." See figures 4, 5 and 6.  **(2)**

19   **Belmonte Rivas (Univ. of Bremen, Germany) et al., 2014**: *"Intercomparison of*

20   *stratospheric NO2 satellite retrievals and model simulations," Atmospheric Measurement*

21   *Techniques*, 7, 2203-2225 (2014). See figures 5 and 6. **(3) WMO ozone assessment**

Kelleher vs EPA                              Case #                                    Date

1    **report, 2002**: figure 3-18 in Chapter 3 (2002). **(4) Richter (Univ. Bremenm Germany) et**

2    **al., 2005**: *"GOME obervations of stratospheric trace gas distributions during the splitting vortex*

3    *event in the Antarctic winter of 2002: Part 1: measurements," Journal of Atmospheric Sciences*, 62

4    (3) (2005). See figure 5 (Exh B-6) **(5) Kulkarni Univ. of Evora, Portugal) et al., 2011:**

5    *"Comparison of NO2 verticle profiles from satellite and ground based measurements over*

6    *Antarctica,"* 2022 XXXth URSI General Assembly and Scientific Symposium, IEEE,

7    978-1-4244-6051-9/11 (September 2011). See Figure 2 (Exh B-7. **REFERENCES B**: for

8    countercurrent seasonal cycling and regional distribution of HNO3: **(1) Urban**

9    **(Chalmers Univ., Sweden) et al., 2009**: *"Nitric acid in the stratosphere based on Odin*

10   *observations from 2001-2009 - Part 1: a global climatology," Atmospheric Chemistry and Physics*,

11   9, 7031-7044 (2009). See figures 1-7. **(2) Orsolini (Norwegian Inst for Air Research),**

12   **Urban and Murtagh (Chalmers Univ., Sweden 2009**:  *"Nitric acid in the stratosphere based*

13   *on Odin observations from 2001-2009 - Part 2: high altitude polar enhancements," Atmospheric*

14   *Chemistry and Physics*, 9, 7045-7052 (2009). See figures 1-4. **(3) Wespes (Univ. of**

15   **Brussels, Belgium) et al., 2009**: *"Global distribution of nitric acid from IASI/MetOP*

16   *measurements," Atmospheric Chemistry and Physics*, 9, 7949-7962 (2009). See figures 6-9.

17   **REFERENCES C**: for direct comparison of O3 vs HNO3 vs NO2 seasonal distribution

18   and cycling: **(1) von Clarmann (Inst for Meteorology and Climate Forcing, Germany)**

19   **et al., 2009**: *"Retrieval of temperature, H2O, O3, HNO3, CH4, N2O, ClONO2 and ClO from*

20   *MIPAS reduced resolution nominal mode limb emission measurements," Atmospheric*

21   *Measurement Techniques*, 2, 159-175 (2009). See figures 6 and 8. **(2) Hegglin (Univ. of**

1    **Reading, UK) et al., 2021**: "*Overview and update of the SPARC data initiative: comparison of*

2    *stratospheric composition measurements from satellite limb sounders,*" *Earth System Science Data,*

3    13, 1855-1903 (2001). <u>See figures 12 and 13</u>.

4    59. There is sufficient evidence in areas outside the tropics to prove an exact/precise 1/1

5    correlation separated by three orders of magnitude between $HNO_3$ mixing levels

6    expressed as single-digit and low-double-digit parts per billion by volume (ppbv) and

7    ozone mixing levels in single-digit and low-double-digit parts per million (ppmv) in the

8    lower stratosphere (10-25 km AMSL). This is telling us that the transitioning of $HNO_3$

9    to $NO_2$ as stratospheric temperatures rise in the spring and early summer is solely

10   responsible for catalytic springtime lower stratospheric ozone loss. The associated

11   empirical data showing this precise relationship, which confirms that $N_2O$ is not

12   involved, is published in the following references. Quoting from section 4.1 page 9 of

13   **Irie et al., 2006** (emphasis added): "*Additional assessments were made by comparing ILAS-II*

14   *$HNO_3$ data with $HNO_3$ values for ELs = 75 deg ± 5 N in June 1997 and for ELs = 60 deg ± 5 S*

15   *in April 1997, <u>where $HNO_3$ was calculated from the $O_3$ mixing ratios measured by ILAS-II using</u>*

16   *<u>the ILAS $HNO_3$-$O_3$ correlations that were likely maintained from 1997 until 2003 for these ELs</u>*

17   *<u>and seasons</u>. In support of this assumption, UARS/ MLS data showed that <u>the lower stratospheric</u>*

18   *<u>$HNO_3$-$O_3$ correlations for these ELs</u> [latitudes] <u>and seasons were very compact and almost</u>*

19   *<u>invariant over several years between 1995 and 1997</u>.*" **REFERENCES**: **(1) Irie (Frontier**

20   **Research Center, Japan) et al., 2006**: "*Validation of nitric acid profiles observed by improved*

21   *limb atmospheric spectrometer (ILAS)-II,*" *Journal of Geophysical Research*, 111 (D11S03

Kelleher vs EPA                          Case #                                    Date

1    (2006). <u>See figures 7 and 8</u> (<u>Exh B-8</u>). **(2) <u>Popp (NOAA) et al., 2009</u>**: "*Stratospheric*

2    *correlation between nitric acid and ozone,*" *Journal of Geophysical Research*, 114 (D03305)

3    (2009). <u>See figures 2, 3 and 5</u>. **(3) <u>Neuman (NOAA) et al., 2001</u>**: "*In situ measurements of*

4    *HNO3, NOy, NO and O3 in the lower stratosphere and upper troposphere,*" *Atmospheric*

5    *Environment*, 35 (2001). <u>See figures 1-4</u>.

6    60. Based on the same empirical evidence on NO2 and HNO3 distribution cited above plus

7        stratospheric temperature trends that are well documented by NOAA on its Global

8        Temperature Time Series website: <u>Climate Prediction Center - Global Temperature</u>

9        <u>Time Series (noaa.gov)</u> there is sufficient evidence to conclude that NO2 + OH + M =

10       HNO3 in the presence of water vapor cluster is the simple, reversible, temperature-

11       dependent stoichiometric redox reaction involved in the NO2 and HNO3 transitioning

12       that occurs annually within the stratosphere. Quoting from the abstract and introduction

13       on page 687 of **<u>Dransfield et al., 1999</u>** (emphasis added): "*The reaction of OH with NO2 is*

14       *pivotal in both stratospheric and tropospheric chemistry; in each case it is the dominant*

15       *homogeneous mechanism for conversion of NOx to NOy. The rate constant is a strong function of*

16       *pressure and temperature. . . . Here we report a temperature- and pressure-dependent study (220 -*

17       *300 K, 50 -150 tort) of this reaction. . . .* <u>*In the lower stratosphere, the reaction of OH and NO2*</u>

18       <u>*accounts for 95% of the total NO2 to HNO3 conversion.*</u>" The study confirmed that the

19       forward reaction is driven by the combination of decreasing temperatures and increasing

20       pressure and vice versa for the reverse but limited to increasing temperature.

21       **<u>REFERENCE</u>: <u>Dransfield et al., (mostly Harvard), 1999:</u>** "*Temperature and pressure*

1    *dependent kinetics of the gas-phase reaction of the hydroxyl radical with nitrogen dioxide,"*

2    *Geophysical Research Letters*, 26 (6), 687-690 (1999). See figure 1.

3    61. Also with respect to temperature dependence and the unique nature of the Antarctic

4    vortex, it is sufficiently documented by (among others) **Ronsmans et al., 2021**, based on

5    mountains of validated empirical data that as the NO2 descends during winter into the

6    lower portion of the frigid-cold Antarctic polar vortex it freezes and becomes

7    undetectable by the instrumentation used to measure it. The collective data for the

8    Antarctic referenced in paragraphs 59 and 62 on HNO3 and NO2 distribution shows,

9    however, that regardless of its frozen state the HNO3 begins to transition to ozone-

10   destroying NO and OH as soon as there is sufficient continuous sunlight in early spring

11   (late September). The same collective data in paragraphs 59 and 62 further shows that

12   the freezing occurs occasionally within the Arctic vortex but nowhere else.

13   **REFERENCE**: **Ronsmans (Univ. of Brussels, Belgium) et al., 2021**: *"A nitric acid*

14   *dataset from IASI for polar stratospheric denitrification studies,"* *Atmospheric Chemistry and*

15   *Physics Discussions*, (2021): under-review. See figures 3, 4 and 5.

16   62. It is sufficiently documented by the same evidence cited in paragraphs 59-61 that as soon

17   the lower polar stratospheres begins to receive sunlight in the spring, the HNO3 in the

18   presence of water-vapor clusters reverts back to NO2 and OH via the reverse of the

19   above reaction reaching peak levels in the summer. This pathway is supported by

20   **Lengyel, Med and Slavicek 2018** who found charge-transfer dominating over proton-

21   transfer characteristic of a reversible redox reaction. Quoting from the abstract: *"The*

Kelleher vs EPA                          Case #                                    Date

1    *reaction of hydrated electrons (H2O)ₙ- (n=35-65) in the gas phase was studied using Fourier*

2    *transform ion cyclotron resonance (FT-ICR) mass spectrometer and ab initio molecular dynamics*

3    *simulations. Kinetic analysis of the experimental data shows that OH (H2O)ₘ is formed primarily*

4    *during the reaction of the hydrated electron with HNO3 inside the cluster, while proton transfer is*

5    *not observed and NO3⁻ (H2O)ₘ is just a secondary product. The reaction enthalpy was determined*

6    *using nanocalorimetry, revealing a quite exothermic charge transfer with -241 +/- 69 kj per mol.*

7    *Ab initio molecular dynamics simulations indicated that proton transfer is an allowable reaction*

8    *pathway, but the overall thermochemistry favors charge transfer.*" The authors attribute some

9    minor portion of the decomposition of HNO3 to NO2 to photolysis of HNO3 which has

10   strong absorption coefficients in the UB-C and much weaker in the UV-A and near

11   infrared. Figure 12 from **Dulitz et al., 2018** of the Max Planck Institute, however,

12   provides empirical evidence that the reversion back to NO2 commencing in the spring is

13   primarily via the photolysis of the nitrate radical (NO3) in the aftermath of the following

14   kinetically favorable homogeneous reaction: HNO3 + OH = NO3 + H2O which is

15   proton transfer. As discussed in paragraph 64, based on the rate and extent of spring and

16   early summer ozone depletion, Kelleher believes that this reaction is favored when the

17   stratospheric temperature stabilize in mid-summer.  NO3 strongly absorbs at certain

18   wavelengths in the same yellow/orange spectral region as ozone but is at mixing ratios

19   in the lower stratosphere that are three orders of magnitude lower than ozone.

20   **REFERENCES: (1) Lengyel (Univ. Innsbruck, Austria), Med and Slavicek 2017**:

21   "*Communication: Charge transfer dominated over proton transfer in the reaction of nitric acid with*

1    *gas-phase hydrated electrons,*" *Journal of Chemical Physics*, 147, 101101 (2017). **(2) Dulitz et**

2    **al.,** (Max Planck Institute) **2018**: "*Temperature (208–318 K) and pressure (18–696 Torr)*

3    *dependent rate coefficients for the reaction between OH and HNO,*" *Journal of Atmospheric*

4    *Chemistry and Physics*, 18, 2381-2394 (2018). See figure 12.

5    63. It is sufficiently documented by the same evidence cited in <u>paragraphs 59-61</u> that in the

6        mid to late summer, ozone depletion wanes due to competing temperature-dependent

7        reactions involving N2O5 and NO3 as well as OH, HO2 and water vapor and that as the

8        stratospheric temperature stabilizes, HNO3, NO3, NO2, NO and O3 on the one hand

9        and OH, HO2, O3 and H2O on the other reach respective states of equilibrium.

10   64. It is sufficiently documented by the same evidence cited in <u>paragraphs 59-61</u> that in late

11       summer and fall the OH and NO2 transition back to recycled-HNO3 as stratospheric

12       temperatures fall via the same reaction described in <u>paragraph 61</u> that started the

13       recycling of NO2 and OH during polar winter NO2 descent.

14   65. It is sufficiently documented by the same evidence cited in <u>paragraphs 59-61</u> that

15       Modern GS-Max atmospheric conditions have created huge reservoirs of recycled

16       HNO3 and NO2 extending at diminishing levels from the polar zones at 70-90 degrees

17       south to approximately 30 degrees south that peaks in HNO3 concentration in early

18       winter (SH mid-May) and for NO2 in summer (SH December/January). The collective

19       data in <u>paragraph 52</u> suggests that these expansive reservoirs were initially created in the

20       active phase of solar cycle 17 due to massive NO2 descent and lateral dispersion both

21       inside and outside the boundaries of the winter vortex particularly after the vortex

Kelleher vs EPA                              Case #                                      Date

1   collapsed each year in early summer (SH typically mid-December).

2   66. It is sufficiently proven based on the results of scientific research by the following

3   authors that the $HNO_3$ reservoir peak levels in the lower stratosphere as measured in

4   early winter just before $NO_2$ winter descent were at approximately the following mixing

5   ratios: **(1)** 12 ppbv as of 1968 through 1979 (**Murcray  et al., 1974**) and (**Remsberg et**

6   **al., 2010**); **(2)** 22 ppbv in 1993 (**Muscari et al., 2002**); **(3)** 16 ppbv in 2004, 13 ppbv in

7   2015 and 11 ppbv in 2017 (**Ronsmans et al., 2021**). **REFERENCES**: **(1) Murcray**

8   **(Univ. of Denver) et al., 1974**: *"Recent results of stratospheric trace gas measurement from*

9   *balloon spectrometers,"* *Proceeding of the third conference on Climate Impact Assessment Program,*

10   February 1974. **(2) Remsberg (NASA) et al., 2010**: *"Improvements in the profiles and*

11   *distributions of nitric acid and nitrogen dioxide with the LIMs version 6 dataset,"* *Atmospheric*

12   *Chemistry and Physics*, 10, 4741-4756 (2010). See figure 1. **(3) Muscari (State Univ. of**

13   **NY, Stony Brook) et al., 2002**: *"Intercomparison of stratospheric HNO3 measurements over*

14   *Antarctica: ground-based millimeter-wave versus UARS/MLS version 5 retrievals,"* *Journal of*

15   *Geophysical Research*, 107 (D24), 4809 (2002). See figures 2 and 3. **(4) Ronsmans (Univ.**

16   **of Brussels, Belgium) et al., 2021**: *"A nitric acid dataset from IASI for polar stratospheric*

17   *denitrification studies,"* *Atmospheric Chemistry and Physics Discussions* (2021): under-review.

18   See figure 1.

19   67. From the evidence provided in paragraphs 59-61 and paragraph 67 it is sufficiently

20   established that during sustained GS-Max conditions, the $HNO_3$ reservoir was

21   continuously replenished and bolstered in each and every ensuing year by a fresh influx

Kelleher vs EPA                     Case #                                    Date

1    of NO2 during winter descent from the mesosphere the amount of which varied

2    pursuant to the amount of EPP entering the polar auroral rims during polar winter.

3    From figure 1 in **Solomon et al, 2005** and figure 1 in **Staehelin, Kegel and Harris, 1998**,

4    it is evident that the HNO3 reservoir temporarily ran dry or close to dry in the mid-1950s

5    to late 1960s based on long-term validated measurements of stratospheric column ozone

6    levels via ozonesondes during polar spring at three weather stations in Antarctica: **(1)**

7    Syowa at 69 degrees S, **(2)** Halley Bay at 75.5 degrees S, and **(3)** South Pole at 90

8    degrees S as well as at **(4)** Arosa, Switzerland at 46.8 degrees N. Relative to a baseline of

9    approximately 330 DU in Antarctic-October in the 1960s, ozone levels plunged to about

10   250 DU (25%) by 1975, followed by a return to baseline in the late 1970s and early

11   1980s and then a sharp decrease to approximately 130 DU (60%) by 1994. Relative to a

12   1926-1969 baseline mean of approximately 330 DU, the trend chart for springtime in

13   Arosa (April/May) shows slightly elevated ozone levels in the 1950s and 1960s, plunges

14   of 10% in the 1940s and mid-1970s followed by a return to baseline in the late 1970s and

15   early 1980s and then a sharp decrease of about 40% from 1980 to 1996. The collective

16   evidence is showing that in the absence of GS-Max conditions and associated

17   continuous NO2 descent in polar winters, stratospheric HNO3 is present intermittently

18   outside of low levels in the greater tropics. **REFERENCES**: **(1) Solomon (MIT) et al.,**

19   **2005**: *"Four decades of Ozonesonde measurements over Antarctica," Journal of Geophysical*

20   *Research: Atmospheres*, 110, (D211311) (2005). See figures 1 and 7 (Exh 13). **(2) Staehelin**

21   **and Kegel (Institute for Atmospheric Sciences, Zurich, Switzerland) and Harris,**

Kelleher vs EPA                          Case #                                   Date

1     **1998**: "*Trend analysis of the total ozone series of Arosa (Switzerland), 1926-1996,*" *Journal of*

2     *Geophysical Research*, 103 (D7), 8389-8399 (1998). See figure 1.

3     68. From the evidence provided later on in **EXHIBIT C paragraphs 83-99** relating to

4     documented levels of stratospheric ozone depletion resulting from EPP-related NO2

5     descent, it is sufficiently established that commencing in 1972 and peaking in 1994-97,

6     and remaining highly elevated thereafter, there have been seasonally varying increases in

7     the amount of visible shortwave radiation in the yellow/orange spectral region spanning

8     0.5-0.7 micron centered at 0.6 passing through the Antarctic stratosphere most of which

9     reached the Earth's surface with by far the highest levels in spring and early summer in

10    direct proportion to the amount of lower stratospheric ozone loss.

11    69. A "Temperatures World Wide, 1901-2020" trend chart prepared by NOAA and posted

12    on the EPA Climate Change Indicators web page Climate Change Indicators: U.S. and

13    Global Temperature | U.S. EPA shows the following evidence of Modern GS-Max

14    effects. **(1)** There is a slight warming trend from 1901 to 1937. **(2)** There is pronounced

15    surge in warming in the late 1930s to mid-1940s during the active and declining phases

16    of solar cycle 17. **(3)** There is a fall off and leveling off through 1972 except for a lesser

17    surge in the late 1950s through early 1960s that correlates with very high solar activity

18    during the active and declining phases of solar cycle 19. **(4)** There are slight peaks in

19    1973-74 during the declining phase of solar cycle 20 and a higher peak in 1977 followed

20    by a steady rise. **(5)** During the steady rise there are notable peaks in 1979-82; 1985-86,

21    1989-91, 1994-95, 1998-2001, 2003, 2005-2007, 2012, and 2015-2017 which for the most

Kelleher vs EPA                          Case #                                    Date

1     part occur during the active and declining phases of solar cycles 21 through 24. The

2     steady rise is attributable to the feedback effect from seasonal polar sea-ice loss and the

3     ability of water in the Ocean and planetary boundary layers to retain heat and convect it

4     away from the atmospheric interfaces. The peaks in 1985-86, 1995, 1999 and 2007 are

5     presumably due to high-speed solar winds and/or sudden stratospheric warming events

6     (SSWEs) impacting the sub-polar zones. The 1995 and 1999 SSWEs affected the sub-

7     Antarctic and the rest the sub-Arctic.

8     70. An "Average Global Sea-Surface Temperatures, 1880-2020" trend chart prepared by

9     NOAA and posted on the EPA Climate Change Indicators web page Climate Change

10    Indicators: Sea Surface Temperature | U.S. EPA shows the following evidence of

11    Modern GS-Max effects. (1) There is a slight cooling trend from 1880-1910 and an

12    offsetting slight warming trend from 1910 to 1936. (2) There is a pronounced surge in

13    warming in the late 1930s to mid-1940s during the active and declining phases of solar

14    cycle 17. (3) There is a fall off and leveling off through the mid-1960s except for lesser

15    surges in the late 1950s through early 1960s and late 1960s through early 1970s that

16    correlate with very high solar activity during the active and declining phases of solar

17    cycles 19 and 20 which ended with a bang. (4) There is a steady warming trend

18    commencing in 1973 with notable peaks in 1977-82, 1987-91, 1998, 2000-06, 2010, and

19    2012-16 which for the most part occur in the active and declining phases of solar cycles

20    21 through 24. The steady rise is attributable to the feedback effect from seasonal polar

21    sea-ice loss and the ability of the Ocean to retain and convect heat energy away from the

Kelleher vs EPA                         Case #                              Date

1    surface for long periods.  The peaks in 1987, 1988 and 2010 were presumably associated

2    with high-speed solar winds and/or SSWEs which affected the sub-Arctic.

3    71. A "Heat Content in the top 700 meters of the World's Oceans, 1955-2020" trend chart

4    prepared by NOAA (red trend line) and posted on the EPA Climate Change Indicators

5    web page Climate Change Indicators: Ocean Heat | U.S. EPA shows the following

6    evidence of Modern GS-Max effects by following the red line. **(1)** There is a warming

7    trend from 1955 to the early 1960s followed by a cooling trend to 1972. **(2)** There is a

8    steady warming trend after 1972 with notable surges or peaks in 1973-1975, 1977-78,

9    1979-81, 1984-85, 1987-88, 1991, 1994-96, 1998-2000, 2002-2006, 2012-2015 and 2017-

10   19 which for the most part occur in the active and declining phases of solar cycles 20

11   through 24. The steady rise is attributable to the feedback effect from seasonal polar sea-

12   ice loss and the ability of the Ocean to retain and convect heat energy away from the

13   surface for long periods. The peaks in 1974-75, 1985, 1987-88, 1995-96, and 2018-19

14   were presumably associated with high-speed solar winds and/or SSWEs which affected

15   the sub-polar zones.

16   72. Figures 4, 5 and 6 in **Perot and Orsolini 2021** using nitric oxide (NO) data generated

17   during Sweden's Odin satellite mission demonstrated that SSWE's even during periods

18   of very low solar activity can have dramatically high impacts on the amount of NO2

19   descent into the stratosphere over a three-month period if they occur early enough in

20   winter as was the case in NH 2013 and 2019. These findings help explain why there was

21   no ozone recovery during the declining phase of solar cycle 24. **REFERENCE**: **Perot**

Kelleher vs EPA                    Case #                              Date

1    **and Orsolini (Chalmers Univ., Sweden) 2021**: "*Impacts of the major SSWs of February*

2    *2018 and January 2019 on the middle atmosphere nitric oxide abundance,*" *Journal of*

3    *Atmospheric and Solar-Terrestrial Physics,* 218 (2021). See figures 3 and 4.

4    73. An "Arctic and Antarctic Standardized Anomaly and Trend Nov 1978 Oct 2020" trend

5    chart for monthly and annual average sea-ice loss prepared by the National Snow and

6    Ice Data Center (NSIDC) posted at  Figure-4-1.png (5690×4423) (nsidc.org) shows the

7    following evidence of Modern GS-Max effects as follows. **Arctic** - Taking the annual

8    average, there is a steady decreasing trend with telltale downward spikes and surges

9    during the following years for the most part correlating closely with the active and

10   declining phases of solar cycles 21-24: 1979-81; 1983-84; 1989-91; 1994-95; 2000-2007;

11   2011-12; 2015-17; **Antarctic** - Taking the annual average, there is no clear trend because

12   the vast amount of the documented sea-ice loss is bottom-up thinning. Nevertheless,

13   there are telltale downward spikes and surges during the following years for the most

14   part correlating closely with the active and declining phases of solar cycles 21-24: 1978-

15   80; 1982-83; 1987; 1991-93; 1997; 2002-03; 2006-07; 2016-17. The Antarctic sea-ice loss

16   trends due from thinning are discussed in detail in paragraph 78.

17   74. Figure 2 in **Wild et al., 2017** titled "The longest continuous record in GEBA: surface

18   downward shortwave radiation (W/m2) measured in Stockholm since 1922" is a trend

19   chart from 1922-2013 of Global Energy Balance Archive data. The five-year running

20   average shows the following: **(1)** a low point of about 105 W/m2 from 1922-1937; **(2)**

21   commencing in 1938, a quick rise to about 120 W/m2 that was sustained from 1942-56;

Kelleher vs EPA                              Case #                                    Date

1    **(3)** a decline to about 110 W/m2 that was sustained from 1957-1961; **(4)** commencing in

2    1962, a recovery to about 118 W/m2 as of 1973; **(5)** commencing in 1974 a steady

3    decline back to about baseline 105 W/m2 by 1987; **(6)** commencing in 1988 a steady rise

4    amid peaks and valleys to about 117 W/m2 by 2013. The 5-year trend is confirming that

5    the Northern Hemisphere unlike the southern was little affected by the gargantuan SPE

6    that struck August 4, 1972 in Arctic summer/Antarctic winter. The plot of annual

7    averages, shows peaks and surges in the following years as additional evidence of

8    Modern GS-Max effects commencing in 1937: 1937-42; 1946; 1949; 1955-56; 1958;

9    1967-68; 1973; 1977-79; 1981-82; 1986; 1988-89; 1991-92; 1994; 1996; 1998; 2001-02,

10   2003-05; 2007-08; 2010, 2012-13. See paragraph 54 for the close correlation with very

11   large SPEs and CMEs. The peaks in 1986, 1996, 2007-08 and 2010 presumably correlate

12   with high-speed solar winds and/or SSWEs. **REFERENCE**: **Wild et al., 2017**: *"The*

13   *Global Energy Balance Archive (GEBA) version 2017: a database for worldwide measured surface*

14   *fluxes," Earth System Science Data*, 9, 601-613 (2017). See figures 2 and 3.

15   75. An illustration (Exh C-17) titled "Heat Energy Accumulated in the Deep Ocean," (Exh

16   is posted on the following NOAA Climate.gov web site Antarctica is colder than the

17   Arctic, but it's still losing ice | NOAA Climate.gov. It shows telltale massive plumes of

18   solar-heated deep seawater emanating from just off the north, west and east coasts of

19   Antarctica and extending deep into the South Atlantic, South Pacific and Indian

20   Oceans. **Purkey et al., 2019** sufficiently established the source of the heating extending

21   deep into the South Pacific Basin. Quoting from the plain language summary which

1    clearly implicates that portion of the seasonal ozone hole extending over the Ross Sea

2    and Amundsen-Bellingshausen as the sole source of the warming (underline added):

3    "*Here we use highly accurate data collected by ships along oceanic transects with decadal revisits to*

4    *quantify how much heat and freshwater has entered the South Pacific Ocean between the 1990s and*

5    *2010s. We find widespread warming throughout the deep basins there and evidence that the*

6    *warming rate has accelerated in the 2010s relative to the 1990s* [due to documented primarily

7    bottom up regional sea ice loss]. *The warming is strongest near Antarctica where the abyssal*

8    *ocean is ventilated by surface waters that sink to the sea floor and hence become bottom water, but*

9    *abyssal warming is observed everywhere. In addition, we observe an infusion of freshwater*

10   *propagating along the pathway of the bottom water as it moves northward from Antarctica. We*

11   *quantify the deep ocean warming contributions to heat uptake as well as sea level rise through*

12   *thermal expansion.*" **REFERENCE**: **Purkey (Scripts Inst of Oceanography) et al., 2019**:

13   "*Unabated bottom water warming and freshening in the South Pacific Ocean,*" *Journal of*

14   *Geophysical Research, Oceans,* 124 (3), 1778-1794 (2019). See figures 1 and 2.

15   76. On the basis of the monumentally significant findings of research conducted by **Calleja**

16   **et al., 2021**, it has been conclusively established based on hard empirical evidence that

17   the seasonal late spring and summer increases in the surface albedo of perpetually snow-

18   and-ice covered Antarctica are due to increases in downwelling shortwave radiation

19   rather than alleged/phantom increases in downwelling longwave radiation. Quoting

20   from the preface (emphasis added): "*We have characterized the snow albedo decay over Hurd*

21   *Peninsula, Livingston Island, Antarctica, for the period 2000-2016. . . . On average, albedo decay*

Kelleher vs EPA                         Case #                              Date

1    *starts in late September and lasts for 96 ± 20 days* [to mid-December to mid-January]. *Snow*

2    *melting lags behind snow albedo decay. This lag is due, on the one hand, to the occurrence of dry-*

3    *snow metamorphism and sublimation in the early stages of the decay, and on the other hand to*

4    *persisting subsurface melting after the completion of the metamorphic processes at the surface. The*

5    *albedo decay is mainly driven by the shortwave incident radiation, with air and near-surface*

6    *temperatures unexpectedly playing a minor role. Near-surface-temperature controls the importance*

7    *of the local topography in the albedo decay. Topography only determines the albedo decay* [to a

8    minor extent] *when the snow cover is not homogeneous over the study area.*" There are similar

9    findings for Arctic sea-ice loss. Quoting from **Sedlar 2018** (emphasis added): "*Monthly-*

10   *integrated ASR* [measured absorbed shortwave radiation] *anomalies over the entire Arctic*

11   *Ocean domain are compared for CERES (full colors) and ERA-I* [modeled] *(light colors) in Fig.*

12   *3. Observations (black) indicate a steady increase and separability in ASR between LIYs and HIYs*

13   *through spring and early summer, from 0.25 W/m2 up to 12 W/m2 (note ordinarily limited to 7*

14   *W/m2).*" <u>REFERENCES</u>: **(1) Calleja et al., (Univ. of Oviedo, Spain) 2021**: "*Snow*

15   *albedo seasonal decay and its relation with shortwave radiation, surface temperature and*

16   *topography over an Antarctic ice cap,*" *IEEE Journal of Selected Topics in Applied Earth*

17   *Observations and Remote Sensing*, 14, 2162-2172 (2021). <u>See figures 3 and 4</u>. **(2) Sedlar**

18   **(Univ. of Stockholm, Sweden) 2018**: "*Spring Arctic preconditioning: do not rule at shortwave*

19   *radiation just yet,*" *Journal of Climate*, 31 (11) (2018). <u>See figures 2 and 3</u>.

20   77. A video posted on a NASA.gov web site shows the loss of mass in the ice shelves

21   bordering areas of floating sea-ice along Western Antarctica. <u>Video: Antarctic Ice Mass</u>

Kelleher vs EPA                          Case #                              Date

1    Loss 2002-2020 – Climate Change: Vital Signs of the Planet (nasa.gov). These are the

2    areas feeding the gargantuan plumes referenced in paragraph 76. This video does not

3    show the documented considerable lateral extent of sea-ice loss along these coastal areas.

4    On the basis of research conducted by (among others) **Rignot et al., 2019**, it is

5    sufficiently established based on mountains of empirical evidence that commencing at

6    some point shortly before 1979, there has been seasonal late spring and summer bottom

7    up and internal melting and thinning of the Antarctic sea-ice, glaciers and ice shelves

8    primarily in West Antarctica where the exposure to the ozone hole to areas of open

9    Ocean along the sea-ice melt front is greatest and ozone depletion extends through the

10   summer months. The acceleration during solar cycle 24 cited below is due to the above-

11   referenced West Antarctic lateral and bottom up sea-ice loss and the ability of the Ocean

12   to convect and store heat energy away from the surface for long periods. Quoting from

13   the **Rignot et al., 2009** abstract (emphasis added): "*The total mass loss from Antarctica*

14   *increased from $40 \pm 9$ Gt/y in the 11-y time period 1979–1990 to $50 \pm 14$ Gt/y in 1989–2000,*

15   *$166 \pm 18$ Gt/y in 1999–2009, and $252 \pm 26$ Gt/y in 2009–2017, that is, by a factor 6.*"

16   **REFERENCE**: **Rignot (Univ. of CA, Irvine) et al., 2019**: "*Four decades of Antarctic ice*

17   *sheet mass balance from 1979-2017*," PNAS, 116 (4), 1095-1103 (2019). See figures 2 and 3.

18   78. On the basis of research conducted by **Brindley and Bantges 2016**, it is sufficiently

19   established that as of year 2000 there had been significant increases in: **(1)** the amount of

20   open-Ocean-emitted longwave cooling radiance in the water-vapor spectral window at 8-

21   13 microns exiting the top of the atmosphere primarily due to the seasonal decline in

1   Arctic sea-ice extent as well as a decrease in lower stratospheric ozone absorption

2   centered at 9.5 microns due to ozone depletion; **(2)** a slight increase in water-vapor

3   cooling radiance emitted from the diurnally rising and falling temperature-inversion

4   layer capping the MBL at 5-6 microns as a direct result of increases in visible irradiance

5   centered in the yellow/orange spectral region heating the Ocean surface and the MBL

6   cloud tops. **(3)** a large increase in water vapor rotational band emittance at 17-30

7   microns emanating from the upper troposphere as a direct result of increases in visible

8   irradiance centered in the yellow/orange spectral region heating the Ocean surface and

9   the MBL cloud tops. These are essentially modeling runs that assume that anomalies

10   existed as of year 2000. They falsely assume that the anomalies are the result of

11   increasing greenhouse gas concentrations and that the increases will double at some

12   point in the future. **REFERENCE**: **Brindley and Bantges (Imperial College, London)**

13   **2016**: *"The spectral signature of climate change,"* Current Climate Change Reports, 2, 112-126

14   (2016). Sée figures 2 and 7.

15   79. On the basis of the same research by **Brindley and Bantges 2016**, it is sufficiently

16   established that as of year 2000 there had been significant decreases in the amount of

17   radiation absorbed in the lower stratospheric ozone layer centered at 9.5 microns and 13-

18   16 microns which in both cases is without question due to well documented lower

19   stratospheric ozone depletion. It needs to be recognized that $CO_2$ present in the lower

20   stratosphere gets all of its heat either from collisions with surrounding ozone molecules

21   or from cooling emittance in ozone's narrow absorption band centered at 14.5 microns.

Kelleher vs EPA                               Case #                                    Date

1      There is no bona fide empirical evidence that CO2 absorbs 13-16 micron radiation

2      emitted from the Ocean surface or the MBL's capping inversion layer in the off chance

3      that it exists. **REFERENCE**: **Brindley and Bantges (Imperial College, London) 2016**:

4      "*The spectral signature of climate change*," *Current Climate Change Reports*, 2, 112-126 (2016).

5      See figures 2 and 7.

6   80. On the basis of research conducted by the IPCC among others, it sufficiently established

7      based on mountains of empirical evidence that during the Modern GS Max there has

8      been no significant increase or changes in the total or spectral irradiance entering the top

9      of the atmosphere, but rather on the basis of research described in paragraphs 54-56

10     there has been a significant increase in the amount of solar plasma entering the top of the

11     atmosphere via the polar auroral rims that tends to peak in the early declining phase of

12     the 11-year solar cycle following unusually high peak activity.

13  81. As established by the evidence set forth in the paragraphs listed below, the most

14     conspicuous telltale signature trends for the Modern Grand-Solar Maximum aside from

15     near surface temperature and atmospheric CO2 increases are as follows in no particular

16     order: **(1)** a prolonged interval over eight 11-year cycles of high Ap/aa/Kp/AU-index

17     (elevated geomagnetic activity) that extends right through at least one cycle of average

18     sunspot number (paragraphs 54, 55 and 56); **(2)** a prolonged massive decline in lower

19     stratospheric ozone that reaches a floor level over the first three solar active periods that

20     peaks in the polar zones and extends to the tropics (**EXHIBIT C** paragraphs 83-99); **(3)**

21     gargantuan reservoirs of recycled HNO3 that peaks in winter and declines to a minimum

1    in summer and NO2 that peaks in the summer and declines to a minimum in the winter

2    in the exact same area of the lower stratosphere suffering ozone depletion (paragraphs

3    66-67); **(4)** massive increases in the heat content of the Ocean (paragraph 72); **(5)**

4    massive plumes of solar heated seawater emanating from the shores of Antarctica

5    (paragraph 76); and **(6)** a corresponding period of solar brightening centered in the

6    yellow/orange spectral region (paragraph 75 and **EXHIBIT C** paragraphs 83-99).

7    **C. FACTUAL BASIS THAT DECREASES IN ANTARCTIC STRATOSPHERIC**

8    **OZONE IN SPRING CAUSED PROPORTIONATE INCREASES IN**

9    **DOWNWELLING SHORTWAVE RADIATION CENTERED IN OZONE'S**

10   **CHAPPUIS ABSORPTION BAND RELATIVE TO THE AMOUNT ABSORBED**

11   **AT BASELINE – See EXHIBIT C – illustrations/explanations (G for NH)**

12   As reported in a Langley Research Center (LRC) annual report for 1986, during the interval

13       1979-1986 at the same time federal employees in NASA, NOAA and EPA were urgently

14       advocating the regulation of ozone-depleting substances and greenhouse gases, scientists

15       in charge of the LRC SAGE satellite program were generating auto-calibrated, high-

16       resolution direct measurements of visible radiation at 0.6 micron centered in ozone's

17       **Chappuis band** and at 0.395 and 0.448 micron in NO2's ultraviolet and visible absorption

18       bands at sunrise and sunset using the solar-occultation instrumentation mounted on

19       NASA polar-orbiting satellites. The measurements centered in the **Chappuis band** were

20       converted by algorithm to very accurate stratospheric ozone mixing ratios and column

21       densities and likewise for NO2.   The empirical data was showing conclusively and

1    unequivocally that substantial levels of stratospheric ozone depletion were occurring

2    across the globe with by far the highest levels in Antarctica and was creating exactly

3    proportionate substantial increases in the amount of visible radiation centered in the

4    **Chappuis band** passing through the stratosphere primarily when the sun was low in the

5    sky and particularly in the polar and sub-polar spring. The precise measurements of the

6    visible irradiance passing through the stratosphere can be reverse calculated from the

7    reported ozone levels via **Chappuis band absorption coefficients**. Time series plots are

8    mirror images. The empirical data was also showing conclusively and unequivocally that

9    the depletion was the direct result of correlating proportionate increases in the amount of

10   $NO_2$ descending into the stratosphere from the mesosphere during polar winters as a result

11   of EPP entering the polar auroral rims both inside and outside the polar vortexes. Though

12   the SAGE program is still in operation, **Callis et al., 2001** was the final of three reports

13   issued that described a multi-dimensional middle-atmosphere transport model called

14   SOLACE. SAGE personnel were by all appearances either silenced in 2001 or decided to

15   toe the radical progressive-left line on ODS and the GHGT. Kelleher made the EPA

16   Administrator aware that the SAGE database, which has since been fully updated using

17   SAGE III data, represents mountains of hard empirical evidence that all by itself is more

18   than sufficient to prove that EEP-related stratospheric ozone depletion and associated

19   increases in visible irradiance is caused by a natural solar cycle and that ozone-depleting

20   substances contribute very little to stratospheric ozone loss. Quoting Callis on page 67 of

21   the **Annual report of the Langley Research Center, 1986** (emphasis added):

Kelleher vs EPA                               Case #                                    Date

1   "*Photochemical calculations along trajectories in the meridian planes have been used to search for*

2   *the cause of this dramatic springtime ozone hole in the Antarctic region. Results suggest the minimum*

3   *is principally due to catalytic destruction of ozone by high levels of total odd nitrogen* [NO2 and

4   HNO3]. *Calculations further suggest that these levels of odd nitrogen are transported within the*

5   *polar vortex and during the polar night to the lower stratosphere from the mid-to-upper stratosphere*

6   *and lower mesosphere. These odd nitrogen levels are thought to be related to the 11-year solar cycle*

7   *and result from enhanced formation in the thermosphere and mesosphere during solar maximum*

8   *conditions. Analysis of satellite data (LIMS, SAGE, SME and SAGE II) establishes significantly*

9   *elevated levels of stratospheric total odd nitrogen (60 percent for the 1979-1984 time period).*"

10   **REFERENCES**: **(1)** **Callis (LRC) 1986**: "*Explanation for Antarctic Ozone Hole,*" in *Annual*

11   *Report of the Langley Research Center, 1986,* chapter titled "Space Directorate," page 67,

12   NASA Technical Memorandum 89037 (1986). See illustration on page 68. Link:

13   19870003098.pdf (nasa.gov). **(2)** **Callis et al. (LRC), 2001**: "*Solar atmospheric coupling by*

14   *electrons (SOLACE): (3) comparisons of simulations and observations, 1979-1997, issues and*

15   *implications,*" *Journal of Geophysical Research, Atmospheres,* 106 (D7), 7523-7539 (2001). See

16   figures 1-8.

17   82. Quoting **Lacis and Hansen 1974** pages 122 and 125 (emphasis added): "*In Figure 6* [Exh

18   C-1] *the percent of solar flux absorbed as a function of ozone amount is explicitly compared for the*

19   *two spectral regions. . . . Note that the energy absorbed in the visual exceeds that absorbed by*

20   *ultraviolet for ozone paths great than about 1 cm* [~ air mass 3 at midafternoon or mid-

21   morning at a total column ozone level of 0.34 cm-atm]. . . . *Figure 8 illustrates that most of*

Kelleher vs EPA                          Case #                                    Date

1    *the ozone absorption takes place near the maximum ozone concentration where it is primarily due*

2    *to the visual **Chappuis band** and the longer ultraviolet wavelengths of the Huggins band.*"

3    **REFERENCE**: **Lacis and Hansen 1974**: "*A parameterization for the absorption of solar*

4    *radiation in the Earth's atmosphere,*" *Journal of Atmospheric Sciences*, 31, 118-133 (1974). See

5    figures 6 and 8.

6    83. Quoting the online synopsis of **Moortgat and Ravishankara 2015** (emphasis added):

7    "*Products of ozone photolysis—Photodissociation of ozone in the visible region, the **Chappuis band**,*

8    *is a major contributor to the stratospheric production of O atoms in their electronic ground state*

9    *($O(^3P)$). However, these atoms almost always combine with $O_2$ to form ozone with release of thermal*

10   *energy (heat). Thus, the absorption of visible radiation by ozone converts light into heat and this*

11   *conversion is particularly important in maintaining the temperature structure of the stratosphere.*"

12   **REFERENCE**: **Moortgat (Max Planck Inst, Germany) and Ravishankara (CO State**

13   **Univ.) 2015**: "*Ozone depletion and related topics,*" *Encyclopedia of Atmospheric Sciences*, Second

14   Edition (2015) via Science Direct.

15   84. Quoting from page 226 of **Brasseur and Solomon 2005**: (emphasis added) "*Ozone also*

16   *absorbs in the visible region via the **Chappuis bands** (Figure 4.35). This spectral regime contributes*

17   *significantly to the photodissociation of ozone and plays a dominant role in heating the lower*

18   *stratosphere and troposphere (z < 25 km).*" **REFERENCE**: **Brasseur (Max Planck Inst,**

19   **Germany) and Solomon (NOAA/MIT) 2005**: "*Aeronomy of the Middle Atmosphere:*

20   *Chemistry and Physics of the Stratosphere and Mesosphere,*" 3[rd] Edition, *Springer*, Netherlands

21   (2005).

Kelleher vs EPA                    Case #                              Date

1   85. Quoting from page 4291 of **Ndengue et al., 2014** in reference to figure 5 (<u>emphasis added</u>):

2      *(1) "Above ~60 km, the actinic flux is weakly absorbed by uppermost ozone, and the large photolysis*

3      *rate is mostly due to the contribution of the Hartley band. (2) Between ~60 km and ~30 km the*

4      *photolysis rate decreases abruptly by about a factor 25 because the contribution of the Hartley band*

5      *decreases enormously. In this range, the contribution of the Huggins band decreases in absolute value*

6      *(Figure 2) but its relative contribution (Figure 5)* [Exh C-6] *increases significantly. In this 60 to 30*

7      *km altitude range, the contribution of the **Chappuis band** is almost unchanged (see Figure 2) but its*

8      *relative contribution (Figure 5) increases significantly. (3) <u>Below ~24 km the photolysis rate is weakly</u>*

9      *<u>dependent on the altitude because the photolysis contribution of the **Chappuis band** is dominant</u>."*

10     **REFERENCE**: **Ndengue (Univ. Grenoble, France) et al., 2014:** *"Ozone photolysis: strong*

11     *isotopologue/isotopomer selectivity in the stratosphere,"* Journal of Geophysical Research:

12     *Atmospheres*, 119, 4286-4302 (2014). <u>See figure 5</u> (Exh-C-6)

13  86. In 1960, in its first edition of the **Handbook of Geophysics, 1960** the U.S. Air Force

14     Geophysics Laboratory (AFGL) based on research conducted in approximately 1953 by

15     two of its own employees Inn and Tanaka published absorption cross sections for ozone's

16     **Chappuis absorption band**. The cross sections which were measured in the lab were

17     found to extend across the entire visible region (0.4-0.75 microns) of incident shortwave

18     radiation with peaks at 0.57 and 0.61 micron with the latter significantly higher putting

19     the average peak at 0.6 micron with the most significant absorption from 0.5 to 0.65

20     micron. They were found to be non-temperature-dependent over the range of most

21     stratospheric temperatures. These cross-section values are used to calculate absorption

1  coefficients for stratospheric ozone for a given atomic molar mass. Absorption coefficients

2  in turn can be used to calculate/model at any geographic coordinates the amount of

3  absorption that occurs in the visible bandwidth as beams of incident sunlight pass through

4  the stratosphere at different slant paths which increase as the sun gets lower in the sky.

5  The highest levels of absorption occur in the polar spring with the sun low in the sky.

6  **REFERENCES**: **(1) Gast and King (AFRL) 1960**: *Handbook of Geophysics*, 1st edition,

7  Chapter 16 part 2 "Solar Radiation," 14-30 (1960). **(2) Inn and Tanaka (AFRL) 1953**:

8  "*Absorption coefficient of ozone in the ultraviolet and visible regions*," *Journal of the Optical Society*

9  *of America*, 43 (1), 870-873 (1953).

10  87. In January 1974, two then-recently employed NASA GISS interns Lacis and Hansen—

11  who ultimately participated extensively in the creation of the coupled General Circulation

12  Climate models (GCMs) endorsed by the EPA and IPCC in the first through 4th climate

13  assessment reports issued in 1990, 1995, 2001 and 2007—published a seminal report,

14  **Lacis and Hansen 1974** (LH74) that went to great lengths highlighting the importance of

15  **Chappuis band absorption** in that portion of the lower stratosphere where peak ozone

16  concentrations occur. Quoting page 125 of LH74 (underline added): "*The heating rate for*

17  *the polar distribution is much stronger in the region of approximately 20 km where the absorption is*

18  *due mainly to the visual Chappuis band and the longer ultraviolet wavelengths of the Huggins*

19  *band*." LH74 figure 6 plots and compares the relative amount of stratospheric absorption

20  of incident visible light vs ultraviolet light expressed as the % absorption of incoming solar

21  flux at 1,366 W/m2 on the Y axis and ozone mass (optical density) on the X axis. The

1    optical density is the measured ozone column density in cm/atm with the sun assumed to

2    be directly overhead multiplied by the slant path which increases with the sun lower in the

3    sky. The plot for UV radiation shows that most UV-B at 0.28-0.315 which is limited to

4    just 25 W/m2 entering the top of the atmosphere is absorbed in the mid to upper

5    stratosphere with the sun high or low in the sky. The remainder of the UV plot covering

6    UV-A at 0.315-0.4 micron is nearly straight and extends from about 1.5-2.3% absorption

7    on the vertical scale comprising 0.8% of 1,366 which is about 11 W/m2. This is five times

8    less than that shown for the absorption of visible which is plotted as a straight line running

9    from 0 to 3.9% absorption on the Y scale corresponding to an ozone optical density of 2

10   on the X scale. This ozone optical density of 2 just so happens to be representative of

11   Halley Bay, Antarctica in baseline October 1957-66 (Exh C-19 and Exh C-20) at a point

12   approximately 60 minutes after sunrise or before sunset when the air mass was 6.5. This

13   takes into consideration that the ozone column density as of 1957-66 with the sun

14   presumed to be directly overhead was about 0.31 cm/atm (310 Dobson units) [6.5 x 0.31

15   = 2]. This tells us that the relatively healthy baseline Antarctic ozone layer of 1957-1966

16   was absorbing about 53 W/m2 of visible radiation centered at 0.6 micron in the **Chappuis**

17   **band** which includes upward scattered visible radiation. The linear relationship further

18   tells us that a 58% depletion of column ozone as of 1994 at the same slant path/air-mass

19   of 6.5 causes the visible absorption to decline by 58% which is 31 W/m2 allowing this

20   same 31 W/m2 of shortwave radiation to pass through the twilight stratosphere less than

21   half of which would be absorbed or lost to upward scattering or absorption before reaching

1    the surface. Clearly, **Chappuis band absorption** of visible radiation is far more important

2    to climate change than the absorption of UV-B which has no significant impact and UV-

3    A which has minimal impact when atmospheric scattering in the upper troposphere is

4    taken into consideration. <u>**REFERENCE**</u>: <u>**Lacis and Hansen (NASA GISS) 1974**</u>: "*A*

5    *parameterization for the absorption of solar radiation in the Earth's atmosphere*," *Journal of*

6    *Atmospheric Sciences*, 31, 118-133 (1974). <u>See figures 5, 6 and 8</u>.

7    88. Figure 1 from **Shimazaki and Helmle, 1979** is a lookup chart showing NASA-GISS

8    calculated estimates of stratospheric absorption by the ozone layer's approximate Hartley,

9    Huggins and **Chappuis bandwidths**. The plots show ozone-absorption heating value as a

10    function of altitude and ozone column density at the equator and at 65 degrees north or

11    south latitude for summer and winter. The X-axis shows the ozone column density which

12    is the same thing as the ozone optical density and therefore increases with the solar zenith

13    angle. The Y-axis shows the absorbed solar energy in ergs per square centimeter per

14    second. When converted to Watts per square meter per second (W/m2), the Y-axis log

15    intervals starting at the bottom and going up are 0.01, 1.0, 10, 100, and 1,000.  The chart

16    is showing that by the time downwelling shortwave radiation reaches a point in the base

17    of the middle of the stratosphere at 30 km above Earth at 65 degrees north or south latitude

18    during the summer, the ozone layer has absorbed a total of about **11 W/m2** radiation

19    mostly within the Hartley band with small approximately **0.5 W/m2** equal contributions

20    from the Huggins and **Chappuis bands**.  The plot for 65 degrees in winter, however, shows

21    that by the time the direct beam reaches the lower stratosphere at 20 km AMSL with the

1    ozone optical density at about 2, the total shortwave absorption is about **90 W/m2** with

2    about **15 W/m2** for the Hartley-band, about **20 W/m2** for the Huggins and about **55**

3    **W/m2** for the **Chappuis visible**. By convention, the UV-A covers the 3150 to 3600

4    Angstrom-unit bandwidth rather than 3000 to 3600 meaning UV-B is **20 W/m2** and UV-

5    A is **15 W/m2**. <u>**REFERENCE**</u>: <u>**Shimazaki and Helme, (NASA GISS) 1979**</u>: "*A simplified*

6    *method for calculating the atmospheric heating rate by absorption of shortwave radiation in the*

7    *stratosphere and mesosphere,*" NASA Ames Research Center Technical Paper 1398, (1979).

8    <u>See figure 1</u>.

9    89. Figure 4.2 in <u>**Gueymard 1995**</u> is a SMARTS2 radiative transfer model run comparing the

10   relative amounts of extraterrestrial spectral irradiance in the UV-A, UV-B, and visible

11   bands absorbed by ozone and nitrogen dioxide (NO2) at various optical depths for the two

12   gases as a function of the solar zenith angle. The illustration is telling us that ozone

13   depletion at high zenith angles causes substantial increases in the amount of visible

14   radiation (0.4-0.75 microns) reaching Earth particularly in the 0.55-0.65 micron

15   bandwidth which is within the peak of the extraterrestrial spectrum representing about

16   16% of the total flux of 1,366 (**218 W/m2**). Via least squares, the plot for an ozone optical

17   density of 2.5 is showing the absorption of **67.5 W/m2** of visible radiation consistent with

18   Lacis and Hansen, 1974 figure 6 (Exh C-1). Note that the NO2 absorbs strongly in the

19   UV-A (0.315-0.4 microns) and most energetic portion of the visible bands (0.4-0.5

20   microns), but is generally present in the low parts per billion in the stratosphere which is

21   three orders of magnitude lower than stratospheric ozone levels. **REFERENCE**:

Kelleher vs EPA                                Case #                                    Date

1    **Gueymard 1995**: "*A simple model of the atmospheric radiative transfer of sunshine: algorithms*

2    *and performance assessment,*" FSEC-PF-270-95, Florida Solar Energy Center, University of

3    Central Florida, Cocao, FL (1995). See figure 4.2.

4    90. In 1999 two long-term employees of the NASA Global Monitoring and Assimilation

5        Office (GMAO) Chou and Suarez who were working outside of NASA's efforts to

6        construct coupled GCMs, authored a paper titled "A solar parameterization for

7        atmospheric studies" using the GMAO CLIRAD-SW model which at the time included

8        ASTM-certified **Chappuis band absorption coefficients**. Table 8 shows the clear sky

9        atmosphere absorbing 14.5 W/m2 of the global average net radiation totaling 217.7

10       W/m2 in the 0.4-0.7 micron bandwidth at a solar zenith angle of 60 degrees (air mass =

11       2) and surface albedo of 0.2. These values adjust the solar constant of 1,366 W/m2 to

12       include all hours of light and darkness and solar geometry and assume a weighted average

13       total column ozone value.  On that basis, the net 14.5 W/m2 is a substantial value that

14       would at least double for predictions limited to daylight hours. **REFERENCE**: **Chou and**

15       **Suarez 1999**: "*A solar parameterization for atmospheric studies,*" NASA Technical Report

16       NASA/TM-1999-104606, 15 (1999). See table 8.

17   91. To promote the development of the solar-energy resource, in the late 1970s the U.S.

18       Congress funded the Solar Energy Research Institute (SERI) which was incorporated into

19       the National Renewable Energy Lab (NREL) in 1991— both within the Department of

20       Energy (DOE). To serve the needs of solar-industry engineers and scientists, the SERI

21       employees working hand and hand with engineers and physicists from the American

1    Society for Testing and Materials (ASTM) developed and extensively validated **ASTM-**

2    **E891, Spectral Irradiance Standard for Air-Mass 1.5, 1982** coupled to the SERI/NREL

3    SPCTRAL2 radiative transfer model. The E891-82 standard incorporated the following:

4    **(1)** a reference irradiance spectrum table for absorption and scattering of direct-beam

5    shortwave radiation reaching Earth at air mass 1.5 that was derived by NREL and ASTM

6    engineers and physicists. The table included a complete set of absorption coefficients for

7    atmospheric gases including the same **Chappuis**, Huggins, and Hartley band **absorption**

8    **coefficients** for ozone published by AFGL in 1960 and NASA GISS in 1974; **(2)** The

9    same 1,366 W/m2 solar constant published by NASA in 1974 referencing Lab and Neckel

10    1968, which was incorporated into a top of atmosphere reference spectrum called

11    **Wehrli/WMO 1985** which was endorsed by the World Meteorological Organization

12    (WMO) as well as ASTM. Quoting from the NREL website: *The 1985 Wehrli Standard*

13    *Extraterrestrial Solar Irradiance Spectrum covers the solar spectrum from 199.5 nm to 10075.0 nm*

14    *in increments increasing gradually from 1 nm in the shorter wavelengths to 2290 nm at the upper*

15    *end of the spectrum. The World Meteorological Organization World Radiation Data Centre Wehrli*

16    *air mass zero solar spectral irradiance curve has often been cited and used as the extraterrestrial solar*

17    *spectral irradiance distribution. This spectral distribution was constructed in 1985 based on the*

18    *following references: (1) Wehrli, C.* Extraterrestrial Solar Spectrum, *Publication no. 615,*

19    *Physikalisch-Meteorologisches Observatorium + World Radiation Center, Davos Dorf, Switzerland,*

20    *July 1985. (2) Neckel, H. and D. Labs. "Improved Data of Solar Spectral Irradiance from 0.33 to*

21    *1.25 μm",* Solar Physics, *Vol. 74, 1981.* Link: 1985 Wehrli Standard Extraterrestrial Solar

Kelleher vs EPA                    Case #                              Date

1    <u>Irradiance Spectrum | Grid Modernization | NREL</u>. The development of the SPCTRAL2

2    radiative transfer model is documented by **Bird and Holstrum 1980** who confirmed in

3    their figure 3-2 (<u>Exh C-3</u>) that four other such existing models of that era incorporated

4    **Chappuis band absorption coefficients** including SERI's own much higher resolution

5    SOLTRAN model.  Though there is some divergence, all five models predicted that at a

6    solar zenith angle of 80 degrees and an ozone column density of 0.31 cm, the stratosphere

7    was absorbing about 6% of the 1,366 W/m of incoming radiation which is 82 W/m2

8    which amounts to about 20 W/m2 UV-B, 12 UV-A and 60 visible. These spectral

9    irradiance standards are classic examples of what is referred to in Public Law 104-113 §

10   12(d) as voluntary consensus standards. SPCTRAL2 is available for download at the DOE

11   NREL website and is extremely easy to use. It can also be accessed on line at

12   PVLighthouse.com. **REFERENCES**: **(1)** **ASTM: Standard E891 1982**. **(2)** **Bird and**

13   **Hulstrom, 1980**: *"Direct insolation models,"* U.S. Solar Energy Research Institute:

14   report TR-335-334 (1980). <u>Link</u>: <u>5626683.pdf (unt.edu)</u> See <u>figures 3-2 (Exh C-3), 3-3 (Exh</u>

15   <u>F-13) and 3-4 (Exh C-4)</u>.

16   92. As applied and documented at the PVlighthouse.com website, <u>PV Lighthouse</u> it is

17   common/uncontested scientific knowledge that because solar voltaic cells of that era

18   relied almost entirely on shortwave radiation in the visible spectral regions and because

19   stratospheric column ozone levels were known to vary seasonally and regionally, column

20   ozone was included as a key input variable for SPCTRAL2 with default levels for different

21   atmospheric conditions and geographic regions. Additional input parameters for clear sky

1    conditions include atmospheric total column water vapor, turbidity, and surface albedo.

2    93. In making trial runs with the SPCTRAL2 model, PV Lighthouse Kelleher confirmed that

3        for clear-sky conditions documented decreases in stratospheric ozone of 59% in the

4        Antarctic spring (September 30) at Halley Bay as of 1994 relative to baseline 1957-66

5        resulted in a 58% increase in shortwave radiation centered at 0.6 microns reaching the

6        Antarctic surface under clear sky conditions relative to baseline and that the average

7        increase over the course of September 30 daylight hours was in the order of 21 W/m2.

8        Kelleher provided the results to the EPA.

9    94. In 1998, ASTM standard E891-82 was replaced without modifications with ASTM G159-

10       98 still coupled to the SPCTRAL2 radiative transfer model. In 2003, ASTM-G159-98 was

11       updated and replaced with ASTM G173-03 which incorporated essentially the same

12       reference spectrum table for atmospheric absorption and scattering at air-mass 1.5 and the

13       **Wehrli/WMO 1985** reference spectrum for the top of the atmosphere. At this time the

14       SPECTRA2 radiative transfer model was updated and replaced by the more sophisticated

15       and higher resolution ASTM-certified SMARTS2.9.5 radiative transfer model following

16       rigorous validation against empirical data for clear-sky and all-sky conditions.

17       SMARTS.2.9.5 provides an option to place the virtual sensor above the ground surface at

18       altitudes extending part way up into the stratosphere. The user selects from ten sets of

19       varying atmospheric conditions including the UST Standard atmosphere and winter and

20       summer conditions for the tropics, sub tropics, mid latitudes, sub-polar latitudes and polar

21       latitudes. It has an additional input option for $CO_2$. These spectral irradiance standards

1    and standardized modeling procedures are classic examples of what is referred to in Public

2    Law 104-113 § 12(d) as voluntary consensus standards. In 2020, ASTM G173-03 was

3    updated and recertified including a new top-of-atmosphere reference spectrum called

4    Gueymard 2018 with a revised solar constant of 1,361 W/m2. In 2020 ASTM-certified

5    SMARTS2.9.5 was updated with ASTM-certified SMART2.9.8 including the **Gueymard**

6    **2018** reference spectra. SMARTS2.9.8 is available for download at the DOE NREL

7    website and is easy to use. **REFERENCES**: **(1) Myers, Emory and Gueymard (NREL)**

8    **2002**: *"Revising and validating spectral irradiance reference standard for photovoltaic performance,"*

9    NREL-560-32284 (2002). **(2) Gueymard 2019**: *"The SMARTS spectral irradiance model after*

10   *25 years: new developments and validation of reference spectra," Solar Energy*, 187, 223-253

11   (2019). **(3) ASTM G173-03 (2020)**: Standard tables of reference solar spectral irradiances:

12   direct normal and hemispherical on 37 degree titled surface.

13   95. In making trial runs with the NREL SMARTS2.9.5 model using summer polar clear-sky

14   atmospheric conditions (Exh 20), Kelleher confirmed that documented decreases in

15   stratospheric ozone of 59% in the Antarctic spring (September 30) at Halley Bay as of 1994

16   relative to baseline 1957-66 resulted in a 58% increase in shortwave radiation centered at

17   0.6 microns passing through the stratosphere under clear sky conditions relative to

18   baseline. The average daily increase was 22 W/m2 within a range of 14-34 W/m2.

19   Doubling the CO2 from 300 ppmv to 600 ppmv with the spectral sensor at sea level or 15

20   km AMSL had no effect in the visible (0.4-0.75 micron) or UV-A (0.32-0.4 microns)

21   bandwidths. Kelleher provided the results to the EPA.

Kelleher vs EPA                          Case #                                    Date

1    96. As provided in **Yu et al., 2021**, it is sufficiently documented scientific knowledge that the

2        albedo of the open Ocean surface is very low (low reflectivity) averaging between 0.01 and

3        0.02 within a range of 0.003 to 0.1. It is sufficiently documented by **the NOAA** that the

4        vast majority of downwelling visible radiation centered at 0.6 micron in the yellow/orange

5        spectral region that reaches the Ocean surface penetrates the surface layer and is absorbed

6        in the top 50 meters (164 feet) of open Ocean and about half that depth in coastal waters.

7        Under highly turbid conditions representative of melt fronts, the vast majority is absorbed

8        in the top meter (3.3 feet). **REFERENCES**: **(1) Yu (University of Xiamen, China 2021)**

9        **et al., 2021**: *"Estimating the water-leaving albedo from ocean color," Remote Sensing of*

10       *Environment"* (still under review). **(2) NOAA Website:** *NOAA Ocean Exploration: Operation*

11       *Deep Scope 2004: Light Penetration in open ocean. Link:*  NOAA Ocean Explorer: Deep Scope

12       Background

13   97. Kelleher alleges that given ASTM certification, it is unethical and illegal for the EPA

14       administrator to blow off/cancel **Chappuis band absorption coefficients** and

15       SMARTS2.9.5 output.

16       **D. FACTUAL BASIS THAT UNDER GS-MAX CONDITIONS NITROUS OXIDE**

17       **(N2O) THAT RISES UP INTO THE STRATOSPHER PLAYS NO SIGNIFICANT**

18       **ROLE IN DECREASING STRATOSPHERIC OZONE EXCEPT IN THE**

19       **TROPICS – See EXHIBIT D – illustrations/explanations**

20   98. As reflected in **Siskind et al, 2000** and **Callis et al., 2001**, climate scientists have

Kelleher vs EPA                                    Case #                                    Date

1    reached the erroneous consensus opinion—especially for the polar and sub-polar

2    zones—that the N2O that rises up from the land and oceans due to the anaerobic decay

3    (denitrification) of organic matter and makes its way to the stratosphere is the primary

4    source of NO2/NOx in the stratosphere across the entire global.  The empirical evidence

5    in the following paragraphs, however, shows that under GS-Max conditions this is only

6    true for the tropics. **REFERENCES**: **(1) Siskind (U.S. Naval Research Lab), et al.,**

7    **2000**: "*An assessment of Southern Hemisphere stratospheric NOx enhancements due to transport*

8    *from the upper atmosphere,*" *Geophysical Research Letters*, 27 (3) (2000). **(2) Callis et al.**

9    **(LRC), 2001**: "*Solar atmospheric coupling by electrons (SOLACE): (3) comparisons of*

10   *simulations and observations, 1979-1997, issues and implications,*" *Journal of Geophysical*

11   *Research, Atmospheres*, 106 (D7), 7523-7539 (001). See figures 6-7.

12   99. **Remsberg et al., 2021** figure 17 shows two sources of NO2 impacting the stratosphere in

13       the late 1970s as the ozone hole had just recently started to open: **(1)** dispersion from the

14       equator; and **(2)** descent from the mesosphere in the polar winters via the polar vortices

15       which was reaching the lower stratosphere across the globe. **Zhang et al., 2020** figures

16       2a-c shows that under sustained GS-Max atmospheric conditions, on January 1, 2019

17       (midsummer) all stratospheric NO2 south of 30 degrees south as measured using a

18       spectrometer carried aboard a recently launched Chinese satellite was emanating from

19       the southern polar region at which time levels north of 30 degrees north in the dead of

20       polar winter were at a minimum with some light dispersion from the tropics into the mid

21       northern latitudes. **REFERENCES**: **(1) Remsberg et al., 2021**: "*Residual temperature bias*

Kelleher vs EPA                                   Case #                                              Date

1    *effects in stratospheric species distributions from LIMS," Atmospheric Measurement Techniques,*

2    14, 2185-2199 (2021). <u>See figure 17</u>. **(2) Zhang (Univ. of China, Hefei) et al., 2020:**

3    *"First observation of tropospheric nitrogen dioxide from the environmental trace gases monitoring*

4    *instrument aboard the GaoFen-5 satellite," Light Science and Applications, 9 (66) (2020).*

5    100.         With respect to the reaction of N2O with atomic oxygen forming 2NO in the mid

6    to upper stratosphere which is generally considered to be the predominant pathway for

7    NOx production, quoting from the first **World Meteorological Organization**

8    **(WMO/United Nations Environmental Program (UNEP) 1985** in connection with

9    figure 10.53 which shows mid stratospheric N2O dispersing poleward from the tropics as

10   of the late 1970s and early 1980s (<u>emphasis added</u>): *"Recently satellite data on the*

11   *distribution of N2O have been obtained by the SAMS satellite experiment onboard NIMBUS 7. . .*

12   *. <u>It is important to note that the region of primary NOy production is found in the tropics, where</u>*

13   *<u>the product of the densities of N2O and O(1D) are maximum in the middle stratosphere</u>. . . . The*

14   *study by Russell et al. (1984b) employed LIMS data for nighttime NO2 to show more directly that*

15   *<u>odd nitrogen transport to the upper stratosphere can clearly be detected in high latitude winter, as</u>*

16   *<u>shown in detail in Figure 10-54. The large and rapidly increasing mixing ratios observed in the</u>*

17   *<u>polar winter lower mesosphere are strongly indicative of downward transport from above</u>."*

18   **<u>REFERENCES</u>: (1) <u>WMO/UNEP: Atmospheric Ozone 1985:</u>** *Assessment of our*

19   *understanding of the Processes Controlling its Present Distribution and Change,* Chapter 10

20   *Nitrogen Species.* <u>See figures 10-53 (Exh D-2) and 10-54</u>. **(2) <u>Russell et al., (NASA LRC)</u>**

21   **<u>1984</u>:** *"The variability of mesospheric and stratospheric NO2 in the polar winter night as observed*

1    *by LIMs," Journal of Geophysical Research,* 89 (D5), 7267-7275 (1984).

2    101.        Of the utmost significance, the mountains of high quality empirical evidence

3    provided in the following critically important reference—which is also cited in <u>paragraph</u>

4    <u>59</u>—provides irrefutable proof that under GS-Max conditions, the polar winter NO2

5    descent from the mesosphere to the stratosphere is for all intents and purposes the sole

6    source of all stratosphere ozone depletion outside the greater tropics (30N to 30S).

7    Specifically, figure 12 from <u>**Hegglin et al., 2021**</u> shows plots of mixing ratios at 10 hPa

8    (~25 km AMSL) vs calendar months using six years of monthly average HNO3 and

9    NO2 data for both north and south mid-latitude regions and the tropics using three to

10   five different massive satellite datasets for the solar quiet period 2005-2010. In so doing,

11   the plot is clearly showing a dramatic stoichiometric molar relationship involving the

12   seasonal transitioning/recycling of NO2 and HNO3 at mid latitudes (30NS-60NS). The

13   HNO3 in the mid latitudes, which slowly declines in solar-quiet periods, peaks at a

14   global average of about 5 ppbv in mid-winter and reaches a minimum of about 2-3 ppmv

15   in mid-summer. The NO2 in the mid latitudes peaks at a global average of about 5.5

16   ppbv in mid-summer and reaches a minimum of 2-3 ppbv in the winter. The slopes of

17   the countercurrent up-and-down curves are identical. There is little seasonal change in

18   the tropics where NO2 ranges between 7-8 ppbv and HNO3 stays low at about 2-3 ppbv.

19   It needs to be emphasized that the evidence provided in <u>paragraph 60</u> confirms that

20   HNO3 mixing ratios are precisely tracking ozone mixing ratios in the lower stratosphere

21   where most of the ozone depletion occurs except when the HNO3 freezes in the polar

1    zones in the absence of sunlight. This ties catalytic stratospheric ozone depletion to the

2    above-referenced stoichiometric relationship. **REFERENCE**: Hegglin **(Univ. of**

3    **Reading, UK) et al., 2021**: *"Overview and update of the SPARC data initiative: comparison of*

4    *stratospheric composition measurements from satellite limb sounders,"* Earth System Science Data,

5    13, 1855-1903 (2001). See figures 12 and 13.

6    102.    Figure 5 from **Lan, Zhu and Yuan 2022** shows global N2O stratospheric vertical

7    profiles of zonal monthly mean of N2O concentrations measured by MLS on the NASA

8    Aura satellite from September 2012 to May 2013. The plot confirms that N2O is at by

9    far the highest levels at the base of the lower topical stratosphere between 30 degree N

10   and S latitude with maximum concentrations at about 18 km AMSL (65 hPa) of about

11   300 ppmv in NH winter and spring and minimum of about 225 ppmv in NH summer

12   and fall consistent with off-gassing from the Ocean surface and thawing permafrost from

13   north of 50 degrees N. The plot shows the amount of upwelling falls off with latitude

14   with minimum levels in the polar zones. Figure 3a/b from **Heo et al., 2021** confirms

15   that N2O was off-gassing from the surfaces of the northern Pacific and southeastern

16   Arctic as the near-surface temperatures rose in the ice free summer. Quoting from the

17   abstract (emphasis added): *"The western Arctic Ocean (WAO) has experienced increased heat*

18   *transport into the region, sea-ice reduction and changes to the WAO nitrous oxide (N2O) cycles*

19   *from greenhouse gases. We investigated WAO N2O dynamics through an intensive and precise*

20   *N2O survey during the open-water season of summer 2017. The effects of physical processes (i.e.,*

21   *solubility and advection) were dominant in both the surface (0-50 meters) of the southern Chukchi*

Kelleher vs EPA                                    Case #                                         Date

1    *Sea and the intermediate (20-200 meter) layer in the northern Chukchi Sea with an under-*

2    *saturation of N2O. . . . During summer 2017, the southern region acted as a source of atmospheric*

3    *N2O (mean: + 2.3 +/- 2.7 umol N2O per square meter per day), whereas the northern region acted*

4    *as a sink (mean: -1.3 +/- 1.5 umol/m2 per day.*" We know from **Diallo et al., 2017** that

5    certain wind-current cells transport the out-gassing N2O, CH4 and CO2 from this region

6    of documented amplified warming into the base of the tropical stratosphere (see

7    paragraph 119) **REFERENCES**: **(1)** **Lan (Sun-yat-sen Univ., China), Zhu and Yuan**

8    **2022**: "*Long term variation of the greenhouse gas N2O observed by MLS during 2005-2020,*"

9    *Remote Sensing*, 14 (4) (2022). See figure 5. **(2)** **Heo (Incheon National Univ., South**

10   **Korea)**: "*N2O dynamics in the western Arctic Ocean during the summer of 2017,*" *Nature*

11   *Portfolio scientific reports*, 11:12589, 1-12 (2021). See figure 3.

12   103.        If N2O were the primary source of stratospheric NO2 and NO (NOx), lower

13   stratospheric NOx would increase whenever N2O decreases, but this correlation is

14   currently restricted to the tropical stratosphere. Outside the tropics, NOx and N2O

15   entering the mid to lower stratosphere from different directions decline concurrently at

16   very high rates stemming from the following. **(1)** When N2O enters the stratosphere it is

17   rising up from the land and ocean surface through the underlying troposphere primarily

18   in the fall with the empirical data showing that N2O levels are highest in the tropopause

19   at 8-14 km AMSL and petering out quickly by about 25 km AMSL in the polar zones as

20   opposed to about 40 km AMSL in the tropics where N2O levels are highest. **(2)** NOx

21   enters the stratosphere from the top primarily in the fall and early winter, with the

1    empirical data showing that NOx levels are highest in the mid stratosphere peaking in

2    the late spring and summer at about 30 km AMSL and petering out by about 20 km in

3    the late fall and winter. During the fall and winter NOx levels decline due to

4    transitioning to HNO3.

5    104.    There is no evidence that significant amounts of N2O photolysis in the UV-C

6    region (0.1-0.29 micron) which is where N2O absorption cross-sections lie, takes place in

7    areas outside the tropical stratosphere where the heart of the ozone layer is at 20-35 km

8    and centered at about 28 km AMSL vs 15-30 in the poles centered at about 22 km. Not

9    only is UV-C in incident sunlight very limited in quantity, these high energy wavelengths

10   as shown in **Chou and Suarez 1999** table 3 are very strongly absorbed by ozone in the

11   mesosphere and upper stratosphere at all solar zenith angles. In addition, outside the

12   twilight hours, the tropics are characterized by low solar zenith angles which minimizes

13   absorption. **REFERENCE**: **Chou and Suarez 1999 (NREL)**: "*A solar parameterization for*

14   *atmospheric studies,*" NASA Technical Report NASA/TM-1999-104606, 15 (1999). See

15   table 3.

16   105.    Figure 5 from **Funke et al., 2005** which is also cited in paragraph 59 clearly

17   shows that under GS-Max conditions mid-to-lower stratospheric NO2

18   migrates/disperses from the polar and sub polar zones during polar winter descent from

19   the mesosphere over a broad range of latitudes (90-40 deg) and starts mixing with air

20   from the tropics as it approaches 30 deg NS. There is a continuous strong concentration

21   gradient away from the poles and toward the tropics under GS-Max conditions.

Kelleher vs EPA                                      Case #                                          Date

1    **REFERENCE**: **Funke (Inst of Astrophysics, Spain) et al., 2005**: "*Downward transport of*

2    *upper atmospheric NOx into the polar stratosphere and lower mesosphere during the Antarctic*

3    *2003 and Arctic 2002-2003 winters,*" *Journal of Geophysical Research*, 110 (D24308) (2005).

4    See figures 4, 5 and 6.

5    106.       There is an irrelevant close correlation in opposite directions between N2O and

6        NOy (which for all intents and purposes is NO2 + HNO3) under GS-Max conditions

7        that is often cited for higher latitudes, but this inadvertent correlation is due to the

8        transitioning of NO2 to HNO3 during its temperature-dependent winter descent and/or

9        fall and winter reversion. In the absence of GS-Max conditions, there would be little

10       NO2 descent and no lower stratospheric reservoir HNO3 in the fall and winter as well as

11       no NO2 reservoir in the spring and summer.

12   107.       Figure 3 (Exh C-7) from **Bognar et al., 2022** is a very important high quality

13       stratospheric time series for satellite measurements based on the OSIRUS-SAGE III/ISS

14       composite dataset for 1984-2021 representing what Kelleher considers the current

15       flagship database for assessing climate change. It plots ozone anomalies in percent per

16       decade over this period for each 10 increments of latitude from 0 to 60 degrees and

17       demonstrates the dominating effects of top-down ozone depletion due to NOx descent.

18       The plots for the lower stratosphere at 15-20 km AMSL (18-25 in the tropics) show a

19       continuous state of ozone depletion at all latitudes below 50 degrees with some low-level

20       recovery in the southern sub-polar zone commencing in 2000 and temporary recovery in

21       the north sub-polar zone from 1997 to 2011. In the mid-to-upper stratosphere, 25-50 km

1    AMSL there is extensive depletion at all latitudes through about 2000 followed by about

2    3% per decade recovery. The depletion in the sub-Antarctic middle stratosphere

3    extended to about 2010. In the Arctic sub-polar zone, the depletion in both the mid and

4    upper stratosphere resumed in 2012. **REFERENCE:** **Bognar (Univ. of Saskatchewan,**

5    **Canada) et al., 2022**: "*Stratospheric ozone trends for 1984-2021 in the SAGE III/ISS*

6    *composite dataset*," *Atmospheric Chemistry and Physics*, under review (2022). See figures 3

7    (Exh C-7) and 4.

8    108.    **Von Clarmann et al., 2009** figures 6 and 8 show closely correlating O3 and

9    HNO3 global monthly average mixing ratios, respectively at 20 km AMSL in the

10   horizontal plane for each year from 2001-09. It shows no ozone in the greater topics

11   (25N to 25S) at 20 km AMSL. For the NH it shows the lower stratospheric HNO3 and

12   O3 starting to form north of about 50 degrees during the fall and reaching peak levels in

13   late winter inside the Arctic Circle (polar vortex). Except in the heart of summer, the

14   ozone and HNO3 isoconcentrations are extending in decreasing fashion from the polar

15   zones all the way to the greater tropics at concentration ranging from 4 ppmv to about

16   1.5 ppmv for ozone and 12 to 6 ppbv for HNO3. By appearances, the ozone is expressed

17   in column ozone units (cm-atm) rather than ppmv. **REFERENCE**: **Von Clarmann**

18   **(Inst for Meteorology and Climate Forcing, Germany) et al., 2009**: "*Retrieval of*

19   *temperature, H2O, O3, HNO3, CH4, N2O, ClONO2 and ClO from MIPAS reduced resolution*

20   *nominal mode limb emission measurements*," *Atmospheric Measurement Techniques*, 2, 159-175

21   (2009). See figures 6 and 8.

1        **E. FACTUAL BASIS FOR REJECTING THE GREENHOUSE GAS THEORY**

2        **(GHGT) OF GLOBAL WARMING OUT OF HAND – See EXHIBIT E –**

3                                    **illustrations/explanations**

4    109.        Given what is stated in paragraphs 72 and 76, it is no surprise that based on

5        mountains of empirical data, scientists have established that more than 90% of the

6        excess heat energy that has entered the Earth's lower atmosphere since 1960 is currently

7        stored in the Ocean representing about 71% of the Earth's surface area. From an

8        engineering standpoint, this means that in assessing the source of the warming we need

9        look only to areas covered by Ocean under the above heading.

10   110.        Figure 13 (Exh E-5) from **Wild 2020** shows the Earth's energy budget for

11       combined land and Ocean under clear-sky and all-sky conditions as conceived by the

12       EPA and IPCC in terms of explaining how the greenhouse gas theory creates an energy

13       imbalance of about 1.1-1.2 W/m2 average for 2000-04 for CMIP5 and 2005-15 for

14       CMIP6, respectively. Quoting from the abstract (emphasis added): *"A plausible simulation*

15       *of the global energy balance is a first-order requirement for a credible climate model. Here I*

16       *investigate the representation of the global energy balance in 40 state-of-the art global climate*

17       *models participating in the Coupled Model Intercomparison Project phase 6 (CMIP6). In the*

18       *CMIP6 multi-mean, the magnitude of the energy balance components are often in better agreement*

19       *with recent reference estimates compared to earlier model generations on a global mean basis. . . .*

20       *From a historic perspective of model development over the past decades, the largest adjustments in*

21       *the magnitudes of the simulated present day global mean energy balance components occurred in*

Kelleher vs EPA                              Case #                                Date

1    *the shortwave atmospheric clear-sky absorption and the surface downward longwave radiation.*

2    *Both components were gradually adjusted upwards over several model generations, on the order of*

3    *10 W/m2, to reach 73 and 344 W/m2, respectively in the CMIP6 multi-model means. Thereby,*

4    *CMIP6 has become the first model generation that largely remediates long-standing model*

5    *deficiencies related to an overestimation in surface downward shortwave and compensating*

6    *underestimation in downward longwave radiation in its multi-model mean"* The author appears

7    to be raising the red flag here that the EPA-IPCC-endorsed coupled GCMs have not met

8    the fundamental requirement for a credible climate model. The inherent

9    "overestimation" of shortwave irradiance is consistent with missing **Chappuis band**

10   **absorption coefficients**. The "remediation" to compensate for missing longwave

11   explains the fudging of reference spectra for incident sunlight described in paragraph

12   130.  The whopping alleged 344 W/m2 of thermal radiation the author claims is

13   emanating from greenhouse gases (shown to be primarily composed of tropospheric

14   water vapor) and warming the land and Ocean surface is based on fake data as explained

15   in paragraph 116. Moreover, there is unlimited validated data for tropospheric

16   temperature, pressure, humidity that serves to confirm that downwelling shortwave via

17   atmospheric absorption, conduction and buoyant convection and condensation is the

18   sole source of radiative heating at the Earth's thermal skin as well as all the moist air

19   above it that exists in the planetary boundary layers for land and ocean. Moreover, there

20   is no sign of the alleged 344 W/m2 of downwelling longwave radiation reaching solar

21   collection plates mounted on structures or the ground surface that are designed and used

Kelleher vs EPA                          Case #                                    Date

1      to convert mostly direct and diffuse solar and a small amount of upwelling thermal

2      energy to heated water. The fact that **Wild 2020** has just a single author is suggestive

3      that he had come to the correct conclusion that the coupled GCMs are corruptly

4      calibrated. **REFERENCE: <u>Wild (Inst. for Atmospheric and Climate Science, Zurich,</u>**

5      **<u>Switzerland) 2020</u>**: *"The global energy balance as represented in CMIP6 climate models,"*

6      *Climate Dynamics*, 55, 553-577 (2020). See <u>figure 13</u> (<u>Exh E-5</u>).

7   111.      Kelleher alleges that the GHGT is based on the demonstrably false presence that

8      according to the first and second laws of thermodynamics, the Ocean surface which has

9      a global average temperature of plus 16 degrees Centigrade (C) would have an average

10     temperature of minus 18 degrees C (255k) in the absence of a GHGT feedback effect

11     emanating from the upper troposphere and lower stratosphere. This takes into account

12     that on average 30% of incident sunlight is scattered upward and exits the top of the

13     global atmosphere. Kelleher points out that this premise fails to take into account that

14     the bulk of the radiation exiting the top of the atmosphere is water-vapor emittance from

15     the upper troposphere in the vibrational 17-30 micron wavelength at a telltale brightness

16     temperature of -18 degrees C. This is confirmed by figure 1 (<u>Exh C-6</u>) from **<u>Diaz at el.,</u>**

17     **<u>2018</u>** which is based on mountains of high quality empirical evidence that collectively

18     reveals that the MBL over the Atlantic has two temperature inversion zones. The lower

19     one lies at an annual average height of 1.5 km AMSL and has a 5-degrees C temperature

20     differential rising from 10 degrees C to 15. The upper one lies at an average annual

21     height of 7.5 km AMSL and has a temperature differential of less than 2 degrees C

Kelleher vs EPA                              Case #                                    Date

1    centered at a telltale -18 degrees C. Figures 1, 2 and 3 from the **MODTRAN online**

2    **website FAQs section** explain the upper inversion layer. In plotting profiles for

3    temperature in degrees C, water-vapor-column density in cm/km and ozone-column

4    density cm/km these figures collective explain the MBL's upper inversion layer. For all

5    intents and purposes the water-vapor profile clearly reveals that minus-18 degrees C and

6    420 hPa atmospheric pressure is the tropospheric temperature and pressure at which

7    water vapor losses at multiple orders of magnitude its ability to absorb and store elevated

8    levels of thermal-infrared radiation in the 17-30 micron rotational absorption bandwidth.

9    The ozone profile in conjunction with the water-vapor profile collectively reveal that

10   water-vapor mixing ratios define the boundary between the MBL's horizontally

11   dominated turbulent convective zone and the free atmosphere. The ozone and

12   temperature profile collectively suggest the base of the tropopause and stratosphere sunk

13   by 2 km due to GS-Max conditions. Convection in the mid-to-upper troposphere is

14   primarily horizontal through the effects of Hadley, Ferrel and polar cells and the jet

15   streams. Collectively they show that the ozone mixing ratios control the temperature of

16   the tropopause and lower stratosphere (8-23 km AMSL) in partially offsetting the

17   amount of incremental visible radiation entering the Ocean surface and its MBL. Other

18   offsets include increases in the amount of spectral-window radiation passing upward

19   through the ozone-depleted stratosphere and increases in water-vapor emittance from

20   the upper troposphere. These illustrations collectively confirm that the upper and lower

21   MBL is aptly considered an upward extension of the Ocean's thermal skin and that for

Kelleher vs EPA                              Case #                                    Date

1      all intents and purposes that it rises up to the base of the water-vapor-defined tropopause

2      at minus-18 degrees C and 420 hPa. A correct energy balance diagram would show the

3      following in addition to what is show entering and leaving the top of the atmosphere.

4      **Downwelling thermal longwave** – Nothing. **Downwelling shortwave** – **(1)** an arrow

5      showing a small amount of radiation absorbed in the middle atmosphere; **(2)** a second

6      arrow showing larger amounts of radiation absorbed and stored by the boundary

7      layer/thermal skin as a unit with a notation that the energy is retained and moved away

8      from the atmospheric interface by convection; **(3)** a third arrow showing radiation

9      absorbed and stored by the Ocean with the same notation; and **(4)** a fourth arrow

10     showing radiation absorbed and stored by the land with notation a notation explaining

11     the effects of land-surface categories on the amounts of absorbed, stored and reflected.

12     **Upwelling thermal longwave** – **(1)** an arrow showing upwelling window longwave

13     radiation leaving the Earth and Ocean; **(2)** a second arrow showing water vapor

14     emittance leaving inversion zone at 7.5 km AMSL; **(3)** a third arrow showing CO2 and

15     ozone emittance leaving the lower stratosphere. **REFERENCES: (1)**

16     **NOAA/NASA/AFRL: U.S. Standard Atmosphere, 1976**. **Link**:

17     https://ntrs.nasa.gov/api/citations/19770009539/downloads/ **(2) Diaz et al., 2019**:

18     *"Long-term trends in marine boundary layer properties over the Atlantic Ocean," AMS Journal of*

19     *Climate*, 32 (10), 2991-3004 (2019**)**. See fig 1 (Exh C-6). **(3) Link for MODTRAN**

20     **Online FAQ**: MODTRAN® (spectral.com)

21     112.       It is common scientific knowledge that due to its high density and high water-

Kelleher vs EPA                          Case #                          Date

1   vapor and CO2 content, the Marine Boundary Layer (MBL) covering over 70% of the

2   Earth's surface is opaque to all thermal-infrared radiation potentially emitted by the

3   Ocean surface as it cools except within the "infrared window" which is widest over arid

4   land at 8-14 microns and contracts to 8-12 microns over the ocean except in the polar

5   zones where it expands to 8-13 microns. It is pretty much closed in the tropics. Water

6   vapor which is ever present at high levels above the Ocean surface absorbs at much

7   higher levels from 12.5-14 microns than it does at 8-12.5 microns which is the heart of

8   the window. Given the levels of CO2 and water vapor present in the MBL there is not a

9   chance in world than any 12.5-14 micron radiation passes through the MBL in either

10  direction. Quoting from **Harries et al., 2008** (emphasis added):  "*Shown in Figure 3 are*

11  *the upwelling, top of the atmosphere (commonly abbreviated to TOA) spectra calculated for a*

12  *warm, moist model atmosphere, and a cold, dry model atmosphere (so-called "standard*

13  *atmospheres", [Anderson et al, 1986]), both cloud-free. The y-axis is in units of spectral radiance*

14  *(power per unit area, per unit solid angle, per 6-unit wavenumber interval, in a particular*

15  *direction). The black curve is the calculated spectrum for each case. The red lines describe the shape*

16  *of the Planck function for the temperatures indicated. The line structure below about 500 per cm*

17  [20 microns] *is mainly due to water vapor; the band centered at 667 per cm* [15 microns] *is due*

18  *to CO2; the band centered at 1060 per cm* [9.4 microns] *is due to O3; and the extended band*

19  *above about 1250 per cm* [8 microns] *is due primarily to H2O and other gases, including CH4. In*

20  *the window region between about 800 and 1250 per cm* [8-12.5 microns] *the brightness*

21  *temperature seen at the TOA is close to the assumed surface temperature.* <u>*In the center of the*</u>

Kelleher vs EPA                                 Case #                                          Date

1   *intensely absorbing CO2 band, the brightness temperature is that of the tropopause/lower-*

2   *stratosphere, because below these heights the atmosphere is opaque.* In the pure rotational band of

3   *water vapor, below about 500 per cm* [20 microns]*, the brightness temperature represents the*

4   *temperature at the level from which most of the radiation reaching the TOA is originating.*" Their

5   figure 3 shows ozone radiance centered at 9.4 microns coming from the low-to-mid

6   stratosphere. This confirms that all window-edge radiation from 12.5-14 microns is

7   absorbed in the MBL and does not traverse the MBL or troposphere. It confirms that

8   water-vapor and CO2 can store and convect heat energy in the MBL which is aptly

9   considered an upward extension of the Ocean's thermal skin. **REFERENCE: (1)**

10  **Wikipedia: "Infrared window**." **(2) Harries (Imperial College, London) et al., 2008**:

11  "*The far-infrared Earth,*" *Reviews of* Geophysics, 46 (4) (2008). See figure 3.

12  113.         In addition, when you consider the cumulative effects of water-vapor

13  concentration, plus temperature and pressure on absorption coefficients going

14  from the top to the base of the troposphere, you have no choice but to conclude

15  that the oceans cannot and do not emit or receive far-infrared radiation in the 13-

16  16 micron far-infrared band: Quoting from the Wei et al., 2019 abstract

17  (emphasis added): "*The results show that absorption coefficients are strongly affected by*

18  *water-vapor concentration. For example, absorption coefficients in the band centered at 71*

19  *$\mu m$ increases from 0.3 to 1.2 per meter at the tropopause and 0.6 to 3.1 per meter at the*

20  *Earth's surface as mole fraction of water vapor increases from 0.005 to 0.02. . . . Absorption*

21  *coefficient representing the ratio between band intensity and effective band width increases*

Kelleher vs EPA                                Case #                                        Date

1      *in the direction toward the Earth's surface. A rapid increase occurs near the Earth's surface.*

2      *The increase in band intensity is dominated by an exponential increase in water vapor*

3      *density.* **REFERENCE: Wei (National Sun-Yat Sen Univ., Taiwan) et al.,**

4      **2019**: "*Absorption coefficient of water vapor across atmospheric tropospheric layer,*"

5      *Heliyon*, 5(1), 1-20 (2019). See figure 7.

6      114.       Bearing out what is stated in  paragraphs 114 and 115 regarding the

7      opaque nature of the MBL, it is common/uncontested scientific knowledge that

8      the instrument that has long been used by scientists to measure thermal-infrared

9      radiation moving upward and downward through the MBL often on the deck of a

10     ship and at other points above the Ocean surface by sondes and aircraft measures

11     "brightness temperature" and calculates emittance radiance based on the same

12     false premise on which the GHGT relies. It is called a pyrgeometer or infrared

13     radiometer and with respect to measurements within the MBL and troposphere

14     generates what is aptly referred to as fake empirical data. This contention is

15     supported by the fact that the temperature of the troposphere is a function of the

16     adiabatic lapse rate, not infrared radiation. Quoting page 912 of **Turner and**

17     **Mlawer 2010**(emphasis added): "*Surface-based spectrally resolved measurements taken*

18     *in typical terrestrial environments cannot provide validation in all spectral regions of*

19     *importance to climate. If the atmosphere in a particular spectral band is opaque*

20     [transmissivity = 0] *to radiation in the vertical layer above the instrument because of*

21     *strong gaseous absorption, the measurement will yield just the Planck function*

Kelleher vs EPA                             Case #                                    Date

1    *corresponding to the temperature of that layer. That means that no useful spectroscopic*

2    *information can be obtained from the measurement; this is essentially the same as trying to*

3    *visually describe what is happening on the other side of a solid brick wall. Opacity in a*

4    *vertical layer also implies that no radiative heating occurs in that layer in that spectral*

5    *band . . .* " Quoting page 19 of **Merrili 2012** (emphasis added): "*Because of the high*

6    *opacity of the water vapor rotational absorption band, the surface is not usually detectable*

7    *within the FIR, except in cases of low water vapor column amounts. The state of knowledge*

8    *for FIR spectral emissivities for natural surfaces is basically non-existent, except for*

9    *measurements of mineral properties used in planetary geology.* " **REFERENCES**: **(1)**

10   **Turner and Mlawer 2010**: "*The radiative heating in underexplored bands campaigns,*"

11   *Bulletin of the American Meteorological Society*, 911-923 (July 2010). **(2)** **Merrili**

12   **(Univ. of Wisconsin) 2012**: "*The atmospheric information content of the Earth's far*

13   *infrared spectrum,*" Dissertation, Univ. of Wisconsin-Madison (2012).

14   115.        Most scientists have no comprehension of how farfetched the greenhouse

15          gas feedback effect is. The IPCC acknowledges that atmospheric CO2 levels even

16          at baseline 280 ppmv are not anywhere close to rate-limiting concentrations in

17          the MBL with respect to absorption of 13-16 micron thermal-infrared radiation

18          potentially emitted by the Ocean surface. This explains why upward and lateral

19          heat transfer within the MBL outside the 8–13-micron window is for all intents

20          and purposes 100% attributable to adiabatic buoyant convection. The IPCC

21          argues that CO2 at the base of the stratosphere where the average temperature is

Kelleher vs EPA                              Case #                                    Date

1      minus 48 degrees C absorbs the puny amount of 13–14-micron radiance that

2      hypothetically passes through the MBL and upper troposphere and then radiates

3      almost the entire amount back to the Ocean surface where the average

4      temperature is 16 degrees C. Bear in mind that the temperature and density of the

5      troposphere is steadily increases going toward the Ocean surface and the

6      temperature at the base of the stratosphere is 64 degrees C colder than the Ocean

7      surface. This not only wantonly violates the second law of thermodynamics; it

8      ignores the fact that the CO2 molecules at the base of the stratosphere exist in a

9      continuously vibrationally excited state by being in close contact with near-peak

10     concentrations of stratospheric ozone which are continuously absorbing

11     upwelling window radiation centered at 9.6 microns and cooling by continuously

12     emitting at 14.5 microns almost dead center in the CO2 absorption band.

13     Furthermore, the documented ozone depletion in the lower stratosphere created

14     colder conditions. Why would a colder lower stratosphere be shedding more

15     heat?

16  116.      Having created the syllabus and taught a Masters-of Science level course

17     in water chemistry covering the carbon and water cycles, etc., Kelleher asserts

18     that EPA's claims that rising atmospheric CO2 is causing rising levels of

19     dissolved CO2 and resulting Ocean acidification is 100% unfounded. To begin

20     with, according to Henry's Law, at thermodynamic equilibrium at a given near-

21     surface seawater temperature, the partial pressure of CO2 in seawater is directly

Kelleher vs EPA                          Case #                                    Date

1      proportionate to its partial pressure above the liquid apply Henry's Law. In the

2      case of $CO_2$, however, because $CO_2$ chemically reacts with $H_2O$ in creating the

3      carbonate system, the partial pressure of $CO_2$ in seawater is a tiny component of

4      the total amount of $CO_2$ dissolved in seawater and has an inverse relationship to

5      the amount in the dissolved phase when near-surface temperatures are rising. As

6      near-surface warming occurs, the $CO_2$ partial pressure goes up and the total

7      dissolved $CO_2$ goes down. The vapor-phase $CO_2$ is outgassing. Moreover, for

8      any given near-surface seawater temperature, there are many orders of magnitude

9      higher amounts of water molecules in the ocean than molecules of $CO_2$ in the

10     atmosphere. Thus, according to Henry's Law as it applies to $CO_2$, at a given

11     steady state sea-surface temperature, if you increase the $CO_2$ in the atmosphere

12     by burning fossil fuels, the excess will immediately enter the Ocean surface layer

13     and react with an unlimited supply of water molecules in forming a small amount

14     of highly reactive carbonic acid without limitation. This results in in a miniscule

15     rise in carbonate alkalinity and a miniscule rise in pH with no changes in gaseous

16     or aqueous phase partial pressure. During GS-Max conditions and associated

17     increased visible irradiance, on the other hand, the near-surface Ocean

18     temperature rises diurnally and seasonally causing clockwork increases in the

19     partial pressure of the dissolved gas-phase near-surface $CO_2$ and associated off-

20     gassing that can be bolstered in the Arctic and sub-Arctic by permafrost thawing.

21     This outgassing reduces the alkalinity and causes a miniscule reduction in pH

1    that has no effect of any kind on coral reefs. Warmed seawater in the mixing

2    layer "bleaches" coral reefs. During GS-Max conditions, atmospheric levels of

3    CO2, CH4 and N2O always rise and vice versa during GS minima.

4    117.        Quoting from **Diallo et al, 2017**: "*In this study, we construct a new monthly*

5    *zonal mean carbon dioxide (CO2) distribution from the upper troposphere to the*

6    *stratosphere over the 2000–2010 time period. This reconstructed CO2 product is based on a*

7    *Lagrangian backward trajectory model driven by ERA-Interim reanalysis meteorology and*

8    *tropospheric CO2 measurements. Comparisons of our CO2 product to extratropical in situ*

9    *measurements from aircraft transects and balloon profiles show remarkably good*

10   *agreement. The main features of the CO2 distribution include (1) relatively large mixing*

11   *ratios in the tropical stratosphere; (2) seasonal variability in the extratropics, with relatively*

12   *high mixing ratios in the summer and autumn hemisphere in the 15–20 km altitude layer;*

13   *and (3) decreasing mixing ratios with increasing altitude from the upper troposphere to the*

14   *middle stratosphere (~35 km). These features are consistent with expected variability due to*

15   *the transport of long-lived trace gases by the stratospheric Brewer–Dobson circulation. The*

16   *method used here to construct this CO2 product is unique from other modelling efforts and*

17   *should be useful for model and satellite validation in the upper troposphere and stratosphere*

18   *as a priori for inversion modelling and to analyze features of stratosphere- troposphere*

19   *exchange as well as the stratospheric circulation and its variability*." Figure 24 from

20   **Diallo et al., 2017** covering January through December 2010 is based on

21   mountains of empirical data collected near ground level from weather stations as

1     well as from then recent air craft and balloon campaigns. It shows that the vast

2     majority of the excess $CO_2$ that has built up in the Earth's atmosphere under GS-

3     Max conditions is off gassing seasonally from the Arctic and greater subarctic

4     zones north of 50 degrees latitude which just so happens marks the boundary of

5     the permafrost zone.  The illustration shows the near-surface $CO_2$ north of 50

6     degrees rising up from the surface to peak levels in the mid troposphere within

7     and outside the Arctic Circle during the early melt season (mid-March through

8     May), dropping to a minimum in late summer through fall (July through

9     September) during the plankton and peak land-vegetation season and rising

10    throughout the winter (October through mid-March) presumably initially due to

11    microbial decomposition and then increases in near-surface seawater density and

12    temperature as sea-ice and permafrost reforms. Consistent with well-documented

13    tropospheric wind patterns, the $CO_2$ that builds up in the far northern latitudes

14    except in the late summer and fall is continuously carried south until it rises up

15    into the northern tropics where some continues to rise up into the middle tropical

16    stratosphere while most disperses back to the north within the tropopause and

17    along the top of the troposphere. This figure makes it clear that due to strong

18    concentration gradients and prevailing wind patterns and atmospheric pressure

19    differentials, the $CO_2$ emissions from mobile and stationary sources in the

20    industrial areas of the U.S., Eastern and Western Europe, Japan and China are

21    not the source of the seasonally high $CO_2$ in the Arctic and sub-Arctic

Kelleher vs EPA                          Case #                                    Date

1    troposphere.  **REFERENCE**: **Diallo (Ecole Plytechique, Paris, France) et al.,**

2    **2017**: *"Global distribution of $CO_2$ in the upper troposphere and stratosphere,"*

3    *Atmospheric. Chemistry and Physics*, 17, 3861-3878 (2017).

4    118.      During GS-Max conditions, the CO2 in the atmosphere including that

5           attributed to fossil-fuel combustion and that attributable to nature has been

6           building up because pursuant to Fick's Law of diffusion it cannot enter the Ocean

7           surface during extended periods of off gassing in many solar-warmed areas and

8           particularly the Arctic and sub-Arctic. This explains the documented atmospheric

9           reductions in the C14 isotope that are proportionate to the fossil-fuel

10          contribution. Regardless, CO2 is not an air or water pollutant.

11   119.      Given the nature of proxy ice-core data for atmospheric CO2, you cannot

12          identify peak atmospheric CO2 levels in prior interglacial periods, just long-term

13          running averages that inevitably mix cooling and warming periods due to the

14          characteristically short duration of warming periods. Regardless, CO2 is not an

15          air or water pollutant.

16          **F. FACTUAL BASIS THAT THE COUPLED GENERAL CIRCULATION**

17               **MODELS (GCMS) ENDORSED BY THE EPA AND IPCC, ETC., ARE**

18               **BRAZENLY CORRUPTLY CALIBRATED – See EXHIBIT F –**

19                              **illustrations/explanations**

20   120.      Quoting from an EPA website in citing the caption of figure Q3-1 on page 84 of

21          the **WMO Scientific Assessment of Ozone Depletion, 2014**: *"The ozone layer resides in*

Kelleher vs EPA                                    Case #                                    Date

1    *the stratosphere and surrounds the entire Earth. The UV-B radiation (280-325 nanometers (nm)*

2    *wavelength) from the sun is strongly absorbed in this layer. As a result, the amount of UV-B*

3    *reaching the Earth's surface is greatly reduced. UV-A (315-400 nm), visible light, and other solar*

4    *radiation are not strongly absorbed by the ozone layer. Human exposure to UV-B increases the risk*

5    *of skin cancer, cataracts, and a suppressed immune system. UV-B radiation exposure can also*

6    *damage terrestrial life, single cell organism, and aquatic ecosystems."* Figure Q3-1 show the

7    ozone layer absorbing just UV-A and UV-B radiation. Because there is very little

8    incident UV-B (about 25 W/m2) and the absorption and scattering is strong, very little

9    UV-B passes through the stratosphere and the increases due to ozone depletion have no

10   impact on climate via solar forcing. While one can ostensibly include **Chappuis band**

11   **absorption** coefficients in coupled GCMs, it is not the right tool for the job because of all

12   of the dilution needed to derive average meteorological conditions and account for the

13   cooling that occurs at night. Moreover, there is a legal requirement under PL-104-113

14   (12)d for federal agencies and federal employees to use ASTM-certified SMARTS2.9.

15   See paragraph 34 and EXHIBIT G.  Link: Health and Environmental Effects of Ozone

16   Layer Depletion | US EPA

17   121.        With the approval of EPA Administrators, in their voluminous peer-reviewed

18   reports, the Secretary of State Office of Global Change Research Program, the IPCC and

19   the WMO/UNEP Ozone Secretariat pretend that ASTM-certified **Chappuis band**

20   **absorption coefficient** do not exist. There is not a word about **Chappuis band**

21   **absorption** and associated massive increases from 1972 to 1997 in visible radiation

Kelleher vs EPA                               Case #                                    Date

1    centered at 0.6 microns in the yellow/orange spectral region passing through the

2    stratosphere after which the levels in the lower stratosphere remained at approximate

3    1997 levels in up-and-down fashion which includes a recent plunge.

4    122.      Commencing in the early 1990s all the U.S. coupled GCMs endorsed by the

5    IPPC incorporate the non-ASTM-certified HITRAN high-resolution international

6    spectroscopic database which is specifically calibrated to support the GHGT. HITRAN

7    was originally funded and developed from the 1960s through 1998 by the U.S. Air Force

8    Geophysics Lab (AFGL) for use in military remote-sensing applications. It covered just

9    longwave infrared radiation and therefore had no **Chappuis**, Huggins and Harley

10   absorption coefficients. In reviewing the published version of the 1986 HITRAN

11   database, it is obvious that it was by that time being tailored to prove out the greenhouse

12   gas theory of global warming. Quoting from **Rothman et al., 1987**, page 4058:

13   *"Additional parameters have recently been provided which permit new capabilities for remote*

14   *sensing in the atmosphere and capabilities to deal with nonlocal thermodynamic equilibrium effects*

15   *in the upper atmosphere. The overall structure of the database has been expanded to include files of*

16   *cross-sectional data on heavy molecular species such as the chlorofluorocarbons (CFCs) and oxides*

17   *of nitrogen which are not yet amenable to line-by-line representation. This has added to HITRAN*

18   *the capability of qualitative detection of anthropogenic gases in the window regions of the infrared."*

19   **REFERENCE**: **Rothman et al., 1987**: *"The HITRAN database 1986 edition," Applied*

20   *Optics,* 26 (19), 4058- 4097 (1987).

21   123.      In 1999 NASA picked up the funding for HITRAN and transferred the program

Kelleher vs EPA                          Case #                              Date

1    to the Harvard-Smithsonian Center for Astrophysics. By 2003 a decision was made to

2    include all the shortwave bands except for the **Chappuis band**. Quoting from pages 214

3    and 215 of LRC's **Rinsland et al., 2003**: (emphasis added): *The 1996 HITRAN*

4    *compilation did not include separate files of O3 absorption cross sections. . . . Recommendations*

5    *were made to include absorption cross-section files of several sets of UV measurements, Huggins*

6    *band measurements, several sets of **Chappuis visible band measurements**, Wulf band*

7    *measurements, and sets of high sensitivity measurements extending beyond 2-um. At this time, only*

8    *a set of ultraviolet cross sections has been provided for a future HITRAN update.* [0.25 to 0.34

9    microns] . . . *We next consider the status of **Chappuis band cross-sections**. . . . The two latter*

10   *datasets sets agree closely, but do not cover temperatures down to 203 K. Hence, we do not*

11   *recommend a set of **Chappuis band cross sections** for inclusion in HITRAN at this time.*

12   **REFERENCE**: **Rinsland et al., 2003**: *"Spectroscopic parameters for ozone and its isotopes:*

13   *recent measurements, outstanding issues, and prospects for improvements to HITRAN," JQSRT,*

14   82, 207-218 (2003).

15   124.       During the same interval that the AFRL developed HITRAN it also developed a

16   one-dimensional radiative transfer model called MODTRAN covering both the

17   shortwave and longwave bands, but **Chappuis band absorption coefficients were**

18   dropped after the first release. MODRAN has excellent graphics capabilities, but it too

19   incorporates HITRAN. Link: MODTRAN® (spectral.com).

20   125.       **Of the utmost significance**, in Kelleher's August 16 and August 17, 2021 email

21   submittals to the EPA defending the petition to deregulate greenhouse gases, Kelleher

Kelleher vs EPA                          Case #                              Date

1    cited two of five recent peer-reviewed papers prepared by the NASA Solar Irradiance

2    Science Team (SIST) which was created in 2015 to ensure NASA spectral irradiance

3    instrumentation was correctly calibrated—which task, by law, was supposed to be

4    assigned to ASTM or ISO. Collectively, the five research papers document the fact that

5    at some point prior to 2016 it somehow dawned on NASA GSFC engineers and LASP

6    personnel that there was a likely flaw in the Spectral Irradiance Monitor (SIM)

7    instrumentation or algorithm used aboard their SORCE satellite which was launched in

8    January 2003. Via these papers, Kelleher further documented that NASA contracted

9    with LASP to create higher-resolution replacement instrumentation called the Total

10   Spectral Irradiance Standard (TSIS-1) which was set up on the International Space

11   Station in December 2017. With the SORCE instrumentation still in operation at the

12   same orbiting altitude, commencing in March 2018, LASP generated a year and a half

13   worth of data allowing for the inter-comparison of the outputs after which NASA ended

14   the SORCE mission in 2020. The five research papers published December 2019,

15   February 2020, May 2020 April 2021 and May 2021 are cited below.

16   126.        The first NASA Spectral Irradiance Science Team paper, which is one of the two

17   Kelleher forwarded to the EPA, is **Coddington et al., 2019**. Quoting from the abstract

18   (emphasis added):  *"The Earth system responds to solar variability on a wide range of timescales.*

19   *Knowledge of total solar irradiance (TSI) and solar spectral irradiance (SSI) spanning minutes to*

20   *centuries is needed by scientists studying a broad array of research applications. For these purposes,*

21   *the NOAA National Centers for Environmental Information (NCEI) Climate Data Record*

Kelleher vs EPA                                   Case #                                        Date

1       *Program established the Solar Irradiance Climate Data Record. Version 2 of the Naval Research*

2       *Laboratory's solar variability models* [reference spectra for incident sunlight] *that are derived*

3       *from and demonstrate consistency with irradiance observations specifies TSI and SSI for the Solar*

4       *Irradiance Climate Data Record. We establish the veracity of the Naval Research Laboratory*

5       *models on the timescales and over the wavelength range for which the Sun is known to vary and,*

6       *thereby, specify the utility of these models. Through comparisons with irradiance observations and*

7       *independent models, we validate NRLTSI2 estimates of TSI on solar rotational (~27-day), solar*

8       *cycle (~11-year), and multidecadal (spacecraft era) variability timescales. Similarly, we validate*

9       *NRLSSI2 estimates of SSI rotational variability in the ultraviolet through the mid-visible*

10      *spectrum. Validation of NRLSSI2 estimates at longer wavelengths, particularly in the near-*

11      *infrared, and for the full spectrum at solar cycle timescales and longer is not possible with the*

12      *current observational record due to instrumental noise and instrument instability*." It is plainly

13      stated here that as of December 2019, the NASA SIST could not validate the accuracy of

14      the reference spectra for incident sunlight used in the coupled GCM's endorsed by the

15      EPA and IPCC dating back to the start of the IPCC program in 1988 except in the UV

16      and blue regions (0.2-0.5 micron). The report makes it clear that the U.S. Navy Research

17      Laboratory (NRL) among others had long been creating the reference spectra used in the

18      models using a severely flawed NOAA Climate Data Record Program and Solar

19      Irradiance Climate Data Record that included proxy sunspot data in addition to

20      empirical data. The report references an attempt by the NRL to create an updated

21      reference spectrum for incident sunlight called NRLSSI2 more closely incorporating

1       NASA's SORCI mission data for 2014, but the accuracy could still not be validated.

2       **REFERENCE**: **Coddington (SIST) et al., 2019**: "*Solar irradiance variability: comparison of*

3       *models and measurements*," *Earth and Space Science*, 6, 2525-2555 (2019).

4       127.        The second and third NASA Spectral Irradiance Science Team paper which

5       Kelleher did not forward to the EPA, are **Mauceri et al, 2020** and **Lean et al., 2020**.

6       Quoting from the introduction of the former (emphasis added): *On time scales on the order*

7       *of the 11-year solar cycle, TSI varies by about 0.1% (Kopp, 2016). SSI variability is wavelength*

8       *dependent with greatest variability in the ultraviolet (UV: <400 nm). Near 200 nm, solar cycle*

9       *variability may be as high as 6%, while in the visible (VIS: 400-700 nm) and near infrared (NIR:*

10      *>700 nm) it is less than 0.1% (Gray et al., 2010). To detect these small changes on decadal time*

11      *scales, instruments require high long-term stability, which in turn requires accurate correction of*

12      *unavoidable instrument degradation. The main source of this instrument degradation is*

13      *hydrocarbons that originate from the outgassing of the materials used to build the instruments.*

14      Note that a 0.1% variability for incoming total, visible and near infrared irradiance of

15      about 1,366, 600 W/m2 and 650 W/m2 respectively is limited to 1.3, 0.6 and 0.65

16      W/m2 respectively. Their figure 2 plots measured spectral irradiance using the raw data

17      collected using the new instrumentation (TSIS-SIM or SIM-V3) for January 2018-

18      August 2019 as a pretty much straight line and shows the fractional change comparing

19      the three versions of the SORCE data including: **(1)** "the official SORCI SIM data

20      product" since May 2003 called V25 (of Version 1) which applies the LASP WHI

21      reference spectra (**Wood et al., 2009**); **(2)** MuSIL which is a long-existing alternative

Kelleher vs EPA                            Case #                                    Date

1    data product; and **(3)** Version 2 (V2) which is a brand new data product that is tuned to

2    the replacement data set for 2018-19. As expected, the Version 2 product closely

3    matched the new instrument readings. The V25, however, was off low for visible at 0.01

4    which is 6 W/m2 and substantially off high for near infrared from 700-1000 nm at 0.025

5    which is about 9 W/m2. The MuSIL was 0.01 low on visible and poorly matched in

6    near infrared. The study identified a very serious problem with the official SORCE SIM

7    data (V25) used for climate modeling commencing in April 2003. This report was

8    prepared primarily by LASP personnel. The second paper by **Lean et al., 2020**

9    documents the development of a new reference spectrum for incident sunlight created by

10   the SIST working with the Naval Research Laboratory named NRLSSI3 and compares

11   the results to SORCI results. **REFERENCES: (1) Mauceri et al., (LASP) 2020**:

12   *"Intercomparing solar spectral irradiance from SORCE SIM," Earth and Space Science*, 7,

13   (2020). See figure 2. (2) **Lean et al., 2020**: *"Solar irradiance variability, modeling the*

14   *measurements," Earth and Space Science*, 7, e2019EA000645 (2020).

15   128.        The third NASA SIST paper is **Coddington et al., 2021** titled "The TSIS-1

16   Hybrid Solar Reference Spectrum." The hybrid spectrum is presumably an offshoot of

17   Version 2 SORCE data product referenced in the first report. Figure 1 plots the Hybrid

18   Spectral Irradiance standard transmittance as a straight line and shows the relative

19   percentage differences between the revised/hybrid spectrum and two well-established

20   reference spectra used in current coupled GCM climate models endorsed by the IPCC in

21   the 5th and 6th assessment reports published in 2013 and 2021, respectively. These

1    included: **(1)** the SORCE SIM WHI LASP (**Woods et al., 2009**); and (2) ATLAS3

2    (**Thuillier 2004**) used in instrumentation carried by another NASA satellite mission.

3    Kelleher found the extent of variation with the reference spectrum at most wavelengths

4    is severely biased toward proving out the GHGT despite the fact that the variations

5    approximately cancel out with respect to the assumed total spectral irradiance of 1,366

6    $W/m^2$. The LASP WHI reference spectrum in particular was grossly biased in

7    proportioning the visible and near infrared bands in making **Chappuis band absorption**

8    disappear with the levels far exceeding the maximum 0.1% variation reference in

9    paragraph 129. LASP WHI is about 1.5% low in the visible range and the most-intense

10   near infrared (400-800 nm) which is 0.015 x 740 $W/m^2$ = 11 $W/m^2$. Both LASP and

11   ATLAS are off high by about 5% in near infrared from 1000 to 2400 nm which is .05 x

12   385 $W/m^2$ = 19 $W/m^2$. The hybrid reference spectrum was being proposed by the SIST

13   for use in coupled GCM climate models with presumably no takers within the IPCC

14   community. The authors represented the following institutions among others: LASP,

15   Harvard Smithsonian Center for Astrophysics, and Univ. of Buffalo, NY. Though it was

16   not expressed in the paper, from a civil/environmental engineering standpoint, the paper

17   documents what is referred to in the field of environmental forensics with respect to

18   numeric computer models as garbage-in-garbage out, meaning the output is worthless.

19   On this basis, due to faulty calibration, the output of all coupled GCMs endorsed by the

20   IPCC from its inception in 1988 must be considered invalid.  **REFERENCES**: **(1)**

21   **Coddington et al., 2021**: "*The TSIS-1 Hybrid Solar Reference Spectrum*," *Geophysical*

1    *Research Letters*, 48, (2021). See figure 1 (Exh F-10). **(2) Thuillier et al., 2004**: "*Solar*

2    *irradiance reference spectra*," in Pap and Fox (Eds.) "*Solar Variability and its effects on*

3    *climate*," *Geophysical Monograph*, 141, American Geophysical Union, Washington D.C.,

4    171-194 (2004).

5    129.        The fifth SIST paper, **Jing et al., 2021** is the clincher. It confirmed the extent of

6    the above-referenced fatal flaws in coupled GCM calibration by directly applying the

7    new TSIS-SIM data to what was considered to be the current U.S. flagship coupled

8    GCM. This time the NASA SIST set aside the LASP hybrid spectra and instead used the

9    absolute discrepancies between coupled GCM modeled absorption in twelve spectral

10   bands lying between 0.2 and 2.4 microns to determine the effects on polar surface

11   climate. Kelleher attached a pdf of the sixth illustration of this paper to the email

12   submittal because, along with what is plainly stated in the text, it serves to visually

13   disprove the greenhouse gas theory of global warming by showing that existing IPCC-

14   endorsed coupled GCM climate models when recalibrated with the approximate

15   equivalent of ASTM-certified Gueymard 2004 and 2018 are showing polar glacial

16   advance commencing in 1979 rather than the observed polar glacial retreat. The

17   validation attempt was conducted for a generic 12-month cycle within the past decade by

18   comparing eighteen months of monthly average SIM data for the new higher-resolution

19   instrumentation (March 2018-August 2019) to ten years of monthly average coupled

20   GCM model runs (2010-2019) from the most current (2020) version of the NSF NCAR

21   coupled Community Earth System Model Version 2.1. Quoting the **Jing et al., 2021**

1    abstract in full (emphasis added): "*Not only total solar irradiance (TSI) but also spectral solar*

2    *irradiance (SSI) matter for our climate. Different surfaces can have different reflectivity for the*

3    *visible (VIS) and near-infrared (NIR). The recent NASA Total and Spectral Solar Irradiance*

4    *Sensor (TSIS-1) mission has provided more accurate SSI observations than before. The TSI*

5    *observed by TSIS-1 differs from the counterpart used by climate models by no more than 1 W m$^{-2}$.*

6    *However, the SSI difference in a given VIS (e.g., 0.44–0.63 μm) and NIR (e.g., 0.78–1.24 μm)*

7    *band can be as large as 4 W m$^{-2}$ with opposite signs. Using the NCAR CESM2, we study to what*

8    *extent such different VIS and NIR SSI partitions can affect the simulated climate. Two sets of*

9    *simulations with identical TSI are carried out, one with SSI partitioning as observed by the TSIS-*

10   *1 mission and the other with what has been used in the current climate models. Due to different*

11   *VIS-NIR spectral reflectance contrasts between icy (or snowy) surfaces and open water, the*

12   *simulation with more SSI in the VIS* [and less in the NIR] *has less solar absorption by the high-*

13   *latitude surfaces, ending up with colder polar surface temperature and larger sea ice coverage. The*

14   *difference is more prominent over the Antarctic than over the Arctic. Our results suggest that, even*

15   *for the identical TSI, the surface albedo feedback can be triggered by different SSI partition between*

16   *the VIS and NIR. The results underscore the importance of continuously monitoring SSI and the*

17   *use of correct SSI in climate simulations.*" The three primary authors were from the Univ. of

18   Michigan Department of Climate and Space Science & Engineering giving the

19   appearance of a third-party review. **REFERENCE**: **Jing (SIST) et al., 2021**: "*Direct*

20   *influence of solar Spectral Irradiance on high-latitude surface climate,*" *Journal of Climate*, 34 (10)

21   (2021). See figures 1-7 and Table 1.

Kelleher vs EPA                          Case #                                    Date

1   130.        As documented in **Fontenla et al., 1999**, the NCAR model mentioned in

2   paragraph 131 uses a reference spectrum initially developed by **Kurucz 1995** of the

3   Harvard-Smithsonian Center for Astrophysics (HSCFA) and later by HSCFA personnel

4   and personnel of the National Science Foundation's High-Altitude Observatory at

5   NCAR. This reference spectrum is referred to by NCAR and HSCFA as SAO1996 and

6   the most current version is SAO2010 created by **Chance and Kurucz 2010**. Tables 5 and

7   6 of **Fontenla et al., 1999** show the flawed reasoning behind the corrupted reference

8   spectrum which involved invalid assumptions concerning the amount of variability in

9   the visible and near infrared between the quiet sun and active sun. Working with ASTM,

10  **Gueymard 2019** ultimately established that the correct solar constant for both the active

11  and quiet phases in solar cycle 23 is 1,361 W/m2 rather than 1,366 and confirmed that

12  contrary to the conclusions of HSCFA and NCAR and the IPCC and EPA, there is very

13  little variation in the visible and near-infrared spectra across solar active and quiet

14  periods as sufficiently documented by brand-new high-resolution satellite

15  instrumentation. Large variations are only observed in the UV-B and UB-C bands which

16  are not important to global warming or solar energy since they are minor constituents of

17  sunlight and for all intents and purposes are completely absorbed the mesosphere and

18  upper stratosphere. As explained in paragraph 96, Gueymard developed a new reference

19  spectral called "**Gueymard 2018**" that is coupled to the most-up-to-date version of the

20  ASTM-certified SMART2.9.8 radiative transfer model. **REFERENCES: (1) Fontenla**

21  **(NCAR) et al., 1999**: "*Calculation of solar irradiances, I. Synthesis of the solar spectrum,*" *The*

Kelleher vs EPA                    Case #                              Date

1    *Astrophysical Journal*, 518, 480-499 (1999). See tables 5 and 6. **(2) Kurucz (HSCFA) 1995**:

2    "*The solar irradiance by computation*," in Anderson et al., (Eds.), *Proceedings of the 17th*

3    *Annual Conference on Transmission Models*, Phillips Lab., Hanscom AFB, PL-TR-95-2060,

4    333–334 (1995). **(3) Chance and Kurucz (HSCFA) 2010**. "*An improved high-resolution*

5    *solar reference spectrum for earth's atmosphere measurements in the ultraviolet, visible, and near*

6    *infrared*," *Journal of quantitative spectroscopy and radiative transfer*, *111*(9), 1289-1295 (2010).

7    **(4) Gueymard (NREL) 2019**: "*The SMARTS spectral irradiance model after 25 years: new*

8    *developments and validation of reference spectra*," *Solar Energy*, 187, 233-253 (2019).

9    131.    Working under contract to DOE/NREL, Gueymard as president of Solar

10   Consulting Services, Edgewater, Florida, documented the corrupt calibration of certain

11   EPA/IPCC endorsed coupled GCMs in tracking his efforts between 2002 and 2018 in

12   creating reference spectra for use by NREL in five papers: **(1) Myers et al., 2002**, **(2)**

13   **Gueymard 2004**, **(3) Gueymard 2006**, **(4) Gueymard 2018** and **(5) Gueymard 2019**.

14   During this time, he is credited with creating the following reference spectra for incident

15   sunlight the last two of which were certified by ASTM as sufficiently accurate for use in

16   the SMARTS2.9 radiative transfer code: **(1) Gueymard 2002**, **(2) Gueymard 2004** and

17   **(3) Gueymard 2018**. He is also credited with contributing upgrades to ASTM-G173.

18   Quoting from the conclusions section of **Gueymard 2006** (emphasis added): "*Moreover,*

19   *there is likely no need to correct reference spectra to take solar activity into account in the VIS and*

20   *NIR Bands – unless an absolute accuracy of better than 0.1% is required (if at all possible)*."

21   Quoting from the abstract of **Gueymard 2018**: "*A revision of a previous composite spectrum*

1    *(**Gueymard 2004**) is undertaken here, with a focus on the 200-4000 nm waveband, where most of*

2    *the sun's energy is concentrated. The methodology is based on 31 sources of spectral data covering*

3    *various parts of the spectrum. The data sources include observations from surface observatories,*

4    *aircraft, high altitude balloons, satellites, as well as modeled estimates of the solar flux. . . . In a*

5    *final step, the irradiance values are properly scaled so as to integrate to the revised solar constant*

6    *value of 1361.1 W/m2.*" Though he does not mention any of the U.S. Climate modeling

7    centers or the IPCC Coupled Model Intercomparison Project (CMIP), Gueymard was

8    raising the red flag in his papers over the lack of and urgent need for standardization of

9    the methods being used by various researchers in developing and validating reference

10   spectra for incident sunlight. It is also obvious that he was critical of the work of ASTM

11   subcommittee E21:04 in adopting ASTM E490-00 in year 2000 which was initially

12   targeted for use with SMART2.9.2 but was found to be lacking in accuracy. According

13   to the NREL website, ASTM E490-00 was developed by **Kurucz 1995** and **Chance and**

14   **Kurucz 2010** at the Harvard-Smithsonian Center for Astrophysics meaning it is very

15   likely the same reference spectrum that the NASA Solar Irradiance Science Team found

16   to be corrupt in 2021 as explained and referenced in paragraph 131. Figure 2 in

17   **Gueymard 2019** (Exh F-11) reveals NREL/ASTM originally adopted ASTM E490-0

18   with only slight revisions under the name **Gueymard 2002** when SMARTS 2.9 and

19   ASTM G173-03 were adopted in 2003, but that by **Gueymard 2004** ASTM

20   subcommittee E21:04 had rejected ASTM E490-00 as invalid. Quoting the final sentence

21   in the **Gueymard 2018** abstract (emphasis added): "*Based on the present findings, a revision*

1    *of the outdated ASTM E490 standard extraterrestrial spectrum is recommended.*" ASTM

2    appears to have followed these recommendations when the standard was revised and

3    reissued by subcommittee E21:04 in May 2022. The bottom panel in **Gueymard 2019**

4    figure 2 includes three plots comparing the NREL's most-up-to-date spectrum

5    (**Gueymard 2018**) against two earlier versions (**Gueymard 2002** and **Gueymard 2004**

6    derived in part from data generated from NASA's UARS/SOLSTICE (120-450 nm) and

7    SORCE/SIMS (120-1600 nm) satellite missions shortly after they were launched in

8    2002. The top panel compares ten other reference spectra including ASTM E490-00 and

9    **Wehrli/WMO 1985** among nine that are available for optional use in MODTRAN.

10   **Wehrli/WMO 1985** was used in all versions of SERI and NREL SPCTRAL2 radiative

11   transfer model dating back to 1982 and compares favorably with **Gueymard 2018** in the

12   visible and near-infrared. Consistent with the SIST findings, the top panel shows severe

13   calibration errors for ASTM E490-00 and the **Thuillier 2004** reference spectra. Between

14   ASTM and SIST at least the following reference spectra were found to be corrupted in a

15   manner that allowed for omission of **Chappuis band adsorption coefficients** in EPA-

16   and-IPCC-endorsed climate models as well as all official V25-data product for the

17   SORCE mission commencing in May 2003: **(1-2)** NRLSSI versions 1 and 2; **(3)**

18   SAO1995 aka **Kurucz 2015**; **(4)** LASP WHI aka **Woods et al., 2009**; **(5)** SAO2010 aka

19   **Chance and Kurucz 2010**; **(6) Thuillier 2004**; **(7)** ASTM E490-00 aka **Gueymard 2002**,

20   SAO1995 and **Kurucz 1995**. **REFERENCES**: **(1) Myers, Emery and Gueymard 2002**:

21   "*Revising and validating spectral irradiance reference standards for photovoltaic performance*

Kelleher vs EPA                                    Case #                                        Date

1    *evaluation,*" conference reference paper NREL CP-560-32284, 1-10. (2002). **(2)**

2    **Gueymard 2004**: "*The sun's total and spectral irradiance for solar energy applications and solar*

3    *radiation models,*" *Solar Energy*, 76, 423-453 (2004). **(3) Gueymard 2006**: "*Reference solar*

4    *spectra: their evolution, standardization issues, and comparison to recent measurements,*" *Advances*

5    *in Space Research*, 37, 323-340 (2006). **(4) Gueymard 2018**: "*Revised composite*

6    *extraterrestrial spectrum based on recent solar irradiance observations,*" *Solar Energy*, 169, 434-

7    440, (2018). **(5) Gueymard (NREL) 2019**: "*The SMARTS spectral irradiance model after 25*

8    *years: new developments and validation of reference spectra,*" *Solar Energy*, 187, 233-253 (2019).

9    See fig 2 (Exh F-11) **(6) Wehrli/WMO 1985**: "*Extraterrestrial solar spectrum,*" *World*

10   *Radiation Center*, 615 (1985).

11   132.        In the August 17, 2021, email submittal defending the petition to deregulate

12   greenhouse gases, Kelleher advised the EPA and is advising this Court that based on a

13   search of the text for "TSIS-1" and "TSIS" there is not a word about the above-

14   referenced disastrous NASA GSFC SIST findings in the massive **IPCC August 2021**,

15   report titled "Working Group I Report: Climate Change 2021, the Physical Science

16   Basis." Instead, quoting from page SPM-5, the report falsely concludes: "*It is very likely*

17   *that well-mixed GHGs were the main driver of tropospheric warming since 1979, and extremely*

18   *likely that human-caused stratospheric ozone depletion was the main driver of cooling of the lower*

19   *stratosphere between 1979 and the mid-1990s.*" Quoting now from page 1-82 (emphasis

20   added): "*Analysis of the latest CMIP Phase 6 (CMIP6, Eyring et al., **2016**) simulations constitute*

21   *a key line of evidence supporting this assessment report (see Section 1.5.4).*" Link: AR6 Climate

Kelleher vs EPA                              Case #                                Date

1      Change 2021: The Physical Science Basis — IPCC.

2      133.      As evidence of massive collusion, subversion and malfeasance by the EPA

3      Administrator and his Clean Air Act staff among many other federal employees,

4      Kelleher is directing this Court's close attention to the date of the associated IPCC

5      Coupled Model Intercomparison Program version 6 (CMIP6) report which is an

6      unprecedented 5 years earlier than the August 2021 IPCC report which emphasizes the

7      fact that "the simulations constitute a key line of evidence supporting this assessment

8      report."

9      **G. Factual basis that as of April 2007 when the U.S. Supreme Court ordered the EPA**

10     **Administrator and his Clean Air Act staff to determine if CO2 and other greenhouse**

11     **gases were causing the temperature of the Earth's surface to rise, the EPA has been**

12     **and remains compelled by Public Law 104-113 § 12(d) to utilize the Department of**

13     **Energy NREL ASTM-certified SMARTS2.9 radiative transfer model coupled to**

14     **Spectral Irradiance Standard G173-03 and the TOA reference spectrum Gueymard**

15     **2004 and Gueymard 2018 to confirm that all warming trends are due to stratospheric**

16     **ozone depletion – See EXHIBIT H – Relevant excerpts**

17     127.      Quoting from the PL 104-103 § 12(d) and (d) (1) and (3): *UTILIZATION OF*

18     *CONSENSUS TECHNICAL STANDARDS BY FEDERAL AGENCIES; REPORTS – "(1)*

19     *IN GENERAL, - except as provided in paragraph (3) of this subsection, all federal agencies and*

20     *departments shall use technical standards that are developed or adopted by voluntary consensus*

21     *standards bodies, using such technical standards as means to carry out policy objectives or activities*

Kelleher vs EPA                             Case #                                    Date

1      *determined by the agencies or departments. . . . (3) "EXCEPTION, − If compliance with*

2      *paragraph (1) of this subsection is inconsistent with applicable law or otherwise impractical the*

3      *agencies or departments may elect to use technical standards that are not developed by voluntary*

4      *consensus standard bodies if the head of each such agency or department transmits to the Office of*

5      *Management and Budget an explanation of the reason for using such standards. Each year,*

6      *beginning in 1997, the Office of Management and Budget shall transmit to congress a report*

7      *summarizing all explanations received in the preceding year under this paragraph."*

8      128.    The record is clear here, that a succession of EPA administrators had no valid

9      reasons to blow off the relevant and applicable standards for accurately measuring and

10     modeling the amount of solar radiation reaching the Earth and Ocean surface that were

11     jointly developed and first adopted in 1982 by the U.S. Department of Energy and three

12     voluntary consensus standard bodies. Instead, by all appearance the EPA encouraged

13     DOE, NASA, NOAA and the NSF climate modeling centers to similarly blow off the

14     NREL voluntary consensus standards because they show that stratospheric ozone

15     depletion that commenced in August 1972 is the source of all the climate change trends

16     that commenced or accelerated in 1972 presumably because it is at odds with the

17     progressive-left tenets of the IPCC and Ozone Secretariat.

18     129.    The DOE Solar Radiation Research Laboratory (SRRL) was founded at Table

19     Mountain CA, in 1981 and is currently within the National Renewable Energy

20     Laboratory (NREL). Since 1981, SRRL scientists and engineers in achieving compliance

21     with OMB Circular A-119 have worked hand and hand with ASTM and ISO scientists

1    and engineers in the relevant technical committees at enormous expense to taxpayers.

2    Quoting from pages 1 and 2 of **Habte, Sengupta and Gueymard 2020** which is the

3    NREL's most up-to-date "Consensus International Solar Resource Standards and Best

4    Practices Development," (emphasis added): *"The National Renewable Energy Laboratory*

5    *(NREL) has been actively leading and participating in the International Energy Agency (IEA)*

6    *Photovoltaic Power Systems (PVPS) Program Task 16 and ASTM subcommittee G03.09 on*

7    *radiometry standards development. Standards and best practices related to the solar resource*

8    *contribute to a better understanding of the magnitude and uncertainty of the resource available to*

9    *conversion systems. Such documents also contribute to the development and improvement of solar*

10   *resource models for areas where solar radiation measurements are not available. . . . NREL leads*

11   *the ASTM G03.09 radiometry subcommittee, which is under ASTM Committee G03: Weathering*

12   *and Durability. The subcommittee develops and maintains standards associated with the*

13   *specification, calibration, measurement and modeling of solar radiation. The later encompasses the*

14   *ultraviolet, visible and infrared radiation regions, regardless of the radiation source: NREL is also a*

15   *U.S. Technical Advisory Group in the International Organization for Standardization*

16   *(ISO)/Technical Committee (TC) 180/SC 1 Climate – Measurement and Data. The committee*

17   *promotes knowledge and stimulates research on the calibration and specification of radiometers, the*

18   *development of reference spectral irradiance, and radiometers recommended for practical use.*" The

19   text goes on to reference thirteen international voluntary consensus standards developed

20   by NREL on behalf of ISO and ASTM since the early 2000s. These are just the

21   current/active standards. They all relate to monitoring and modeling solar radiation and

Kelleher vs EPA                           Case #                           Date

1    include the current G173-03 (2020) that is coupled with the SMARTS2.9.8 radiative

2    transfer model. Since 2003, the package includes ASTM-certified reference spectra for

3    the top of the atmosphere (TOA) and for that reaching Earth. They are without question

4    far and away the most accurate spectral irradiance standards available in the U.S. and

5    have included **Chappuis band absorption coefficients** from the very start. Quoting from

6    page 2-12 of **Sengupta et al., 2021** which is the NREL's "Best Practices Handbook for

7    the Collection and Use of Solar Resource Data for Solar Energy Applications," Third

8    Edition, 2021: *"Many solar energy applications rely on collectors or systems that have a*

9    *pronounced spectral response. The performance of solar cells that constitute the building blocks of*

10   *PV systems are affected by the spectral distribution of incident radiation. Each solar cell technology*

11   *has a specific spectral dependence (see Figure 3-22). To allow for the comparison and rating of solar*

12   *cells or modules, it is thus necessary to rely on reference spectral conditions. To this end, various*

13   *international standardization bodies—ASTM, the International Electrotechnical Commission*

14   *(IEC), and ISO—have promulgated standards that describe such reference terrestrial spectra. In*

15   *turn, these spectra are mandated to test the performance of any solar cell using either indoor or*

16   *outdoor testing methods. Currently, all terrestrial standard reference spectra are for an air mass of*

17   *1.5 (noted AM1.5). The reason for this as well as historical perspectives on the evolution of these*

18   *standards are discussed by Gueymard et al. (2002). The standard reference spectra of relevance to*

19   *the solar energy community are the following: • ASTM G173: for GTI on a 37° tilted surface and*

20   *DNI • ASTM G197: for the direct, diffuse, and global components incident on surfaces tilted at 20°*

21   *and 90° • IEC 60904-3: similar to ASTM G173, with only slightly different values, lower by*

Kelleher vs EPA                                    Case #                                    Date

1    *0.29% • <u>ISO 9845-1: replicating ASTM G159 (now deprecated and replaced by G173); ISO is*</u>

2    *currently preparing an update.*" **<u>REFERENCES</u>: <u>(1) Habte, Sengupta and Gueymard</u>**

3    **<u>(NREL) 2020</u>**: "*Consensus International Solar Resource Standards and Best Practices*

4    *Development,*" *NREL/CP5-D00-75879 (2020).* **<u>(2) Sengupta (NREL) et al., 2021</u>**: "*Best*

5    *Practices Handbook for the Collection and Use of Solar Resource Data for Solar Energy*

6    *Applications,*" *Third Edition, 2021, NREL/TP-5D00-77635 (2021).*

7        130.    The SMARTS2.9.5 radiative transfer model is ASTM certified as an adjunct

8    to G173 (AGDJG173CD3) to give solar engineers the ability to model solar voltaic

9    performance over a wide range of atmospheric conditions. Quoting from the NREL

10   website: "*Developed by Dr. Christian Gueymard, SMARTS computes clear-sky spectral*

11   *irradiances (including direct beam, circumsolar, hemispherical diffuse, and total on a tilted or*

12   *horizontal receiver plane) for specified atmospheric conditions. SMARTS users can specify*

13   *conditions from any of 10 standard atmospheres or their own data. Users can also specify output for*

14   *one or many points in time or solar geometries. <u>SMARTS 2.9.2 is the basis for American Society of*</u>

15   *<u>Testing and Materials (ASTM) reference spectra (ASTM G173 and ASTM G177) used for*</u>

16   *photovoltaic performance testing and materials degradation studies. The algorithms used by*

17   *SMARTS were developed to match the output from the MODTRAN complex band models within*

18   *2%.*" <u>Link</u>: <u>SMARTS: Simple Model of the Atmospheric Radiative Transfer of Sunshine</u>

19   <u>| Grid Modernization | NREL</u>., Kelleher asserts that SMARTS2.9 and or G173-03

20   severely underestimate the amount of **Chappuis band absorption** that occurs in the first

21   30 minutes or so before sunset and after sunrise when solar zenith angles are above 85

Kelleher vs EPA                          Case #                                    Date

1    degrees based on comparison with Lacis and Hansen, 1974 figure 6 (Exh C-1) and raw

2    output for SAGE solar occultation instrumentation.

3    131.    The Department of Energy works with the American National Standards Institute (ANSI) and the

4    International Standards organization (ISO) to develop voluntary consensus standards (VCS) to measure

5    the efficiency of all categories of solar energy collectors. The standards include the following most-current

6    updates and leave no question that all categories of solar-energy-conversion systems including passive

7    solar water heaters rely entirely on incident shortwave radiation and receive no incremental thermal

8    energy from hypothetical downwelling longwave radiation from GHGs: (1) ANSI 2015 ICC 901/SRCC

9    100 2015 Solar Thermal Collector Standard; (2) ISO 9806: 2017 which certifies various types of

10   radiometers. The routine testing and related engineering calculations that is done/performed to test the

11   efficiency of solar collectors pursuant to DOE guidelines and VCS definitively disproves the GHGT.

12                          **CLAIMS FOR RELIEF**

13   132.    Kelleher repeats and incorporates paragraphs 35 through 131 as if fully stated herein

14   and reiterates the following.

15   133.    The Clean Air Act permits any person to bring suit to compel the Administrator to

16   perform his non-discretionary duties. See 42 U.S.C. § 7604(a).

17   134.    It has been more than 60 days since the Administrator received Kelleher's notice of

18   intent to file this suit under 42 U.S.C. § 7604(a).

19                          First Claim for Relief

20   135.    Because the EPA is mandated to comply with Public Law 104-113 § 12(d) in the

21   absence of an annual petition to the DOC OMB and the written annual approval of the

22   same, the EPA Administer must apply the following voluntary consensus standards

23   developed for the Department of Energy and private sector solar engineers in attempting

Kelleher vs EPA                              Case #                                    Date

1       to validate the greenhouse gas theory (GHGT) which holds that global warming is

2       caused primarily by rising levels of natural decay products including carbon dioxide,

3       methane and nitrous oxides and associated increases in downwelling longwave radiation

4       entering and heating the oceans: **(1)** ANSI 2015 ICC 901/SRCC 100 2015 Solar

5       Thermal Collector Standard; **(2)** ISO 9806: 2017 which certifies various types of

6       radiometers and calibration procedures. These standards establish a strict protocol that

7       engineers must use for testing/advertising the efficiency rating of hot water heaters that

8       receive all or part of their thermal energy from roof-or-surface-mounted flat-plate solar

9       panels pointed at the sun. Due to the second law of thermodynamic, the efficiency is

10      calculated as if downwelling longwave radiation does not exist. The EPA and DOE are

11      aware that four decades of efficiency testing for flat-plate solar water heaters as

12      summarized in equipment specs and brochures and NREL publications confirms that

13      there is no such thing as downwelling longwave radiation reaching, entering and heating

14      the ocean or flat plate solar collectors. The EPA damaged Kelleher by failing to use

15      these voluntary consensus standards to confirm the validity of the second law of

16      thermodynamics and dismiss the crackpot GHGT out of hand in applying good

17      engineering judgement and sound engineering practice.

18                              Second Claim for Relief

19      136.    Because air-pollution control is a discipline of civil/environmental engineering and

20      because the EPA Administrator and his Clean Air Act staff are required under 42 U.S.C.

21      § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct an ethical and competent

Kelleher vs EPA                              Case #                                    Date

1    civil/environmental engineering analysis of relevant empirical data and failed to do so

2    after being ordered by the Supreme Court in April 2007 to determine if rising

3    atmospheric carbon dioxide ($CO_2$) and other alleged greenhouse gases were endangering

4    public health by causing global warming, Kelleher as a highly experienced

5    environmental engineer with extensive neutral fact-finding experience with CA state and

6    federal district courts was justified in conducing such an analysis and forwarding the

7    results to the EPA in the form of a petition to deregulate greenhouse gases and revise the

8    regulations for ozone-depleting substances. Further supporting this claim, in regulating

9    greenhouse gases and ozone-depleting substances without looking at the truly relevant

10   empirical data, the EPA Administrator and his Clean Air Act staff blew off guidance set

11   forth in EPA QA/G4 (QA00) "Guidance of the Data Quality Objective Process."

                          Third Claim for Relief

13   137.    Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

14   112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

15   engineering analysis of relevant empirical data, and because all federal agencies and

16   federal employees are required to use relevant and applicable voluntary consensus

17   standards under PL 104-113 § 12(d), Kelleher was compelled to provide the EPA

18   Administrator with the results of runs he made (among other such runs) using ASTM-

19   certified engineering standards for incident spectral irradiance at zero air mass

20   (**Gueymard 2004**) and absorbed/reflected spectral irradiance at air mass 1.5 (ASTM

21   G173) coupled to the ASTM-certified SMARTS2.9.5 radiative transfer model developed

1    for use by the U.S. Department of Energy and the solar energy industry. The results

2    show that the levels of stratospheric ozone depletion that the NASA Goddard Space

3    Flight Center Ozone Watch website validates and documents for Halley Bay, Antarctica

4    (Exh 19) in spring (September 30) caused a mean hourly increase of 22 watts per square

5    meter per second (Exh 20) in the amount visible radiation centered in the yellow/orange

6    spectral region (**Chappuis absorption band**) passing through the stratosphere comparing

7    the baseline 1957-66 mean ozone column density of 0.32 cm to ozone-depleted

8    conditions in 1994 with a mean level of 0.13 cm. Based on engineering principals and

9    law, the EPA must attempt to confirm or deny the evidence by making its own runs and

10   must stop pretending that **Chappuis band absorption** does not exist and stop concocting

11   evidence of an unproved greenhouse gas feedback effect that violates laws for

12   thermodynamics.

13                            Fourth Claim for Relief

14   138.   Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

15   112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

16   engineering analysis of relevant empirical data and failed to do so, Kelleher was justified

17   in making the EPA aware of the findings issued from 1986 to 2001 by the NASA

18   Goddard Space Flight Center's Langley Research Center SAGE mission personnel that

19   were clearly showing that stratospheric ozone depletion from 1979-1997 within the

20   latitude bands 30-90 degrees in both hemispheres was predominantly the result of solar-

21   storm-induced energetic particle precipitation (plasma) entering and ionizing the

1    nitrogen gas in the Earth's lower thermosphere and upper mesosphere via the polar

2    auroral rims and related nitric oxide (NO) and nitrogen dioxide (NO2) descent from the

3    mesosphere to the lower stratosphere during polar winters that occurred both inside and

4    outside the polar vortices. In so doing, Kelleher was justified in gathering and

5    summarizing the evidence and providing it to the EPA, that in the process of

6    documenting the massive increases in NO2 descent and associated stratospheric ozone

7    depletion with the solar occultation technique during the period 1979-1997, SAGE

8    personnel were also unquestionably documenting massive increases in the amount of

9    visible radiation centered in the yellow/orange spectral region (**Chappuis absorption**

10   **band**) passing through the stratosphere between 30-90 degrees latitude in both

11   hemispheres and were not telling anyone for the transparent purpose of supporting the

12   false tenets of the IPCC and Ozone Secretariat. The satellite-born SAGE

13   instrumentation makes direct measurements of visible radiation centered in the

14   yellow/orange spectral region and converts the measurements to ozone column density

15   and/or mixing ratios based on **Chappuis band absorption coefficients** and measured

16   slant paths.

17                              Fifth Claim for Relief

18   139.    Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

19   112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

20   engineering analysis of relevant empirical data and failed to do so, Kelleher was also

21   justified in amassing and forwarding to the EPA the rest of the evidence cited in this

Kelleher vs EPA                              Case #                                    Date

1    complaint and his petition. This includes but is not restricted to multiple lines of

2    supporting evidence of the onset of a natural cycle of grand-solar-maximum (GS-Max)

3    atmospheric conditions in 1937 with a pause in the late 1950s through mid-1960s and a

4    massive acceleration in 1972. This includes but is not limited to the following: **(1)**

5    amassing and forwarding evidence showing the statistical relationships between the Ap

6    and aa indexes and surface temperature and atmospheric CO2 levels dating back to the

7    end of the Little Ice Age in 1859 and then showing how this explains the well-

8    documented global warming trends commencing or accelerating in 1937 and 1972; **(2)**

9    creating time series plots of the Ap and Kp indexes including daily, monthly and annual

10   averages using the NASA Omni online image-making tool to demonstrate the high

11   degree of correlation with the peaks and valley in certain trend charts showing global

12   warming trends **(3)** amassing and forwarding evidence of the global distribution and

13   seasonal transitioning of nitrogen dioxide (NO2) and nitric acid (HNO3) and hydroxyl

14   radicals (HOx) in the lower stratosphere between 30-90 degrees latitude as well as

15   identifying the associated temperature-dependent redox reaction that is at work; **(4)**

16   explaining to the EPA how the above evidence is showing that in the absence of GS-

17   Max conditions and associated continuous NO2 descent in polar winters, stratospheric

18   HNO3 can only be present intermittently outside of low levels in the greater tropics; **(5)**

19   amassing and forwarding evidence of the presence of gargantuan plumes of solar-heated

20   sea-water emanating from the shores of Antarctica (meaning the Ozone Hole) extending

21   deep into the southern oceans (Atlantic, Pacific and Indian); **(6)** amassing and

Kelleher vs EPA                          Case #                                    Date

1    forwarding the evidence that increases in shortwave radiation centered in the

2    yellow/orange spectral region (**Chappuis absorption band**) commencing in 1972 is the

3    radiation that has been causing Arctic and Antarctic ice shelves, glaciers, sea ice and

4    permafrost to melt at increasingly faster rates internally or in bottom-up fashion rather

5    than alleged increases in longwave radiation stemming from a CO2 feedback effect; **(7)**

6    amassing and forwarding the evidence that under GS-Max conditions, nitrous oxide

7    (N2O) that migrates from the ground and ocean surface into the lower to mid-

8    stratosphere where a small fraction is converted to ozone-depleting NOx is only

9    important in the greater tropics (30N-30S); **(8)** amassing and forwarding the evidence

10   that ozone-depleting substances are contributing very little to the lower stratospheric

11   ozone depletion that is causing the warming trends and that all reactive chlorine

12   monoxide has converted to unreactive hydrogen chloride or chlorine nitrate with the

13   onset of near-continuous sunlight in early Antarctic spring in late September; **(9)**

14   explaining to the EPA why environmental engineers reject the greenhouse gas theory

15   out of hand due its demonstrably false premises and wanton violation of the first and

16   second laws of thermodynamics; **(10)** explaining to the EPA that because CO2 is not a

17   perfect/ideal gas, under GS-Max conditions (global warming) Henry's Law coupled

18   with Fick's Law is solely responsible for the close correlation of atmospheric CO2 and

19   near-surface air and ocean temperatures and predicts rising partial pressures in both

20   atmospheric-CO2 and the near-surface aqueous-phase gaseous CO2 coupled with slight

21   <u>decreases</u> in aqueous dissolved-phase CO2 including carbonic acid and carbonates and

Kelleher vs EPA                              Case #                                    Date

1    that it is this slight decrease in the carbonate system that causes a slight decline in near-

2    surface Ocean pH rather than rising atmospheric CO2 driving CO2 into solution which

3    is impossible under Henry's Law and Fick's Law.

Sixth Claim for Relief

5    140.    Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

6    112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

7    engineering analysis of relevant empirical data and failed to do so, Kelleher was justified

8    in using his neutral fact finding skills as a senior environmental engineer in taking a hard

9    critical look at the calibration of the coupled general circulation climate models (GCMs)

10   endorsed by the IPCC through its Coupled Model Intercomparison Program (CMIP).

11   After confirming the GCMs lack **Chappuis band absorption coefficients** and were

12   concocting fake evidence of a non-existent greenhouse gas feedback effect coming out of

13   the ozone-depleted lower stratosphere, Kelleher was justified in filing associated whistle-

14   blowing complaints with the inspector generals for EPA, NASA, NOAA, DOE, DOD,

15   NSF, and Smithsonian alleging collusion, sabotage and fraud by those creating and

16   calibrating or using the GCMs along with wanton violations of PL 104-113 § 12(d).

17   Strongly supporting this claim, the NASA Goddard Space Flight Center's Solar

18   Irradiance Science Team (SIST) published five papers between December 2019 and May

19   2021 that concluded that all the coupled GCMs that have been endorsed by the IPCC

20   since 1990 were using various government-unique, ad-hoc reference spectra for incident

21   sunlight that were fudged to transfer the energy associated with the absorption of visible

Kelleher vs EPA                           Case #                                    Date

1    radiation by stratospheric ozone to near-infrared absorption by tropospheric water vapor

2    to allow for the omission of **Chappuis band absorption coefficients**. Kelleher was

3    justified in amassing and forwarding this evidence to the EPA and inspector generals

4    and alerting them that the SIST findings show such a massive extent of calibration error

5    that all coupled GCM modeling runs cited in IPCC reports dating back to its inception

6    in 1988 as well as all SORCE satellite mission data since May 2003 must be deemed

7    invalid based on the garbage-in-garbage out engineering principal that applies to any and

8    all numeric computer models.

9                                    Seventh Claim for Relief

10   141.    Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

11   112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

12   engineering analysis of relevant empirical data, in emphasizing the importance of

13   compliance with PL 104-113 § 12(d), Kelleher was justified in providing the EPA with

14   NREL publications summarizing the results of the most recent NREL high quality work

15   with ASTM and ISO technical committees in updating and recertifying the

16   SMARTS2.9.5 radiative transfer model with a new and improved reference spectrum for

17   incident sunlight called **Gueymard 2018**. Significantly, this paper reveals that ASTM

18   standard E490-00 developed on behalf of NASA as part of a SOLAR2000 program was

19   determined by the ASTM G03-09 radiometry subcommittee to be corruptly calibrated

20   when ASTM attempted to certify it for NREL use as **Gueymard 2002** and that

21   **Gueymard 2002**/E490-00 had to be replaced with **Gueymard 2004** which the paper

Kelleher vs EPA                          Case #                                    Date

1    shows is essentially the same as **Wehrli/WMO 1985.** The paper shows that

2    **Wehrli/WMO 1985** and **Gueymard 2004** did not differ significantly from **Gueymard**

3    **2018** in the visible and near infrared regions which have most relevance to solar energy

4    production and climate change, thereby confirming that there is little solar variation in

5    these regions between the active and quiet sun.

6                              Eighth Claim for Relief

7    142.    The Administrator's violations of the Clean Air Act are ongoing and will continue to

8    create skyrocketing damages to international commerce unless remediated by the Court.

9                              **PRAYER FOR RELIEF**

10          WHEREFORE, Kelleher respectfully asks the Court to enter an order against the

11   Administrator providing the following relief:

12          A.      Declaring that the Administrator has violated the Clean Air Act Title 42

13                  U.S.C. § 7545 § 112(b)(3)(B) by failing to provide this Court with any bona

14                  fide empirical evidence of a greenhouse gas feedback effect involving

15                  downwelling longwave radiation entering and causing the heat content of

16                  the Ocean to rise commencing in the early 1970s.

17          B.      Declaring that the Administrator has violated the Clean Air Act Title 42

18                  U.S.C. § 7545 § 112(b)(3)(B) under the same provisions referenced in

19                  paragraph A by turning blind eyes to mountains of validated empirical

20                  evidence presented by Kelleher proving definitively that lower stratospheric

21                  ozone depletion that commenced in 1972 caused linear increases in

22                  shortwave radiation entering the Ocean in ozone's **Chappuis absorption**

23                  **band**.

Kelleher vs EPA                          Case #                                    Date

1    C.          Declaring that the Administrator has violated the Clean Air Act Title 42

2                U.S.C. § 7545 § 112(b)(3)(B) by applying a double standard in evaluating

3                the risks/benefits of solar energy resources to heat water vs the combustion

4                of fossil fuels to heat water as follows. **(1)** For the solar energy industry, the

5                Administrator endorses extensively and repeatedly validated voluntary

6                consensus methods and standards that provide unequivocal proof that **(a)**

7                shortwave irradiance in the visible spectral region most effectively and

8                efficiently heats the water in the solar collectors; **(b)** that lower

9                stratospheric ozone depletion which according to NASA is in the order of

10               about 5-10% across much of the continental U.S. creates 5-10%

11               incremental visible irradiance thereby improving the efficiency of the solar

12               collectors; and **(c)** there is either no downwelling longwave radiation

13               entering the solar collectors or whatever there is has no heating value. **(2)**

14               For the fossil fuel and transportation industries, the EPA in cahoots with

15               the IPCC and other federal agencies including the DOE relies on

16               government-unique methods and standards developed by federally-

17               employed atmospheric scientists with a transparent political agenda who

18               vigorously claim that there has to be a greenhouse gas feedback effect

19               involving 340 W/m2 (Exh E-5) of downwelling longwave radiation

20               entering and warming the Ocean because there is no other viable

21               explanation.

22   D.          Declaring that the Administrator has violated the Clean Air Act under the

23               same provisions referenced in paragraph A by canceling ASTM-certified

24               **Chappuis band absorption** coefficients to subvert evidence of the climatic

Kelleher vs EPA                          Case #                                        Date

1                    effects of lower stratospheric ozone depletion that occurs where the ozone

2                    layer is thickest and absorbs very high levels of **Chappuis band irradiance**

3                    with the sun low in the sky which is characteristic of polar zones exhibiting

4                    highly amplified warming trends.

5       E.         Declaring that the Administrator has violated the Clean Air Act under the

6                    same provisions referenced in <u>paragraph A</u> by wantonly violating Public

7                    Law-104-113 § 12(d) which was promulgated by congress in 1996 in

8                    codifying OMB Circular A-119 (1982) for, in large part, the express

9                    purpose of safeguarding domestic and international commerce from poor

10                  decision-making by executive branch federal employees by mandating the

11                  use of relevant and applicable voluntary consensus standards which in this

12                  case is the following. **(1)** ANSI 2015 ICC 901/SRCC 100 2015 Solar

13                  Thermal Collector Standard; **(2)** ISO 9806: 2017 which certifies various

14                  types of radiometers and calibration procedures.  **(3)** the ASTM-certified

15                  SMARTS2.9.5 radiative-transfer model coupled to the **(4)** ASTM-certified

16                  Spectral Irradiance Standard G173-03 and **(5)** Gueymard 2018 reference

17                  spectrum for incident sunlight last recertified in 2020 and first published on

18                  behalf of the DOE Solar Energy Research Institute in 1982 as ASTM-

19                  E891-82 coupled to the SPCTRAL2 radiative transfer model and the

20                  <u>Wehrli/WMO 1985</u> reference spectrum. The first two standards refute the

21                  EPAs claims of the existence of downwelling longwave radiation entering

22                  and heating the oceans. The three current ASTM standards are directly

23                  applicable to accurately predicting the effects of well-documented levels of

24                  stratospheric ozone depletion measured globally since 1970. In particular,

Kelleher vs EPA                                    Case #                                    Date

1                         they can accurately predict the amount of visible radiation passing through

2                         the stratosphere enroute to or reaching the Earth's surface at any

3                         geographic location as a function of total column ozone.

4        F.          Declaring that the Administrator violated the Clean Air Act under the

5                         same provisions referenced in paragraph A by failing to heed recent

6                         repeated warnings from Kelleher citing research papers issued by NASA

7                         Goddard Space Flight Center (GSFC) satellite program personnel and key

8                         GSFC contractors including LASP, the NASA Solar Irradiance Science

9                         Team (SIST) and University of Michigan Department of Climate and

10                       Space Science and Engineering that the non-ASTM-certified reference

11                       spectra for top-of-atmosphere incoming Spectral Irradiance used in the

12                       non-ASTM-certified coupled GCMs endorsed by the IPCC dating back to

13                       its inception in 1988 was recently discovered to be so far off that when the

14                       most-current "flagship" coupled GCM (IPCC CMIP6 default) was updated

15                       with accurately measured top-of-atmosphere spectral-irradiance values that

16                       mimic those provided in ASTM-certified Gueymard 2018, they are

17                       showing the Earth entering an ice age commencing in the early 1980s

18                       versus the amplified polar warming that has been observed.

19        G.        Declaring that the Administrator has violated the Clean Air Act under the

20                       same provisions referenced in paragraph A, as just one example of many

21                       such violations, by turning blind eyes to massive, critically important, high-

22                       quality empirical evidence produced from multiple satellite-and-ground-

23                       based measurements showing that NO2 descent during polar winters from

24                       the upper mesosphere to the base of the stratosphere under accelerated GS-

Kelleher vs EPA                                    Case #                                              Date

1             Max conditions commencing in 1972 and extending to date caused the

2             multiple global warming trends described in paragraph 82 via a simple gas-

3             phase pressure-and-temperature-dependent stoichiometric reaction that

4             occurs in the heart of the stratosphere and involves ozone, water vapor

5             NOx, HOx and HNO3.

6      H.     Declaring that the Administrator has violated the Clean Air Act under the

7             same provisions referenced in paragraph A, as just one example of many

8             such violations, by turning blind eyes to massive empirical evidence

9             coming from polar-orbiting satellites that clearly shows that ozone-

10            depleting substances play a very minor role in stratospheric ozone

11            depletion given the well-documented very limited seasonal distribution of

12            polar stratospheric clouds and chlorine monoxide.

13     I.     Compelling the EPA Administrator to immediately notify the public under

14            the same provisions referenced in paragraph A that the EPA erred in the

15            regulation of greenhouse gases as the source of recent global warming and

16            that the EPA is immediately initiating formal rule-making to deregulate

17            greenhouse gases and revise the regulations for ozone-depleting substances

18            to reflect the fact that they are making just a minor contribution to global-

19            warming trends since 1972 which are largely the result of a natural solar

20            cycle of EPP-related stratospheric ozone depletion.

21     J.     Compelling the Administrator to retain Kelleher on a contractual basis for

22            at least one year at $500,000 per year to oversee the clean air act program

23            compliance with OMB Circular A-119, coordinate the cleansing of

24            Democratic Socialist Party propaganda from EPA webpages, and oversee

Kelleher vs EPA                              Case #                                    Date

1          preparation of excel spreadsheets that use NASA Ozone Watch databases

2          and other databases to back calculate increases in Chappuis band and UVA

3          irradiance by latitude band.

4     K.   Retaining jurisdiction over this matter until the Administrator complies

5          with his mandatory and non-discretionary duty under the Clean Air Act.

6     L.   Awarding costs and reasonable attorney fees to the extent permitted by

7          law.

8     M.   Granting such other relief as the Court may deem just and proper taking

9          into consideration the great benefit that is resulting from Kelleher's timely

10         environmental-engineering service to his country in a time of extraordinary

11         danger from a coordinated and concerted internal attack by certain

12         executive branch employees on the U.S. free-enterprise system and in

13         particular the oil and gas and transportation industries.

14

15    Respectfully submitted

16    *Brian T. Kelleher* (signature)

17    Brian T. Kelleher          Date: _May 1, 2013_

18    4618 Thorntree Ct. Stockton, CA 95210

19    bkellehr@ix.netcom.com

20    Cell: (408)-712-1214

21

22         In the following exhibits Kelleher is providing just a few of the illustrations

23    referenced in the introduction and paragraphs 35 through 131. The remainder will be

Kelleher vs EPA                          Case #                                    Date

1    presented as needed during mediation or discovery or upon the request of the Court. The

2    figures are identified with associated websites or by number with respect to the cited

3    research papers.

4    **EXHIBIT A**: Copy of diploma confirming attainment of Master of Science in

5        Environmental Engineering from the University of Lowell, MA Department of

6        Civil Engineering in March 1982.

7    **EXHIBIT B**: Factual basis that a natural solar cycle that commenced in 1937 and

8        accelerated in August 1972 caused all global warming trends since 1972

9    **EXHIBIT C**: Factual basis that decreases in Antarctic stratospheric ozone in spring causes

10       proportionate increases in downwelling shortwave radiation centered in Ozone's

11       **Chappuis Absorption band** relative to the amount absorbed at baseline

12   **EXHIBIT D**: Factual basis that under GS-Max conditions Nitrous Oxide (N2O) that rises

13       up into the stratosphere plays no significant role in decreases in stratospheric ozone

14       except in the tropics

15   **EXHIBIT E**: Factual basis for rejecting the greenhouse gas theory (GHGT) of global

16       warming out of hand

17   **EXHIBIT F**: Factual basis that the coupled General circulation models (GCMs) endorsed

18       by the EPA and IPCC, etc., are brazenly corruptly calibrated

19   **EXHIBIT G**: Factual evidence that lower stratospheric ozone depletion and resulting

20       increases in **Chappuis band irradiance** caused all warming trends commencing in

21       1972 in the Northern Hemisphere

Kelleher vs EPA                         Case #                                    Date

1    **EXHIBIT H**: Factual evidence of the EPA's failure to comply with the Clean Air Act,

2           PL 104-113 and a related U.S. Supreme Court ruling